# Exhibit 1



**Minneapolis**
**Park & Recreation Board**

Volunteer & Give      Jobs      Business Opportunities      Contact Us      Select Language

Parks & Destinations ⌄      Activities & Events ⌄      Golf ⌄      Rentals & Permits ⌄      About Us ⌄      Park Care & Improvements ⌄

# Encampments

MPRB Home   ›   Encampments

Since June 12, the Minneapolis Park and Recreation Board (MPRB) has been responding to the growing number of people experiencing homelessness that are living in parks temporarily until dignified alternative spaces can be found. The MPRB is working with state, county and city health and human service agencies to find short, medium and long-term solutions. The MPRB along with its partners has been working to operationalize and adhere to *Minnesota Executive Order 20-55* protecting the rights and health of at-risk populations during the COVID-19 Peacetime Emergency.

## Numbers At-a-Glance Updates

222      Estimated number of tents in all parks, as of October 15

14      Number of park sites with tents, with 3 sites having 4 to 9 tents, 7 sites having 10 to 20 tents, and 4 sites having 21 to 25 tents as of October 15

## Temporary Permitted Encampments

Since July 15, MPRB staff have been working to get encampments temporarily permitted, reduce the number of park sites with encampments to no more than 20, and limit the number of tents to 25 tents per site, including tents for storage or support.

**Temporary Encampment Permits** – Getting sites permitted was a fluid situation while outreach continued, encampment permit applications were communicated and processed, and park spaces were delineated. Once temporary encampment permits are issued, regular outreach and engagement with permit holders and encampment occupants continues.

- Temporary Encampment Permit applications were due in August. Questions should be directed to *encampmentpermit@minneapolisparks.org*
- Permit applications were reviewed by MPRB staff and the site approved or rejected based on staff's analysis of the park's capacity to support an encampment and other guidelines outlined in *Resolution 2020-267*
- If approved, the MPRB provides restrooms or portable toilets, hand washing stations (as vendor supplies allow), and trash/recycling containers to a permitted encampment within 48 hours of issuing a permit
- Temporary encampment permits are limited to 14 calendar days with the option to renew. All permit holder requests for renewal are reviewed by MPRB staff.
- Due to health and safety concerns the MPRB will not be extending temporary encampment permits into cold weather, anticipated to be sometime in October.



Minneapolis
Park & Recreation Board

Volunteer & Give   Jobs   Business Opportunities   Contact Us     Select Language

Parks & Destinations ⌄    Activities & Events ⌄    Golf ⌄    Rentals & Permits ⌄    About Us ⌄    Park Care & Improvements ⌄

- Boom Island Park, effective August 12 (permit for up to 20 tents; not open to new tents)
- Franklin Steele Park, effective September 1 (permit for up to 20 tents; not open to new tents)
- Lake Harriet, 4200 Lake Harriet Parkway, effective July 28 (permit for up to 15 tents; not open to new tents)
- Lyndale Farmstead Park, effective August 26 (permit for up to 25 tents; not open to new tents)
- Marshall Terrace Park, effective August 3 (permit for up to 20 tents; not open to new tents)
- Minnehaha Park, effective August 25 (permit for up to 25 tents; not open to new tents)
- Rev. Dr. Martin Luther King Jr. Park, effective August 25 (permit for up to 25 tents; not open to new tents)
- Riverside Park/Annie Young Meadow, effective August 22 (permit for up to 15 tents; not open to new tents)
- Riverside Park, effective August 25 (permit for up to 25 tents; not open to new tents)
- The Mall, effective August 5 (permit for up to 25 tents; not open to new tents)

**Agencies Providing Additional Resources** – The MPRB is encouraging use of available shelter spaces. There is no limit to family shelter capacity; contact the Hennepin County Shelter Team. The availability of single adult shelter spaces varies daily.

- Adult Shelter Connect (single adults), 612-248-2350
- Hennepin County Shelter Team (family shelter), 612-348-9410
- After-Hours Shelter Resoures (family shelter), 651-291-0211
- St. Stephen's Outreach, 612-879-7624
- St. Stephen's Human Services, 612-874-0311

## On-Site Services

MPRB staff are providing a variety of increased park-related services at permitted and designated encampments throughout the city, including the following maintenance services

- Amenities:  Portable restrooms, handwashing stations, and trash containers
- Maintenance staffing: Increased staffing to support onsite management of site, pick up of trash and recycling, and cleaning of restrooms
- Expanded maintenance service cost: $262,973 from June 12-August 31 in rentals and additional staff services

## Timeline and Actions

**October 7** – Superintendent Al Bangoura and staff provide an *update on refuge spaces to people currently experiencing homelessness* [PDF], with these *remarks made by Superintendent Bangoura*

**September 24** – The MPRB cleared the encampment at Peavey Park in accordance with directives in a resolution unanimously approved by Park Board Commissioners in mid-July. The directives limit encampment sites and does not allow encampments to be located in safe school zones.

The MPRB issued notices to vacate on August 10 to those living in approximately 12 tents in Peavey Park. Hennepin County and park outreach staff were on site for several days offering assistance and providing transportation to other locations. Hennepin County and St. Stephens have since been on site multiple times to connect those living in the encampment to services and spaces available at nearby shelters. Efforts to clear the encampment without the use of law enforcement have been unsuccessful. Full details at *Peavey Park encampment cleared in accordance with unanimous board directive.*

**September 16** – Superintendent Al Bangoura and staff provide an *update on refuge spaces to people currently experiencing homelessness* [PDF], with these remarks made by *Superintendent Bangoura*

**September 15** – Superintendent Al Bangoura provides the Board of Commissioners with *an update* on progress toward moving encampment occupants into shelter and housing suitable for winter conditions

**Minneapolis**
Park & Recreation Board

Volunteer & Give    Jobs    Business Opportunities    Contact Us     Select Language

Parks & Destinations ⌄    Activities & Events ⌄    Golf ⌄    Rentals & Permits ⌄    About Us ⌄    Park Care & Improvements ⌄

**August 14** — The MPRB cleared the west encampment at Powderhorn Park after notices to transition were served on July 31 and two weeks of MPRB outreach, transportation offers, and efforts to incrementally move those living in the remaining tents were unsuccessful. There have been significant crime and safety incidents at Powderhorn Park and the encampments in the park are within a safe school zone, which is not allowed per a resolution unanimously adopted by Park Board Commissioners on July 15. For full details: *The Powderhorn Park encampment cleared after outreach and notices served.*

**August 10-12** — This week the MPRB has begun expanding its work to remove encampments with documented crime, without temporary permits or in areas that cannot accommodate a temporary permit. The MPRB served Notices to Vacate on Monday, August 10, to those living in approximately 12 tents at Peavey Park and 12 tents at Elliott Park and on Tuesday, August 11, to those in 14 tents at Kenwood. All three encampments have had significant crime and safety incidents, including assaults. Peavey and Kenwood encampments are also located within safe school zones, which is not allowed per a resolution unanimously adopted by Park Board Commissioners in mid-July. The Elliott Park and Kenwood Park encampments were cleared on Wednesday, August 12.

On Tuesday evening, August 11, there were 35 rounds fired from multiple guns at Peavey Park; no witnesses have come forward and no injuries were reported. On September 2, online and in-person classes resume at K-12 Hope Academy, located adjacent to Peavey Park. For full details: *Notices served at Peavey, Elliott and Kenwood Park encampments; Elliott and Kenwood encampments cleared.*

**August 7** — MPRB distributes news release and announcement to email subscribers, *Minneapolis park staff name 16 parks as permitted or capable of accommodating temporary encampments,* and leadership staff share how we got here.

**August 5** — Superintendent Al Bangoura and staff provide an *update on refuge spaces to people currently experiencing homelessness* [PDF], with *these remarks* made by Superintendent Bangoura.

**July 31** — MPRB distributes *news release and announcement* to email subscribers

**July 31** — Notices of Transition were served to those living in the estimated 65 tents in the west encampment and elsewhere in Powderhorn Park. The notices informed occupants they will not be able to stay in the park. This transition is the result of significant on-going crime and safety concerns and the encampment's location within a safe school zone prohibits it from being one of 20 park Refuge Sites per *Resolution 2020-267* adopted by the Board of Commissioners on July 15.

The Notice of Transition does not set a deadline for complete removal of the estimated 65 tents that remain in the park (down from 560 tents July 9). The MPRB wants to encourage, through transition and the collaboration of supportive partners, an incremental removal of the any encampments at Powderhorn Park, and only engage Park Police to support other's work and/or when it has been demonstrated through repeated instances of engagement that other methods of vacating the encampments have failed. *Here is additional information related to this action.*

**July 18-20** — On Friday July 18, Superintendent Al Bangoura directed that notifications be served to individuals in the Powderhorn east encampment in the interest of the safety of encampment occupants and neighborhood residents. Notices informed those at the encampment they needed to vacate the east encampment within 72 hours (afternoon of Monday July 20). The MPRB coordinated with Hennepin County Social Services staff and local non-profit outreach providers to aid encampment occupants transition to other opportunities. According to Superintendent Al Bangoura, "There have been growing safety issues at the east encampment at Powderhorn Park. Many homeless individuals, service agencies, and volunteers had already left the east encampment last week out of concern for their safety. The risks to those unsheltered and to residents have risen to an unacceptable level." *Here is some additional information regarding MPRB recent actions related to this action.*

**July 17** — MPRB distributes news release and announcement to email subscribers: *Minneapolis Park Board approves guidelines, process, and limitations for park encampments*



**Minneapolis**
Park & Recreation Board

Volunteer & Give    Jobs    Business Opportunities    Contact Us    Select Language



Parks & Destinations ⌄    Activities & Events ⌄    Golf ⌄    Rentals & Permits ⌄    About Us ⌄    Park Care & Improvements ⌄

treated like all other parks. Another amendment  was added to state if any condition under Executive Order 20-55 exists wherein the judgement of the Superintendent that there exists a documented threat to the health, safety or security of residents, the Superintendent may restrict, limit or close encampment spaces based on exigent circumstances.

July 15 – Superintendent Al Bangoura and staff provide an _update on refuge spaces to people currently experiencing homelessness_

July 10 – MPRB distributes news release and announcement to email subscribers: _Minneapolis Park Board to consider resolution providing guidelines for park encampments_

July 1 – Superintendent Al Bangoura and staff provide an _update on refuge spaces to people currently experiencing homelessness_.

July 1 – During approval of the agenda for the regular meeting, MPRB Commissioners removed _Resolution 2020-263_ amending adopted _Resolution 2020-253_ to define a duration for the Board of Commissioners' declaration of refuge space in Minneapolis Parks terminating on September 1, 2020, limit the number of parks with encampments to no greater than ten parks, and reduce the number of tents to no more than ten tents in any encampment in a Minneapolis park.

June 19 – MPRB distributes news release and announcement to email subscribers: _MPRB Commissioners pass resolution allowing people currently experiencing homelessness to stay in Minneapolis parks_

June 17 – MPRB Commissioners approve _Resolution 2020-253_ declaring the Minneapolis Park & Recreation Board's commitment to provide refuge space to people currently experiencing homelessness while continuing to work with the State, County, City, Non-Profit Organizations and other interested parties to identify long term housing solutions for people at the Powderhorn encampment and others throughout the city.

June 17 – Superintendent Al Bangoura provides an _overview of MPRB's response to homelessness in Minneapolis Parks._

June 12 – Superintendent Al Bangoura and key MPRB staff begin having daily conversations with city, county and state agencies who serve people experiencing homelessness.

June 12 – After issuing notifications to people in approximately 25 tents at Powderhorn Park, Superintendent Al Bangoura was contacted by the MN Interagency Council on Homelessness, park commissioners and community members and, based on their concerns, issues the following statement: "The Minneapolis Park and Recreation Board (MPRB) is rescinding its notifications issued this morning for those experiencing homelessness who recently set up in parks. The MPRB believes everyone experiencing unsheltered homelessness is vulnerable and deserving of being treated with dignity and respect. I had hoped to use the next 72 hours to work with local leaders and local agencies to find the resources and connect people to the housing, shelter and services they need, but now recognize that 72 hours is not enough time. Encampments represent a serious health and safety risk – particularly for those staying within the encampment – and do not represent a dignified form of shelter.  I am committed to working with the community, local leaders and state agencies on a solution."

 June 10 – Following the eviction of 200-300 people from the Midtown Sheraton Hotel who had been experiencing homelessness and had been staying at the hotel, a growing number of people began setting up tents in Powderhorn Park and other parks located throughout the city.

May 17 – _Minnesota Executive Order 20-55_ protecting the rights and health of at-risk populations during the COVID-19 Peacetime Emergency takes effect. The executive order includes the statement that if a local government entity is providing sufficient alternate housing, shelter, or encampment space that complies with the MDH guidance, Homeless Services Settings: Interim Guidance for Providers, and the CDC guidance, Responding to COVID-19 Among People Experiencing Unsheltered Homelessness, or if an encampment has reached a size or status that is a documented threat to the health, safety, or security of residents, state or local governments may restrict, limit, or close encampment spaces.

March 27 – _Executive Order 20-20_ directing Minnesotans to Stay at Home takes effect. The executive order includes the statement that individuals without a home are exempt from the restrictions in this Executive Order, and they may move between emergency shelters, drop-in centers, and encampments. And that encampments should not be subject to sweeps or disbandment by state or local governments, as such sweeps or disbandment increase the potential risk and spread of COVID-19.



**Minneapolis**
**Park & Recreation Board**

Volunteer & Give   Jobs   Business Opportunities   Contact Us    Select Language

Parks & Destinations ⌄   Activities & Events ⌄   Golf ⌄   Rentals & Permits ⌄   About Us ⌄   Park Care & Improvements ⌄

City of Minneapolis

State of Minnesota Interagency Council on Homelessness

# Park Board Announcements

**Coronavirus (COVID-19)**

Ice arenas, the Phillips Aquatic Center and 25 MPRB rec centers are currently open
for limited programs. Pre-registration is required. Visit *Current Events and Activities* for
information. Other MPRB buildings remain closed to the public.

## EXPLORE OUR PARKS

Established in 1883, the Minneapolis Park and
Recreation Board (MPRB) oversees a renowned urban
park system spanning 6,809 acres of parkland and
water. Featured among its 180 park properties are 55
miles of parkways, 102 miles of Grand Rounds biking
and walking paths, 22 lakes, 12 formal gardens, seven
golf courses and 49 recreation centers. Altogether,
MPRB properties receive about 23 million visits
annually.

» Learn more about us >

» Minneapolis is the Nation's Best Park System! >

» Departments & Leadership >

## QUICK ACCESS TO PARKS & LAKES

Select a Park... ⌄

### POPULAR TOPICS & REQUESTS

» COVID-19 Information >

» Board Meetings >

## GET CONNECTED




### GET MPRB NEWS & UPDATES

Get the latest news and updates delivered to your
inbox! Our email subscription service allows you to
choose from dozens of topics, ensuring you get just
the information you want.

Subscribe Today

Contact Us  >  2117 West River Road, Minneapolis, MN 55411  |  612-230-6400 (Mon–Fri 8:00–4:30)

Copyright 2020 © Minneapolis Park and Recreation Board  |  *About this Site*

Exhibit 2

# 2020 Point-in-Time Count MN-500 Minneapolis/Hennepin County CoC

Population: Sheltered and Unsheltered Count

## Persons in Households with at least one Adult and one Child

|  | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
|  | Emergency | Transitional |  |  |
| Total Number of Households | 230 | 92 | 15 | **337** |
| Total Number of persons (Adults & Children) | **891** | **278** | **51** | **1,220** |
| Number of Persons (under age 18) | 633 | 174 | 23 | **830** |
| Number of Persons (18 - 24) | 29 | 28 | 7 | **64** |
| Number of Persons (over age 24) | 229 | 76 | 21 | **326** |

| Gender (adults and children) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
|  | Emergency | Transitional |  |  |
| Female | 524 | 179 | 31 | **734** |
| Male | 367 | 98 | 20 | **485** |
| Transgender | 0 | 1 | 0 | **1** |
| Gender Non-Conforming (i.e. not exclusively male or female) | 0 | 0 | 0 | **0** |

| Ethnicity (adults and children) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
|  | Emergency | Transitional |  |  |
| Non-Hispanic/Non-Latino | 838 | 251 | 43 | **1,132** |
| Hispanic/Latino | 53 | 27 | 8 | **88** |

# 2020 Point-in-Time Count MN-500 Minneapolis/Hennepin County CoC

| Race (adults and children) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| White | 70 | 37 | 30 | **137** |
| Black or African-American | 690 | 181 | 8 | **879** |
| Asian | 28 | 0 | 0 | **28** |
| American Indian or Alaska Native | 52 | 13 | 11 | **76** |
| Native Hawaiian or Other Pacific Islander | 3 | 0 | 0 | **3** |
| Multiple Races | 48 | 47 | 2 | **97** |

| Chronically Homeless (adults and children) | Sheltered | | Unsheltered | Total |
|---|---|---|---|---|
| | Emergency | Transitional | | |
| Total number of households | 28 | | 5 | **33** |
| Total number of persons | 90 | | 16 | **106** |

Population: Sheltered and Unsheltered Count

## Persons in Households with only Children

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 13 | 16 | 0 | 2 | **31** |
| Total Number of children (under age 18) | 16 | 16 | 0 | 3 | **35** |

**Gender**
**(adults and children)**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Female | 11 | 8 | 0 | 1 | **20** |
| Male | 5 | 8 | 0 | 2 | **15** |
| Transgender | 0 | 0 | 0 | 0 | **0** |
| Gender Non-Conforming (i.e. not exclusively male or female) | 0 | 0 | 0 | 0 | **0** |

**Ethnicity**
**(adults and children)**

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 15 | 13 | 0 | 0 | **28** |
| Hispanic/Latino | 1 | 3 | 0 | 3 | **7** |

| Race (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | | | |
| White | 3 | 5 | 0 | 0 | **8** |
| Black or African-American | 12 | 9 | 0 | 1 | **22** |
| Asian | 0 | 1 | 0 | 0 | **1** |
| American Indian or Alaska Native | 0 | 0 | 0 | 2 | **2** |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | **0** |
| Multiple Races | 1 | 1 | 0 | 0 | **2** |

| Chronically Homeless (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 0 | | 0 | 2 | **2** |

# 2020 Point-in-Time Count MN-500 Minneapolis/Hennepin County CoC

Population: Sheltered and Unsheltered Count

## Persons in Households without Children

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total Number of Households | 888 | 314 | 0 | 451 | **1,653** |
| Total Number of persons (Adults) | **889** | **317** | **0** | **588** | 1,794 |
| Number of Persons (18 - 24) | 72 | 112 | 0 | 39 | **223** |
| Number of Persons (over age 24) | 817 | 205 | 0 | 549 | **1,571** |

| Gender (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Female | 237 | 118 | 0 | 144 | **499** |
| Male | 643 | 196 | 0 | 434 | **1,273** |
| Transgender | 6 | 2 | 0 | 3 | **11** |
| Gender Non-Conforming (i.e. not exclusively male or female) | 3 | 1 | 0 | 7 | **11** |

| Ethnicity (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Non-Hispanic/Non-Latino | 823 | 299 | 0 | 533 | **1,655** |
| Hispanic/Latino | 66 | 18 | 0 | 55 | **139** |

## 2020 Point-in-Time Count MN-500 Minneapolis/Hennepin County CoC

| Race (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 303 | 106 | 0 | 143 | **552** |
| Black or African-American | 458 | 168 | 0 | 295 | **921** |
| Asian | 17 | 1 | 0 | 1 | **19** |
| American Indian or Alaska Native | 44 | 9 | 0 | 132 | **185** |
| Native Hawaiian or Other Pacific Islander | 8 | 4 | 0 | 13 | **25** |
| Multiple Races | 59 | 29 | 0 | 4 | **92** |

| Chronically Homeless (adults and children) | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 337 | | 0 | 266 | **603** |

Date of PIT Count: 1/22/2020
Population: Sheltered and Unsheltered Count

## Total Households and Persons

|  | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
|  | Emergency | Transitional | Safe Haven |  |  |
| Total Number of Households | 1,131 | 422 | 0 | 468 | **2,021** |
| Total Number of Persons | 1,796 | 611 | 0 | 642 | **3,049** |
| Number of Children (under age 18) | 649 | 190 | 0 | 26 | **865** |
| Number of Persons (18 to 24) | 101 | 140 | 0 | 46 | **287** |
| Number of Persons (over age 24) | 1046 | 281 | 0 | 570 | **1,897** |

## Gender

|  | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
|  | Emergency | Transitional | Safe Haven |  |  |
| Female | 772 | 305 | 0 | 176 | **1,253** |
| Male | 1015 | 302 | 0 | 456 | **1,773** |
| Transgender | 6 | 3 | 0 | 3 | **12** |
| Gender Non-Conforming (i.e. not exclusively male or female) | 3 | 1 | 0 | 7 | **11** |

## Ethnicity

|  | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
|  | Emergency | Transitional | Safe Haven |  |  |
| Non-Hispanic/Non-Latino | 1676 | 563 | 0 | 576 | **2,815** |
| Hispanic/Latino | 120 | 48 | 0 | 66 | **234** |

## Race

Point In Time Summary for MN-500 - Minneapolis/Hennepin County CoC

| | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| White | 376 | 148 | 0 | 173 | **697** |
| Black or African-American | 1160 | 358 | 0 | 304 | **1,822** |
| Asian | 45 | 2 | 0 | 1 | **48** |
| American Indian or Alaska Native | 96 | 22 | 0 | 145 | **263** |
| Native Hawaiian or Other Pacific Islander | 11 | 4 | 0 | 13 | **28** |
| Multiple Races | 108 | 77 | 0 | 6 | **191** |

| Chronically Homeless | Sheltered | | | Unsheltered | Total |
|---|---|---|---|---|---|
| | Emergency | Transitional | Safe Haven | | |
| Total number of persons | 427 | | 0 | 284 | **711** |

# Exhibit 3



(https://ststephensmpls.org/)

| Donate (https://ststephensmpls.org/donate) | Q |

| Get Help (https://ststephensmpls.org/get-help) |

♥  Help Us Respond to COVID-19
(https://ststephensmpls.org/latest/covid-19)

Menu (/)

# Working Together to Conduct the Point-In-Time Count

Each year in the last week of January, communities across the United States work toward a common goal: counting and surveying people experiencing homelessness in each region, in each state, and ultimately, throughout the country. This effort, called the Point-In-Time Count, is directed by the U.S. Department of Housing and Urban Development and helps gauge progress toward ending homelessness.

The Point-In-Time Count consists of two primary arms: a census of people in shelter and transitional housing that is drawn from a shared database, and a survey of people experiencing unsheltered homelessness that is conducted by service providers and volunteers.

St. Stephen's coordinates with Hennepin County to conduct the unsheltered portion of the Hennepin County Point-In-Time Count. This year, 71 volunteers and partners joined 31 St. Stephen's employees in administering the unsheltered Point-In-Time Count in Hennepin County.

One shift of surveyors fanned out across Hennepin County from 10pm on Wednesday, January 22nd to 5am on Thursday, the 23rd. Governor Tim Walz, Minnesota Housing Commissioner Jennifer Ho, Department of Veterans Affairs Commissioner Larry Herke, Department of Education Commissioner Mary Cathryn Ricker, and Metropolitan Council Chair Charlie Zelle were among this year's overnight volunteers.

Before heading out to their various geographic locations, all overnight volunteers gathered at St. Stephen's to review procedures. There, Governor Walz took a moment to thank volunteers for their service, and to speak to the importance of the count:

*"We're making policies that make a difference, we're moving resources that make a difference, and we're using the platform of this office to make the case that this basic human right of having safe housing is absolutely fundamental. If we're going to tackle anything from education to economic stability to basic human decency, this housing piece is critical. This count matters."*

During the day on Thursday, another fleet of volunteers and staff ventured to meal sites, drop-in centers, and service agencies to connect with people who may not have been counted by the overnight shift.

We know these counts serve as an underestimate of people experiencing homelessness in our communities. Nevertheless, the Point-In-Time Count informs the direction of public dollars, and Minnesota's statewide plan to prevent and end homelessness. In the words of Street Outreach Team Lead (Military Focus) Erika Ohles, the Point-In-Time Count is about more than numbers; "it's amplifying the voices" of people who are often unheard by decision-makers.

Last January, volunteers and staff identified 603 people experiencing unsheltered homelessness in Hennepin County, and 7,977 people experiencing homelessness throughout the state of Minnesota. For more information about the 2019 Point-In-Time Count, click here (https://hmismn.org/wp-content/uploads/2019infographic_Statewide.pdf). Data from this year's Minnesota Point-In-Time Count will be available in the late spring on both this website (https://hmismn.org/point-in-time-count/) and St. Stephen's digital channels.

<u>Additional Coverage:</u>

Minnesota Public Radio: Annual count of people experiencing homelessness in Minnesota takes place Wednesday (https://www.mprnews.org/story/2020/01/19/annual-count-of-people-experiencing-homelessness-in-minnesota-takes-place-wednesday)

Minnesota Public Radio: Homeless count may reveal yet more people living on the street (https://www.mprnews.org/story/2020/01/22/homeless-count-may-reveal-yet-more-people-living-on-the-street)

FOX9: Statewide homeless population count held overnight (https://www.fox9.com/video/647307)

KARE11: Groups counting Minnesota's homeless population (https://www.kare11.com/article/news/community/groups-counting-minnesotas-homeless-population/89-0c584b4d-1723-48ac-ae5c-695f267bfb01)

KSTP: Gov. Walz, volunteers gather for statewide effort to count Minnesotans experiencing homelessness (https://kstp.com/news/gov-walz-volunteers-gather-for-statewide-effort-to-count-minnesotans-experiencing-homelessness/5620266/)

Video of Governor Walz' remarks: https://www.facebook.com/StStephensMpls/posts/10157233486011608 (https://www.facebook.com/StStephensMpls/posts/10157233486011608)

---

Share This Post:

king-together-conduct-point-time-count)

n/submit?url=https%3A%2F%2Fststephensmpls.org%2Flatest%2Fworking-together-conduct-point-time-count)

king-together-conduct-point-time-count)

est%2Fworking-together-conduct-point-time-count&subject=Thought%20you%27d%20enjoy%20this%20article.)

Previous Post

Read our January E-News Today (https://ststephensmpls.org/latest-jan-2020-enews)

Next Post

Meet Kristen, Joe, and Susana (https://ststephensmpls.org/latest/meet-kristen-joe-and-susana)



## Tags

🏷 Street Outreach  (https://ststephensmpls.org/latest/tag/street%20outreach)

# Homelessness Ends With You.

Learn (https://ststephensmpls.org/learn-advocate/understanding-homelessness) more about homelessness in Minnesota.

Send a note to your legislator to advocate (https://ststephensmpls.org/learn-advocate/advocacy-action) for systems change.

You can make a difference.

DONATE NOW (https://ststephensmpls.org/donate)

## Our Programs

LEARN MORE (https://ststephensmpls.org/our-programs)

## Careers

LEARN MORE (https://ststephensmpls.org/careers)

## Sign Up For Our E-Newsletter

Email address

Submit


(https://www.facebook.com/StStephensMpls/)

(https://www.linkedin.com/company/364600/)

(https://twitter.com/StStephensMpls)

(https://www.instagram.com/ststephensmpls/)

 

Translate this site

Select Language ▼

(https://ststephensmpls.org/)

2309 Nicollet Avenue
Minneapolis, MN 55404

612.874.0311

Welcome Center Hours
Monday-Friday
8:30am - 4pm

Holiday Closures (https://ststephensmpls.org/contact-us#regular-closures-2020-
holiday-closures-3429)

© Copyright 2020 St. Stephen's Human Services - All Rights Reserved

# Exhibit 4

**6-17-20 Supt Remarks**

**Discussion Item: MPRB Response to Homelessness in Mpls Parks**

I would like to provide an update on the encampment at Powderhorn Park, our response, and our work with local and state agencies on a solution.

I believe everyone experiencing unsheltered homelessness is vulnerable and deserving of being treated with dignity and respect.

Last week the Midtown Sheraton Hotel evicted 200 to 300 people who had been experiencing homelessness and had been staying at the hotel. Thursday night I learned that people who were experiencing homelessness were setting up tents in Powderhorn Park. By Friday morning, there were already 25 tents set up. I was concerned about the size of the encampment, the lack of resources in the park, that encampments do not represent a dignified form of shelter, and that encampments pose a serious health and safety risk for those staying within the encampment.

I had notifications issued to those at the camp Friday morning, hoping I could work with local health and human service agencies to find a solution within the next 72 hours. It's our job to implement policies, ordinances and direction approved by this Board collectively.

Based on conversations with health and human service agencies and park commissioners, by early Friday afternoon I rescinded the notifications once I realized 72 hours was not enough time to work with local leaders and local agencies to find the resources and connect people to the housing, shelter and services they need. I am committed to working with the community, local leaders and the MN Interagency Council on Homelessness on a solution.

Since Friday, the encampment has grown from 25 tents to approximately 180 tents as of this morning. Park staff have provided the following park services to the people at the encampment:

- We immediately moved two existing portable restrooms nearer to the encampment, have since brought in eleven additional portable restrooms and tomorrow will be bringing in six more portable restrooms. Rental and daily cleaning of these portable restrooms is at a cost of $7,391 per week.

- Tomorrow we will also be opening the standalone bathroom building at Powderhorn Park.

- Today, we hooked up the mobile shower trailer provided by a community group and are providing running water and electricity.

- We added 30 trash receptacles on site and are working with the City to provide daily trash pick-up services.

I am in daily dialogue with city and county health and human service leaders. As you know, the Minneapolis Park and Recreation Board does not have staff adequately trained to fully serve the needs of a homeless population. City, county and state agencies as well as non-profit providers have staff resources more fully aligned with the needs of that specialized population. Currently there are 102 known encampments throughout the city. Though the majority are small, there are two other locations with more than 50 tents: The Greenway between 12th and 14th and 13th Ave and 24th St.

On Monday, the Minnesota Interagency Council on Homelessness held a meeting with representatives from multiple city, county and state agencies.

On Tuesday, the City of Minneapolis Health Department was onsite to assess the encampment at Powderhorn Park and provide guidance for the health and safety of occupants.

The level of physical care required of encampments and associated facilities is beyond the capacity of park staff. Special circumstances related to COVID-19 suggest that extraordinary maintenance may be required for some facilities. The MPRB will rely upon guidance from the City of Minneapolis Health Department to determine cleaning schedules for facilities based on objective public health standards correlated to the encampment's population. MPRB staff will provide the level of attention required to maintain facilities in alignment with recommendations from the Health Department, relying on overtime to accomplish after hours cleaning.

I have asked David Hewitt, Director of Hennepin County's Office to End Homelessness, to provide information to the Board. After that, we will answer any questions you have and ask that commissioners provide clear direction for staff.

Exhibit 5

CORONAVIRUS | **210,750** U.S. deaths | Tracking Minnesota cases | Live: What you need to know | Stay Safe FAQ | Q&A | Newsletter

**CORONAVIRUS**

# Trump appointee visits Twin Cities homeless encampments, shelters

Top federal official Robert Marbut Jr. lauded the state's efforts to protect the vulnerable.

**By Kelly Smith (https://www.startribune.com/kelly-smith/101372379/)** Star Tribune

OCTOBER 6, 2020 — 11:14PM

Before the pandemic, about 50 cots would be spread out across the chapel at Union Gospel Mission in St. Paul so homeless men could be assured of a safe place to sleep.

Now, cots are spread 6 feet apart and in conference rooms.

As most Minnesotans work or stay close to home, thousands of people across the state without a home are encountering new efforts by nonprofits to adjust to the pandemic — from swapping out group dining for to-go meals to requiring COVID tests or contracting with hotels for extra private rooms.

On Tuesday, Minnesota's efforts won praise from a federal official for helping prevent the spread of the coronavirus.

"You all have done a great job to date," said Robert Marbut Jr., who heads the U.S. Interagency Council on Homelessness. "But you've got to keep the vigilance up."

Marbut, who was appointed by President Donald Trump last December, got a firsthand look at Minnesota's response as he visits potential "hot spots" in the U.S. for COVID-19 outbreaks among people experiencing homeless. He also encouraged Minnesotans to get flu vaccines to prevent hospitalizations on top of COVID.

Of the state's more than 100,000 COVID-19 cases, only 270 people experiencing homelessness have tested positive so far, according to the Department of Health, which credited local government, state agencies and community organizations for quickly mobilizing.

The number of homeless Minnesotans has surged in the pandemic. Encampments have grown in Minneapolis and in St. Paul last month, officials counted (https://www.startribune.com/st-paul-ramsey-county-want-to-add-100-beds-to-confront-surge-of-homelessness/572363862/) nearly 400 people in makeshift camps, the highest number on record.

On Tuesday, Marbut met online with state health leaders and visited a homeless encampment with St. Paul Mayor Melvin Carter, who advocated for increased federal aid. Marbut also toured three nonprofits — Family Promise in Anoka County, the Salvation Army and Union Gospel Mission — and visited encampments by himself to chat directly with people.

"The protocols are what's saving us," Marbut said, wearing a mask. "We've got to keep that up here."

Union Gospel Mission has added free COVID tests and staggered dining times, among its new measures. The nonprofit has spent $250,000 more during COVID-19 and received a federal Paycheck Protection Program loan of $1.1 million.

"We, too, see the growing need," said Pam Stegora Axberg, interim CEO of Union Gospel Mission. "I don't think any of us can solve homelessness by ourselves."



At the residence, in St. Paul, Pat Watkins, senior director of women and family programs, gave Marbut a tour, including its cafeteria. "We're

Without more federal aid, the state faces massive program cuts, said Rhonda Otteson, executive director of the Minnesota Coalition for the Homeless.

"We are facing a funding cliff," she added via e-mail, "and we are going to need government at all levels to engage in finding solutions to the homelessness crisis."

---

**Kelly Smith** covers nonprofits/philanthropy for the Star Tribune and is based in Minneapolis. Since 2010, she's covered Greater Minnesota on the state/region team, Hennepin County government, west metro suburban government and west metro K-12 education.

kelly.smith@startribune.com      612-673-4141      kellystrib

Exhibit 6



# STATE OF MINNESOTA
## Executive Department

## Governor Tim Walz

**Emergency Executive Order 20-33**

**Extending Stay at Home Order and Temporary Closure of Bars, Restaurants, and Other Places of Public Accommodation**

**I, Tim Walz, Governor of the State of Minnesota,** by the authority vested in me by the Constitution and applicable statutes, issue the following Executive Order:

The COVID-19 pandemic presents an unprecedented challenge to our State. On March 11, 2020, the World Health Organization ("WHO") characterized the COVID-19 outbreak as a pandemic. Despite efforts to contain COVID-19, the WHO and the Centers for Disease Control and Prevention ("CDC") indicate that it is expected to spread. Confirmed cases of COVID-19 in Minnesota are rapidly increasing. On March 15, 2020, Minnesota detected the first confirmed cases caused by "community spread"—infections not epidemiologically linked to overseas travel. By March 17, 2020, all fifty states had reported a confirmed case of COVID-19. And on March 21, 2020, the Minnesota Department of Health ("MDH") announced the first confirmed fatality due to COVID-19 in Minnesota.

Community spread of COVID-19 continues to increase in Minnesota and nationwide. As of April 8, 2020, Minnesota had 1,154 confirmed COVID-19 cases, with 271 hospitalizations and 39 fatalities. Also, as of April 7, 2020, the United States had over 374,000 confirmed cases with over 12,000 recorded fatalities. Increased testing capacity would undoubtedly show that COVID-19 is circulating in communities across Minnesota that have not yet identified a confirmed case.

Minnesota has already taken proactive steps to ensure that we are ahead of the curve on COVID-19 prevention and response. On March 13, 2020, I issued Executive Order 20-01 and declared a peacetime emergency because this pandemic, an act of nature, threatens the lives of Minnesotans, and local resources are inadequate to address the threat. On March 15, 2020, I issued Executive Order 20-02 ordering the temporary closure of public schools. On March 16, 2020, I issued Executive Order 20-04 ordering the closure of bars, restaurants, and other places of public accommodation. On March 25, 2020, I issued Executive Order 20-20 which directed Minnesotans to stay at home except for certain exempted activities and work.

On March 29, 2020, the federal government revised previous guidance and encouraged continued social distancing through the end of April. The continued presence of community spread in Minnesota, the rapid increase in COVID-19 cases, and the rising COVID-19 related

deaths both globally and in Minnesota require us to continue our measures to slow the spread of this pandemic. Slowing the community spread of COVID-19 is critical to ensuring that our healthcare facilities remain able to accommodate those who require intensive medical intervention.

This Executive Order is consistent with nationwide efforts to contain the spread of COVID-19. As of April 7, 2020, forty-one other states and the District of Columbia representing almost 318 million Americans have issued orders or public health directives closing non-essential businesses or limiting residents from participating in non-essential activities. Ten of these states have already extended or renewed these orders and directives in recognition of the ongoing need for proactive measures to contain the spread of COVID-19. Limiting activities to only those that are most essential and practicing social distancing at all times are vital tools required to mitigate the community spread of COVID-19 in Minnesota and nationwide.

Executive Order 20-20 set forth a number of Critical Sectors based on guidance from the U.S. Department of Homeland Security. That Guidance has since been updated and revised. This order adopts and relies on the March 28, 2020 Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response, Version 2.0 ("Updated CISA Guidance"—attached to, and incorporated into, this Executive Order). The Updated CISA Guidance identifies workers who conduct a range of operations and services that are essential to continued critical infrastructure viability. This federal guidance provides a baseline for Minnesota's efforts to ensure critical infrastructure and services are maintained while slowing the spread of COVID-19.

In Minnesota Statutes 2019, section 12.02, the Minnesota Legislature conferred upon the Governor emergency powers "in order to (1) ensure that preparations of this state will be adequate to deal with disasters, (2) generally protect the public peace, health, and safety, and (3) preserve the lives and property of the people of the state." Pursuant to Minnesota Statutes 2019, section 12.21, subdivision 1, the Governor has general authority to control the state's emergency management as well as carry out the provisions of Minnesota's Emergency Management Act.

Minnesota Statutes 2019, section 12.21, subdivision 3(7), authorizes the Governor to cooperate with federal and state agencies in "matters pertaining to the emergency management of the state and nation." This includes "the direction or control of . . . the conduct of persons in the state, including entrance or exit from any stricken or threatened public place, occupancy of facilities, and . . . public meetings or gatherings." Pursuant to subdivision 3 of that same section, the Governor may "make, amend, and rescind the necessary orders and rules to carry out the provisions" of Minnesota Statutes 2019, Chapter 12. When approved by the Executive Council and filed in the Office of the Secretary of State, such orders and rules have the force and effect of law during the peacetime emergency. Any inconsistent rules or ordinances of any agency or political subdivision of the state are suspended during the pendency of the emergency.

For these reasons, I order as follows:

1. Beginning on Wednesday, April 8, 2020 at 11:59 pm through Sunday, May 03, 2020 at 11:59 pm, all persons currently living within the State of Minnesota are ordered to stay at home or in their place of residence except to engage in the Activities and

Critical Sector work set forth below in Paragraphs 5 and 6. Executive Order 20-20 is rescinded as of April 8, 2020 at 11:59 pm.

2. For purposes of this Executive Order, homes or residences include hotels, motels, shared rental units, shelters, and similar facilities, to the extent they are used for lodging.

3. This Executive Order does not restrict virtual work or telework (*i.e.* work from home). Minnesotans working in any field, including the Critical Sectors set forth below, are encouraged to work from their home or residence as much as possible.

4. **Definitions**. As used in this Executive Order, "workers" and "personnel" are broadly defined to include owners, proprietors, employees, contractors, vendors, volunteers, and interns. As used in this Executive Order, "Critical Sectors" is defined to include the categories found in the Updated CISA Guidance and the additional categories listed below.

5. **Exemptions – Activities**. Minnesotans may leave their homes or residences to engage in the following activities, provided that all persons follow the guidelines set forth and maintained by the Minnesota Department of Health ("MDH Guidelines"), including but not limited to social distancing, to the maximum extent possible. **Consistent with federal guidance and to protect our neighbors, Minnesotans are encouraged to stay close to home and are strongly discouraged from engaging in unnecessary travel.** This list of Activities may be clarified, as deemed necessary by the Governor, to ensure the health, safety, and security of all Minnesotans. Clarifications will be available for public review at: https://mn.gov/covid19/

   a. **Relocation to ensure safety**. Individuals whose homes or residences are unsafe or become unsafe, including individuals who have suffered or are at risk of domestic violence or for whom the safety, sanitation, or essential operations of their home or residence cannot be maintained, are allowed and urged to leave their home or residence and relocate to a safe alternative home or residence.

   b. **Health and safety activities.** Individuals may seek emergency services; obtain medical services, supplies, and medications; and visit a health care or dental professional or facility, or a veterinarian. Individuals may also donate blood.

   c. **Outdoor activities.** Individuals may engage in outdoor activities (*e.g.,* walking, hiking, running, biking, driving for pleasure, hunting, or fishing), and may go to available public parks and other public recreation lands, consistent with remaining at least six feet apart from individuals from other households. Public accommodations that are closed under Executive Orders 20-04 and 20-18 remain closed under this Executive Order, even if they feature outdoor activities. Nothing in the Executive Order permits trespass

upon private property. Minnesotans are encouraged to stay close to home and are strongly discouraged from engaging in unnecessary travel**.**

d. **Necessary supplies and services.** Individuals may leave their residences to:

    i. Obtain food, including delivery or carry-out services, beverages (alcoholic and non-alcoholic), and other grocery items.

    ii. Obtain gasoline.

    iii. Obtain supplies needed to work from home.

    iv. Obtain commercially available personal protective equipment and supplies and materials necessary to make homemade personal protective equipment.

    v. Obtain products needed to maintain the safety, sanitation, and essential operation of homes and residences, businesses, and personally owned vehicles, including automobiles and bicycles.

    vi. Visit and use the services of laundromats and dry cleaners.

e. **Essential intrastate and interstate travel**. Minnesotans are encouraged to stay close to home and are strongly discouraged from engaging in unnecessary travel**.** Individuals may travel to exempted activities and may travel to return to a home or place of residence. Individuals may also travel into and out of Minnesota.

f. **Care of others**. Individuals may care for a family member, friend, or pet in another household, and may transport family members, friends, or pets as allowed by this Executive Order, including the transport of children pursuant to existing parenting time schedules or other visitation schedules pertaining to a child in need of protective services (CHIPS) proceeding.

g. **Displacement**. Individuals without a home are exempt from the restrictions in this Executive Order, and they may move between emergency shelters, drop-in centers, and encampments. Encampments should not be subject to sweeps or disbandment by state or local governments, as such sweeps or disbandment increase the potential risk and spread of COVID-19.

h. **Moving or relocation**. Individuals are permitted to move to a new home or place of residence, provided they follow MDH Guidelines to the maximum extent possible.

i. **Voting**. Individuals are permitted and encouraged to vote in all state and local elections. Voters are also encouraged to vote by absentee by mail where feasible.

j. **Funerals**. Individuals may leave their home or residence to attend funerals, whether at a place of worship, funeral home, burial site, or other similar location, provided that the gathering consists of no more than 10 attendees. The space utilized must allow for social distancing and compliance with MDH Guidelines to the maximum extent possible. Venues should make accommodations for remote attendance, if possible, for others. Individuals who are at high risk from COVID-19 are strongly encouraged to attend remotely.

k. **Tribal Activities and Lands**.

   i. Activities by tribal members within the boundaries of their tribal reservations are exempt from the restrictions in this Executive Order but may be subject to restrictions by tribal authorities.

   ii. Activities within the boundaries of federal land held in trust for one of the 11 Minnesota Tribal Nations are exempt from the restrictions in this Executive Order but may be subject to restrictions by tribal authorities.

   iii. Activities by tribal members to exercise their federal treaty rights within the boundaries of their treaty territory (also known as "ceded territory") are exempt from the restrictions in this Executive Order but may be subject to restrictions by applicable tribal authorities.

   iv. Tribal members may travel to and from their tribal reservations in accordance with applicable tribal law.

6. **Exemptions – Critical Sectors**. **All workers who can work from home must do so**. Workers in the following Critical Sectors, who are performing work that cannot be done at their home or residence through telework or virtual work and can be done only at a place of work outside of their home or residence, are exempted from the prohibition in paragraph 1 of this Executive Order as set forth below. **These critical services exemptions apply only to travel to and from an individual's home or residence and place of work and an individual's performance of work duties that cannot be done at their home or residence. Travel may include transportation to and from child care or school settings as necessary to ensure the safe care of children**. This list of Critical Sectors may be clarified, as deemed necessary by the Governor, to ensure the health, safety, and security of all Minnesotans. These clarifications carry the full weight and effect of this Executive Order. Clarifications are available for public review at: http://mn.gov/deed/critical/

   a. **Healthcare and public health**. As applicable, healthcare and public health workers are subject to the restrictions on elective surgeries and procedures as set forth in Executive Orders 20-09 and 20-17. This category is limited to:

      i. Healthcare and public health workers listed in the Updated CISA Guidance.

ii.    Workers providing or supporting reproductive health care, childbirth services, mental health care, and substance use treatment.

iii.   Workers supporting manufacturers, technicians, logistics and warehouse operators, and distributors of personal care, hygiene, and healthcare products.

iv.    Workers providing or supporting home care and human services workers from government or non-profit providers who are delivering food, prescriptions, case management services, mental health and substance abuse therapy, or who are otherwise caring for a client.

v.     Workers providing or supporting home-based care for adults, seniors, and children, including but not limited to people who are blind, deaf, deafblind, or hard of hearing and people with disabilities, including physical disabilities, developmental disabilities, intellectual disabilities, substance use disorders, or mental illness. This includes workers who must travel to a person's home to provide care or other in-home services including meal delivery and one-on-one interpreting services for people who are blind, deaf, deafblind, or hard of hearing.

vi.    Personal care attendants, paid employees of government and non-profit providers, or volunteers representing government and non-profit providers.

vii.   Workers supporting the medical cannabis industry.

viii.  Workers in adult daycares are **not** exempted.

b.  **Law enforcement, public safety, and first responders**. This category is limited to law enforcement and public safety workers and first responders listed in the Updated CISA Guidance, and all corrections personnel, state and county probation officers, supervision agents, victims' advocates, animal control officers, humane officers, and all workers who support electronic security and life-safety services, and bail bond agents posting a bond.

c.  **Food and agriculture**. This category includes food and agriculture workers listed in the Updated CISA Guidance. For clarity, and for the purposes of this Executive Order, references to "beverages" include alcoholic beverages. The restrictions on restaurants, bars, and other places of public accommodation adopted in Executive Orders 20-04, 20-18, and this Executive Order remain in effect. This category also includes:

i.     Workers supporting agricultural equipment repair service.

ii.    Lawncare and landscaping workers.

iii.   Workers supporting garden centers, stores, and nurseries, provided that such centers, stores, or nurseries adhere to guidance provided by the Minnesota Department of Agriculture.

iv.   Workers supporting florists for the sale for delivery only of perishable plant stock. Workers delivering perishable plant stock are strongly encouraged to drop off product at the front door of nursing homes and hospitals to avoid contact with vulnerable populations.

v.   This category **does not** include the following workers, who are **not** exempted from the restrictions in paragraph 1:

a.   Workers supporting tobacco and vaping-product shops.

b.   Workers supporting cannabidiol (CBD) oil shops.

d.   **Energy**. This category is limited to energy workers listed in the Updated CISA Guidance, workers supporting emergency response operations, and workers supporting the underground storage of natural gas.

e.   **Water and wastewater**. This category is limited to water and wastewater workers listed in the Updated CISA Guidance, in addition to State Parks workers who maintain water and wastewater infrastructure, workers who perform work related to residential wells and septic tanks, and workers who supply bottled water or home filtration systems in areas where that is a health necessity.

f.   **Transportation and logistics**. This category is limited to the transportation and logistics workers listed in the Updated CISA Guidance, in addition to:

i.   State, county, and local government agencies and agency workers, as well as private sector workers, who support or enable transportation functions, including engineers, dispatchers, maintenance and repair technicians (including workers at maintenance and repair shops), warehouse workers, truck stop and rest area workers, and workers that maintain and inspect infrastructure (including those that require cross-border travel).

ii.   Workers engaged in roadway construction, maintenance, and utility projects.

iii.   Public transit workers.

iv.   Bicycle shops and distribution facilities.

v.   Automobile, motorcycle, recreational vehicle (RV), and all-terrain vehicle (ATV) sales that are necessary to allow for essential travel or support Critical Sectors, when conducted by appointment, and only

7

when CDC and MDH guidelines, including social distancing, can be met.

vi.   Workers who clean vehicles used for public transportation, government services, and Critical Sectors.

g.   **Public works and infrastructure support services**. This category is limited to public works and infrastructure support services workers listed in the Updated CISA Guidance, in addition to construction material suppliers and workers providing services necessary to maintain construction material sources.

h.   **Communications and information technology**. This category is limited to communications and information technology workers listed in the Updated CISA Guidance and all workers who support news services of all kinds, including newspapers, radio, television, and other forms of news media.

i.   **Other community-based government operations and essential functions**. This category is limited to the other community-based and government essential functions listed in the Updated CISA Guidance, in addition to workers who support the following functions and services:

i.   Election support services and election administration workers.

ii.   Housing, shelter, and homelessness-prevention staff of state and local agencies and organizations responsible for ensuring safe and stable housing, including workers from state and local agencies and organizations with responsibility for ensuring safe and stable housing; shelter outreach or drop-in center programs; financing affordable housing; and administering rent subsidies, homeless interventions, operating supports, and similar supports. This includes workers necessary to provide repairs, maintenance, and operations support to residential dwellings.

iii.   Workers performing all other governmental functions which are necessary to ensure the health, safety, and welfare of the public, to preserve the essential elements of the financial system of government, and to continue priority services as determined by a political subdivision of the State. All political subdivisions of the State will determine the minimum personnel necessary to maintain these governmental operations.

iv.   Workers supporting building code enforcement necessary to maintain public safety and health and for all ongoing construction.

v.   Workers, including logistical and contract workers, who are critical to facilitating support of national, state, and local emergency response operations.

vi.   Workers necessary to process applications for and issue hunting and fishing licenses, where it is impracticable for applicants to apply online.

j.   **Critical manufacturing**. This includes the critical manufacturing workers listed in the Updated CISA Guidance and the following:

i.   Workers supporting iron ore mining and processing operations and supplier/vendor industries essential to such mining and processing operations.

ii.   Workers supporting printing operations that supply other Critical Sectors. Other printing workers are **not** exempted.

k.   **Hazardous materials**. This category is limited to hazardous materials workers listed in the Updated CISA Guidance.

l.   **Financial services**. This category is limited to financial services workers identified in the Updated CISA Guidance, in addition to workers at banks, credit unions, insurance companies, and insurance agencies. Debt collection professionals and other workers supporting debt collection are **not** exempted.

m.   **Chemical**. This category is limited to chemical workers listed in the Updated CISA Guidance.

n.   **Defense industrial base**. This category is limited to defense industrial base workers listed in the Updated CISA Guidance.

o.   **Commercial facilities/essential supply stores**. Essential supply stores are strongly encouraged to offer curbside pickup or delivery of products. This category is limited to commercial facilities workers listed in the Updated CISA Guidance and the following:

i.   Workers supporting businesses that sell products, tools, materials, or supplies necessary for: (1) Critical Sectors to continue their essential operations, (2) for workers to work from home, or (3) for the maintenance of the safety, sanitation, and essential operation of homes or residences.

ii.   Workers supporting licensed businesses that sell or service firearms, pursuant to Minnesota Statutes 2019, section 624.7192. Gun ranges and clubs must remain closed pursuant to Executive Orders 20-04, 20-18, and this Executive Order.

iii.   Workers supporting arts and crafts stores, but only to the extent that they are distributing materials for making personal protective equipment (*e.g.* homemade facemasks). Such materials must be purchased on-line or by phone before pick-up and must be pre-

9

packaged by the manufacturer, distributor, or the store. Workers supporting arts and crafts stores are not otherwise exempt.

p. **Residential/shelter facilities and services.** This category includes the residential/shelter facilities and services workers listed in the Updated CISA Guidance, including workers supporting moving and relocation services, in addition to workers supporting emergency shelters, drop-in centers, and encampments, as well as outreach workers. Governmental and other entities are strongly urged to make 24-hour shelter available as soon as possible, to the maximum extent practicable, and in compliance with CDC guidance.

q. **Laundry and hygiene products and services**. This category includes the hygiene products and services workers listed in the Updated CISA Guidance and the following:

   i.   Workers in laundromats and all laundry or dry-cleaning services.

   ii.  Workers cleaning common areas in apartment buildings and other similar common spaces.

   iii. Workers providing housecleaning for individuals with disabilities.

   iv.  Workers doing ordinary residential housecleaning of individual homes are **not** exempt.

r. **Tribal Governments**. Tribal officers and workers deemed essential by the relevant Tribal government, regardless of residence.

s. **The Judicial Branch**. This category is limited to judicial officers and personnel deemed essential by the Chief Justice to ensure the continued operations of Minnesota's court system.

t. **The Executive Branch**. This category is limited to personnel deemed necessary to continue priority services of executive branch agencies, offices, departments, divisions, boards, bureaus, councils, committees, institutions, authorities, and commissions, as well as, the Minnesota State Colleges and Universities system, Minnesota State Retirement System, Public Employees Retirement Association, and Teacher's Retirement Association, as determined by the Commissioner of Management and Budget in consultation with those agencies and entities.

u. **Executive Constitutional Offices**. This category is limited to Constitutional Officers and personnel deemed essential by the applicable Constitutional Officer to ensure the continued operations of the Constitutional Office.

v. **The Legislative Branch**. This category is limited to personnel deemed essential by the presiding officers of each body.

w. **Federal employees**. Nothing in this Executive Order will be construed to limit, prohibit, or restrict in any way the operations of the federal government or the movement of federal officials in Minnesota while acting in their official capacity, including federal judicial, legislative, and executive staff and personnel.

x. **National Guard**. This category is limited to National Guard members that are on orders, to include state active duty, Title 32, or Title 10 orders and members in an Inactive Duty for Training status. At the discretion of the Adjutant General, this category also includes full-time staff of the Minnesota National Guard or Department of Military Affairs that are necessary for the execution of the National Guard's mission.

y. **Faith leaders and workers**. This category includes officials, workers, and leaders in houses of worship and other places of religious expression or fellowship, wherever their services may be needed. This category also includes workers necessary to plan, record, and distribute online or broadcast content to community members.

z. **Education**. Educators and other workers supporting public and private schools, as well as higher education (*e.g.*, colleges and universities). This category includes educators and other workers providing care to children as provided by Executive Order 20-19. Executive Order 20-02 remains in effect.

aa. **Construction and critical trades**. This category includes the following:

   i. Workers in the skilled trades such as electricians, plumbers, HVAC and elevator technicians, and other workers supporting construction of all kind.

   ii. Workers such as exterminators, cleaning and janitorial staff for commercial and governmental properties, moving and relocation services, security staff, operating engineers, and all other service providers who provide services that are necessary to maintain the safety, sanitation, and essential operation of homes and residences and the Critical Sectors listed in this Executive Order.

   iii. Workers supporting major appliance sales, related parts sales, and service.

bb. **Child care providers**. This category includes workers in child care centers, family child care, schools, and other facilities. Such providers are encouraged to remain open to provide child care services for workers in the Critical Sectors listed in this Executive Order as possible and insofar as public health guidance can be followed. This category also applies to individuals providing child care for Critical Sector workers in a personal home, such as family, friend, and neighbor care required for Critical Sector workers to continue to perform their duties.

cc. **Hotels, residential facilities, and shelters**. This category includes workers supporting hotels and motels, facilities and shelters for adults, seniors, and children, including victims of domestic violence, people with developmental disabilities, intellectual disabilities, substance abuse disorders, or mental illness. Such facilities and shelters include halfway houses and residential treatment programs. This category also includes workers needed to keep apartment complex buildings and other congregate residences or homes operational and sanitary.

dd. **Charitable and social services organizations**. This category is limited to workers supporting organizations that are engaged in hunger relief work, and those that provide food, shelter, prescription delivery, mental health and substance abuse treatments, and other social services, as well as other necessities of life for individuals in need of such services, older adults who live alone, people with disabilities, and those who need assistance as a result of this emergency.

ee. **Legal services**. This category is limited to workers who are necessary to provide essential legal services. Essential legal services include:

    i. Advice and representation needed to aid the delivery of all critical government services.

    ii. Advice and representation required to ensure the immediate and critical health, safety, and liberties of Minnesotans, including but not limited to, end-of-life planning, immigration, essential services to elders and persons with disabilities, child support, child-protection and domestic abuse matters, protection of personal financial resources necessary to meet basic needs, prosecution or defense in ongoing criminal matters, or all matters in which individuals are held in custody pending a legal proceeding, and proceedings held in the district or appellate courts during the effective period of this order.

    iii. Advice and representation related to the continuation of the Critical Sectors identified in this Executive Order, including ensuring compliance with this Executive Order, previous Executive Orders, and all applicable laws, rules, and regulations applying to Critical Sectors.

    iv. Supporting housing and shelter-related efforts, including loan applications, loan processing, seeking temporary relief from residential and commercial loan or lease provisions, retention of gas, electric, or water utility services, and seeking temporary relief from residential evictions or foreclosures, or other actions intended to keep people in their homes.

    v. Process servers and legal couriers.

ff. **Notaries**. This category is limited to notaries performing services that cannot be deferred and which cannot be accomplished via remote services under Minnesota Statutes 2019, section 358.645.

gg. **Critical labor union functions**. This category includes labor union essential activities, including the administration of health and welfare funds, and monitoring the wellbeing and safety of members providing services in the Critical Sectors.

hh. **Animal care and veterinarians**. This category is limited to veterinarians and workers at animal care facilities or Department of Natural Resources workers who provide food, shelter, veterinary services, and other necessities of life for animals. Workers in this category are subject to the restrictions on elective surgeries and procedures as set forth in Executive Orders 20-09 and 20-17. This category also includes the following:

    i. Workers providing care (*e.g.* daycare or boarding) to pets in the following circumstances:

        a. Caring for pets owned by other Critical Sector workers during their shifts.

        b. Caring for pets needing care because the owner is physically or otherwise unable to care for the animal.

        c. Caring for pets owned by individuals who are ill or quarantined, provided that contact with the owner is limited to a one-time pick up until the illness or quarantine has passed.

        d. Caring for pets currently boarded and circumstances prevent the owner from retrieving them.

    ii. Workers supporting pet adoption and animal foster care are exempt, provided that (1) any paperwork and payment is done online, and (2) appropriate social distancing is observed during the adoption process.

    iii. Workers supporting pet grooming businesses are **not** exempt.

ii. **Real estate transactions.** This category is limited to workers who facilitate and finance real estate transactions and real estate services, including appraisers and title services.

jj. **Minimum basic operations.** This category includes workers supporting minimum basic operations in businesses and other organizations. Minimum basic operations include (i) minimum necessary activities to maintain the value of the business' inventory, preserve the condition of a business's or other organization's facilities, physical plant, or equipment, ensure security, process payroll and employee benefits, or related functions; and (ii) the

minimum necessary activities to facilitate remote work by workers from their residences (*e.g.*, IT personnel who allow workers to operate remotely or personnel who support remote or distance learning).

7. All exempted Activities and Critical Sector work should be conducted in a manner that adheres to Minnesota Occupational Safety and Health Standards and the Minnesota Department of Health and CDC Guidelines related to COVID-19, including social distancing and hygiene. Under existing law and authority, the Minnesota Occupational Safety and Health Administration may issue citations, civil penalties, or closure orders to places of employment with unsafe or unhealthy conditions, and the Department of Labor and Industry may penalize employers that retaliate against employees who raise safety and health concerns.

8. Except as necessary to seek medical care and obtain other necessities of life, people at high risk of severe illness from COVID-19 (*e.g.*, elderly people and those with underlying health conditions) are strongly urged to stay in their home or residence, even when the terms of this Executive Order would allow them to leave their home or residence.

9. I urge all Minnesotans to voluntarily comply with this Executive Order. Pursuant to Minnesota Statutes 2019, section 12.45, a worker who willfully violates this Executive Order is guilty of a misdemeanor and upon conviction must be punished by a fine not to exceed $1,000 or by imprisonment for not more than 90 days. Any business owner, manager, or supervisor who requires or encourages any of their employees to violate this Executive Order is guilty of a gross misdemeanor and upon conviction must be punished by a fine not to exceed $3,000 or by imprisonment for not more than a year. In addition to those criminal penalties, the Attorney General, as well as city and county attorneys, may seek any civil relief available pursuant to Minnesota Statutes 2019, section 8.31, for violations of this Executive Order, including civil penalties up to $25,000 per occurrence from businesses and injunctive relief. Nothing in this Executive Order is intended to encourage or allow law enforcement to transgress individual constitutional rights.

10. I direct the Commissioners of Health, Employment and Economic Development, and Labor and Industry to begin planning on how to allow certain non-Critical Sector workers to return to work when it is safe to do so. Such a plan must include guidelines and requirements for appropriate social distancing, hygiene, and public health best practices. I also direct other cabinet agencies to coordinate expeditiously to develop relevant guidance related to this Executive Order and to provide that guidance to the public.

11. I direct all state agencies to continue to coordinate expeditiously to develop plans to mitigate the economic effects of closures and restrictions necessitated by this peacetime emergency, including potential financial support, regulatory relief, and other executive actions.

12. The closure of bars, restaurants, and other public accommodations set forth in Executive Order 20-04, as amended by Executive Orders 20-08 and 20-18, is extended until May 3, 2020 at 11:59 pm.

13. This Executive Order may be extended by a future Executive Order, with the approval of the Executive Council.

Pursuant to Minnesota Statutes 2019, section 4.035, subdivision 2, and section 12.32, this Executive Order is effective immediately upon approval by the Executive Council. It remains in effect until the peacetime emergency declared in Executive Order 20-01 is terminated or until it is rescinded by proper authority.

A determination that any provision of this Executive Order is invalid will not affect the enforceability of any other provision of this Executive Order. Rather, the invalid provision will be modified to the extent necessary so that it is enforceable.

Signed on April 8, 2020.

**Tim Walz**
Governor

Filed According to Law:

**Steve Simon**
Secretary of State

Approved by the Executive Council on April 8, 2020:

**Alice Roberts-Davis**
Secretary, Executive Council

Filed on April 8, 2020
Office of the Minnesota
Secretary of State,
Steve Simon

# Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response

**Version 2.0 (March 28, 2020)**

## THE IMPORTANCE OF ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS

Functioning critical infrastructure is imperative during the response to the COVID-19 emergency for both public health and safety as well as community well-being. Certain critical infrastructure industries have a special responsibility in these times to continue operations.

This advisory guidance and accompanying list are intended to support state, local, tribal, territorial and industry partners in identifying the critical infrastructure sectors and the essential workers needed to maintain the services and functions Americans depend on daily and that need to be able to operate resiliently during the COVID-19 pandemic response.

This document gives advisory guidance on defining essential critical infrastructure workers. Promoting the ability of such workers to continue to work during periods of community restriction, access management, social distancing, or closure orders/directives is crucial to community resilience and continuity of essential functions.

CISA will continually solicit and accept feedback on the list and will evolve the list in response to stakeholder feedback. We will also use our various stakeholder engagement mechanisms to work with partners on how they are using this list and share those lessons learned and best practices broadly. Feedback can be sent to CISA.CAT@CISA.DHS.GOV.

## CONSIDERATIONS FOR GOVERNMENT AND BUSINESS

This list was developed in consultation with federal agency partners, industry experts, and State and local officials, and is based on several key principles:

1. Response efforts to the COVID-19 pandemic are locally executed, state managed, and federally supported.

2. Everyone should follow guidance from the CDC, as well as State and local government officials, regarding strategies to limit disease spread.

3. Workers should be encouraged to work remotely when possible and focus on core business activities. In-person, non-mandatory activities should be delayed until the resumption of normal operations.

4. When continuous remote work is not possible, businesses should enlist strategies to reduce the likelihood of spreading the disease. This includes, but is not necessarily limited to, separating staff by off-setting shift hours or days and/or social distancing. These steps can preserve the workforce and allow operations to continue.

5. All organizations should implement their business continuity and pandemic plans or put plans in place if they do not exist. Delaying implementation is not advised and puts at risk the viability of the business and the

**CONNECT WITH US**
www.cisa.gov

**For more information,**
**email CISA.CAT@cisa.dhs.gov**

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

health and safety of the employees.

6. Reliance on technology and just-in-time supply chains means that certain workers must be able to access certain sites, facilities, and assets to ensure continuity of functions.

7. Government employees, such as emergency managers, and the business community need to establish and maintain lines of communication.

8. When government and businesses engage in discussions about essential critical infrastructure workers, they need to consider the implications of business operations beyond the jurisdiction where the asset or facility is located. Businesses can have sizeable economic and societal impacts as well as supply chain dependencies that are geographically distributed.

9. Whenever possible, jurisdictions should align access and movement control policies related to critical infrastructure workers to lower the burden of workers crossing jurisdictional boundaries.

## IDENTIFYING ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS

The following list of identified essential critical infrastructure workers is intended to be overly inclusive reflecting the diversity of industries across the United States.



**CONNECT WITH US**
**www.cisa.gov**

**For more information,**
**email CISA.CAT@cisa.dhs.gov**

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

## HEALTHCARE / PUBLIC HEALTH

- Workers who perform critical clinical research, development, and testing needed for COVID-19 response.
- Healthcare providers and Caregivers including physicians, dentists, psychologists, mid-level practitioners, nurses and assistants, infection control and quality assurance personnel, pharmacists, physical and occupational therapists and assistants, social workers, optometrists, speech pathologists, chiropractors, and diagnostic and therapeutic technicians and technologists.
- Hospital and laboratory personnel (including accounting, administrative, admitting and discharge, engineering, epidemiological, source plasma and blood donation, food service, housekeeping, medical records, information technology and operational technology, nutritionists, sanitarians, respiratory therapists, etc.).
- Workers in other medical and biomedical facilities (including Ambulatory Health and Surgical, Blood Banks, Clinics, Community Mental Health, Comprehensive Outpatient rehabilitation, End Stage Renal Disease, Health Departments, Home Health care, Hospices, Hospitals, Long Term Care, Nursing Care Facilities, Organ Pharmacies, Procurement Organizations, Psychiatric Residential, Rural Health Clinics and Federally Qualified Health Centers, and retail facilities specializing in medical good and supplies).
- Manufacturer workers for health manufacturing (including biotechnology companies), materials and parts suppliers, logistics and warehouse operators, distributors of medical equipment (including those who test and repair), personal protective equipment (PPE), isolation barriers, medical gases, pharmaceuticals (including materials used in radioactive drugs), dietary supplements, blood and blood products, vaccines, testing materials, laboratory supplies, cleaning, sanitizing, disinfecting or sterilization supplies, and tissue and paper towel products.
- Public health / community health workers, including those who compile, model, analyze and communicate public health information.
- Blood and plasma donors and the employees of the organizations that operate and manage related activities.
- Workers who manage health plans, billing, and health information, who cannot practically work remotely.
- Workers who conduct community-based public health functions, conducting epidemiologic surveillance, compiling, analyzing and communicating public health information, who cannot practically work remotely.
- Workers performing information technology and cybersecurity functions at healthcare and public health facilities, who cannot practically work remotely.
- Workers performing security, incident management, and emergency operations functions at or on behalf of healthcare entities including healthcare coalitions, who cannot practically work remotely.
- Pharmacy employees necessary to maintain uninterrupted prescription filling.
- Workers performing mortuary funeral, cremation, burial, cemetery, and related services, including funeral homes, crematoriums, cemetery workers, and coffin makers.
- Workers who coordinate with other organizations to ensure the proper recovery, handling, identification, transportation, tracking, storage, and disposal of human remains and personal effects; certify cause of death; and facilitate access to mental/behavioral health services to the family members, responders, and survivors of an incident.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

## LAW ENFORCEMENT, PUBLIC SAFETY, AND OTHER FIRST RESPONDERS

- Public, private, and voluntary personnel (front line and management) in emergency management, law enforcement, fire and rescue services, emergency medical services, and private security, to include public and private hazardous material responders, air medical service providers (pilots and supporting technicians), corrections, and search and rescue personnel.
- 911 call center employees and Public Safety Answering Points who can't perform their duties remotely.
- Fusion Center employees.
- Workers – including contracted vendors -- who maintain, manufacture, or supply equipment and services supporting law enforcement emergency service and response operations (to include electronic security and life safety security personnel).
- Workers supporting the manufacturing of safety equipment and uniforms for law enforcement, public safety personnel, and first responder.
- Workers supporting the operation of firearm or ammunition product manufacturers, retailers, importers, distributors, and shooting ranges.
- Public agency workers responding to abuse and neglect of children, elders, and dependent adults.
- Workers who support weather disaster / natural hazard mitigation and prevention activities.
- Security staff to maintain building access control and physical security measures.

## FOOD AND AGRICULTURE

- Workers supporting groceries, pharmacies, convenience stores, and other retail (including unattended and vending) that sells human food, animal/pet food and pet supply, and beverage products, including retail customer support service and information technology support staff necessary for online orders, pickup and delivery.
- Restaurant carry-out and quick serve food operations, including dark kitchen and food prep centers, and carry-out and delivery food employees.
- Food manufacturer employees and their supplier employees—to include those employed in food ingredient production and processing facilities; livestock, poultry, seafood slaughter facilities; pet and animal feed processing facilities; human food facilities producing by-products for animal food; beverage production facilities; and the production of food packaging.
- Farmers, farm workers, and agribusiness support services to include those employed in auction and sales: grain and oilseed handling, processing and distribution; animal food, feed, and ingredient production, packaging, and distribution; manufacturing, packaging, and distribution of veterinary drugs; truck delivery and transport; farm and fishery labor needed to produce our food supply domestically and for export.
- Farmers, farm workers, support service workers, and their supplier employees to include those engaged in producing and harvesting field crops; commodity inspection; fuel ethanol facilities; biodiesel and renewable diesel facilities; storage facilities; and other agricultural inputs.
- Employees and firms supporting the distribution of food, feed, and beverage and ingredients used in these products, including warehouse workers, vendor- managed inventory controllers and blockchain managers.
- Workers supporting the sanitation and pest control of all food manufacturing processes and operations from wholesale to retail.
- Employees in cafeterias used to feed employees, particularly employee populations sheltered against COVID-19.
- Workers in animal diagnostic and food testing laboratories in private industries and in institutions of higher education.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

- Government, private, and non-governmental organizations' workers essential for food assistance programs (including school lunch programs) and government payments.
- Employees of companies engaged in the production, storage, transport, and distribution of chemicals, medicines, vaccines, and other substances used by the food and agriculture industry, including seeds, pesticides, herbicides, fertilizers, minerals, enrichments, and other agricultural production aids.
- Animal agriculture workers to include those employed in veterinary health (including those involved in supporting emergency veterinary or livestock services); raising of animals for food; animal production operations; livestock markets; slaughter and packing plants, manufacturers, renderers, and associated regulatory and government workforce.
- Transportation supporting animal agricultural industries, including movement of animal medical and reproductive supplies and materials, animal vaccines, animal drugs, feed ingredients, feed, and bedding, live animals, animal by-products, and deceased animals for disposal.
- Workers who support sawmills and the manufacture and distribution of fiber and forest products, including, but not limited to timber, paper, and other wood and fiber products.
- Employees engaged in the manufacture and maintenance of equipment and other infrastructure necessary for agricultural production and distribution.

## ENERGY

- Workers supporting the energy sector, regardless of the energy source (including but not limited to nuclear, fossil, hydroelectric, or renewable), segment of the system, or infrastructure the worker is involved in, or who are needed to monitor, operate, engineer, and maintain the reliability, safety, environmental health, and physical and cyber security of the energy system.
- Energy/commodity trading/scheduling/marketing functions, who can't perform their duties remotely.
- IT and OT technology for essential energy sector operations including support workers, customer service operations; energy management systems, control systems, and Supervisory Control and Data Acquisition SCADA systems, and energy sector entity data centers; cybersecurity engineers; and cybersecurity risk management.
- Workers supporting the energy sector through renewable energy infrastructure (including, but not limited to wind, solar, biomass, hydrogen, ocean, geothermal, and/or hydroelectric), including those supporting construction, manufacturing, transportation, permitting, operation/maintenance, monitoring, and logistics.
- Workers and security staff involved in nuclear re-fueling operations.
- Providing services related to energy sector fuels (including, but not limited, petroleum (crude oil), natural gas, propane, natural gas liquids, other liquid fuels, nuclear, and coal), supporting the mining, processing, manufacturing, construction, logistics, transportation, permitting, operation/maintenance, security, waste disposal and storage, and monitoring of support for resources.
- Environmental remediation/monitoring, limited to immediate critical needs technicians.
- Manufacturing and distribution of equipment, supplies, and parts necessary to maintain production, maintenance, restoration, and service at energy sector facilities (across all energy sector segments).

Electricity industry:
- Workers who maintain, ensure, or restore, or are involved in the development, transportation, fuel procurement, expansion, or operation of the generation, transmission, and distribution of electric power, including call centers, utility workers, engineers, retail electricity, constraint maintenance, and fleet maintenance technicians-who cannot perform their duties remotely.
- Workers at coal mines, production facilities, and those involved in manufacturing, transportation, permitting, operation/maintenance and monitoring at coal sites which is critical to ensuring the reliability of the electrical system.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

- Workers who produce, process, ship and handle coal used for power generation and manufacturing.
- Workers needed for safe and secure operations at nuclear generation to include but not limited to, the broader nuclear supply chain, parts to maintain nuclear equipment, fuel manufacturers and fuel components used in the manufacturing of fuel.
- Workers at renewable energy infrastructure (including, but not limited to wind, solar, biomass, hydrogen, geothermal, and/or hydroelectric), including those supporting construction, manufacturing, transportation, permitting, operation/maintenance, monitoring, and logistics.
- Workers at generation, transmission, and electric black start facilities.
- Workers at Reliability Coordinator, Balancing Authorities, and primary and backup Control Centers, including but not limited to independent system operators, regional transmission organizations, and local distribution control centers.
- Mutual assistance personnel which may include workers from outside of the state or local jurisdiction.
- Vegetation management and traffic control for supporting those crews.
- Environmental remediation/monitoring workers limited to immediate critical needs technicians.
- Instrumentation, protection, and control technicians.
- Essential support personnel for electricity operations.
- Generator set support workers such as diesel engineers used in power generation including those providing fuel.

**Petroleum industry:**

- Workers for onshore and offshore petroleum drilling operations; platform and drilling construction and maintenance; transportation (including helicopter operations), maritime transportation, supply, and dredging operations; maritime navigation; well stimulation, intervention, monitoring, automation and control, extraction, production; processing; waste disposal, and maintenance, construction, and operations.
- Workers for crude oil, petroleum and petroleum product storage and transportation, including pipeline, marine transport, terminals, rail transport, storage facilities and racks and road transport for use as end-use fuels such as gasoline, diesel fuel, jet fuel, and heating fuels or feedstocks for chemical manufacturing.
- Petroleum and petroleum product security operations center employees and workers who support maintenance and emergency response services.
- Petroleum and petroleum product operations control rooms/centers and refinery facilities.
- Retail fuel centers such as gas stations and truck stops, and the distribution systems that support them.
- Supporting new and existing construction projects, including, but not limited to, pipeline construction.

**Natural Gas, Natural Gas Liquids (NGL), Propane, and other liquid fuels**

- Workers who support onshore and offshore drilling operations, platform and drilling construction and maintenance; transportation (including helicopter operations); maritime transportation, supply, and dredging operations; maritime navigation; natural gas and natural gas liquid production, processing, extraction, storage and transportation; well intervention, monitoring, automation and control; waste disposal, and maintenance, construction, and operations.
- Transmission and distribution pipeline workers, including compressor stations and any other required, operations maintenance, construction, and support for natural gas, natural gas liquid, propane, and other liquid fuels.
- Natural gas, propane, natural gas liquids, and other liquid fuel processing plants, including construction, maintenance, and support operations.
- Natural gas processing plants workers, and those that deal with natural gas liquids.
- Workers who staff natural gas, propane, natural gas liquids, and other liquid fuel security operations centers, operations dispatch and control rooms/centers, and emergency response and customer emergencies (including leak calls) operations.
- Drilling, production, processing, refining, and transporting natural gas for use as end-use fuels, feedstocks for

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

chemical manufacturing, or use in electricity generation.
- Dispatch and control rooms and emergency response and customer emergencies, including propane leak calls.
- Propane gas service maintenance and restoration, including call centers.
- Propane, natural gas liquids, and other liquid fuel distribution centers.
- Propane gas storage, transmission, and distribution centers.
- Supporting new and existing construction projects, including, but not limited to, pipeline construction.
- Ethanol and biofuel production, refining, and distribution.
- Workers in fuel sectors (including, but not limited to nuclear, coal, and gas types and liquid fuels) supporting the mining, manufacturing, logistics, transportation, permitting, operation/maintenance, and monitoring of support for resources.

## WATER AND WASTEWATER

Employees needed to operate and maintain drinking water and wastewater/drainage infrastructure, including:
- Operational staff at water authorities.
- Operational staff at community water systems.
- Operational staff at wastewater treatment facilities.
- Workers repairing water and wastewater conveyances and performing required sampling or monitoring, including field staff.
- Operational staff for water distribution and testing.
- Operational staff at wastewater collection facilities.
- Operational staff and technical support for SCADA Control systems.
- Chemical and equipment suppliers to water and wastewater systems and personnel protection.
- Workers who maintain digital systems infrastructure supporting water and wastewater operations.

## TRANSPORTATION AND LOGISTICS

- Employees supporting or enabling transportation functions, including truck drivers, bus drivers, dispatchers, maintenance and repair technicians, warehouse workers, truck stop and rest area workers, Department of Motor Vehicle (DMV) employees, towing/recovery services, roadside assistance workers, intermodal transportation personnel, and workers who maintain and inspect infrastructure (including those that require cross-jurisdiction travel).
- Workers supporting the distribution of food, pharmaceuticals (including materials used in radioactive drugs) and other medical materials, fuels, chemicals needed for water or water treatment and energy Maintenance and operation of essential highway infrastructure, including roads, bridges, and tunnels (e.g., traffic operations centers and moveable bridge operators).
- Employees of firms providing services, supplies, and equipment that enable warehouse and operations, including cooling, storing, packaging, and distributing products for wholesale or retail sale or use. Includes cold- and frozen-chain logistics for food and critical biologic products.
- Mass transit workers and providing critical transit services and/or performing critical or routine maintenance to mass transit infrastructure or equipment.
- Employees supporting personal and commercial transportation services – including taxis, delivery services, vehicle rental services, bicycle maintenance and car-sharing services, and transportation network providers.
- Workers responsible for operating and dispatching passenger, commuter and freight trains and maintaining rail infrastructure and equipment.
- Maritime transportation workers, including dredgers, port workers, mariners, ship crewmembers, ship pilots and tug boat operators, equipment operators (to include maintenance and repair, and maritime-specific medical

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

providers), ship supply, chandler, and repair companies.

- Workers including truck drivers, railroad employees and contractors, maintenance crew, and cleaners supporting transportation of chemicals, hazardous, medical, and waste materials to support critical infrastructure, capabilities, functions, and services, including specialized carriers, crane and rigging industry workers.
- Bus drivers and workers who provide or support intercity, commuter and charter bus service in support of other essential services or functions.
- Automotive repair, maintenance, and transportation equipment manufacturing and distribution facilities (including those who repair and maintain electric vehicle charging stations).
- Transportation safety inspectors, including hazardous material inspectors and accident investigator inspectors.
- Manufacturers and distributors (to include service centers and related operations) of packaging materials, pallets, crates, containers, and other supplies needed to support manufacturing, packaging staging and distribution operations.
- Postal, parcel, courier, last-mile delivery, and shipping and related workers, to include private companies.
- Employees who repair and maintain vehicles, aircraft, rail equipment, marine vessels, bicycles, and the equipment and infrastructure that enables operations that encompass movement of cargo and passengers.
- Air transportation employees, including air traffic controllers and maintenance personnel, ramp workers, aviation and aerospace safety, security, and operations personnel and accident investigations.
- Workers who support the operation, distribution, maintenance, and sanitation, of air transportation for cargo and passengers, including flight crews, maintenance, airport operations, those responsible for cleaning and disinfection, and other on- and off- airport facilities workers.
- Workers supporting transportation via inland waterways such as barge crew, dredging, river port workers for essential goods.
- Workers critical to rental and leasing of vehicles and equipment that facilitate continuity of operations for essential workforces and other essential travel.
- Warehouse operators, including vendors and support personnel critical for business continuity (including HVAC & electrical engineers; security personnel; and janitorial staff) and customer service for essential functions.

## PUBLIC WORKS AND INFRASTRUCTURE SUPPORT SERVICES

- Workers who support the operation, inspection, and maintenance of essential public works facilities and operations, including bridges, water and sewer main breaks, fleet maintenance personnel, construction of critical or strategic infrastructure, traffic signal maintenance, emergency location services for buried utilities, maintenance of digital systems infrastructure supporting public works operations, and other emergent issues.
- Workers such as plumbers, electricians, exterminators, builders, contractors, HVAC Technicians, landscapers, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences, businesses and buildings such as hospitals, senior living facilities, any temporary construction required to support COVID-19 response.
- Workers who support, such as road and line clearing, to ensure the availability of and access to needed facilities, transportation, energy and communications.
- Support to ensure the effective removal, storage, and disposal of residential and commercial solid waste and hazardous waste, including landfill operations.
- Workers who support the operation, inspection, and maintenance of essential dams, locks and levees.
- Workers who support the inspection and maintenance of aids to navigation, and other government provided services that ensure continued maritime commerce.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

## COMMUNICATIONS AND INFORMATION TECHNOLOGY

**Communications:**

- Maintenance of communications infrastructure- including privately owned and maintained communication systems- supported by technicians, operators, call -centers, wireline and wireless providers, cable service providers, satellite operations, Internet Exchange Points, Points of Presence, Network Access Points, back haul and front haul facilities, and manufacturers and distributors of communications equipment.
- Government and private sector employees (including government contractors) with work related to undersea cable infrastructure and support facilities, including cable landing sites, beach manhole vaults and covers, submarine cable depots and submarine cable ship facilities.
- Government and private sector employees (including government contractors) supporting Department of Defense internet and communications facilities.
- Workers who support radio, television, and media service, including, but not limited to front-line news reporters, studio, and technicians for newsgathering, and reporting, and publishing news.
- Network Operations staff, engineers and/or technicians to include IT managers and staff, HVAC & electrical engineers, security personnel, software and hardware engineers, and database administrators that manage the network or operate facilities.
- Engineers, technicians and associated personnel responsible for infrastructure construction and restoration, including contractors for construction and engineering of fiber optic cables, buried conduit, small cells, other wireless facilities, and other communications sector-related infrastructure. This includes construction of new facilities and deployment of new technology as these are required to address congestion or customer usage due to unprecedented use of remote services.
- Installation, maintenance and repair technicians that establish, support or repair service as needed.
- Central office personnel to maintain and operate central office, data centers, and other network office facilities, critical support personnel assisting front line employees.
- Customer service and support staff, including managed and professional services as well as remote providers of support to transitioning employees to set up and maintain home offices, who interface with customers to manage or support service environments and security issues, including payroll, billing, fraud, logistics, and troubleshooting.
- Workers providing electronic security, fire, monitoring and life safety services, and to ensure physical security, cleanliness and safety of facilities and personnel, including temporary licensing waivers for security personnel to work in other States of Municipalities.
- Dispatchers involved with service repair and restoration.
- Retail customer service personnel at critical service center locations for onboarding customers, distributing and repairing equipment and addressing customer issues in order to support individuals' remote emergency communications needs, supply chain and logistics personnel to ensure goods and products are on-boarded to provision these front-line employees.
- External Affairs personnel to assist in coordinating with local, state and federal officials to address communications needs supporting COVID-19 response, public safety, and national security.

**Information Technology:**

- Workers who support command centers, including, but not limited to Network Operations Command Centers, Broadcast Operations Control Centers and Security Operations Command Centers.
- Data center operators, including system administrators, HVAC & electrical engineers, security personnel, IT managers and purchasers, data transfer solutions engineers, software and hardware engineers, and database administrators, for all industries (including financial services).

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

- Workers who support client service centers, field engineers, and other technicians and workers supporting critical infrastructure, as well as manufacturers and supply chain vendors that provide hardware and software, support services, research and development, and information technology equipment (to include microelectronics and semiconductors), and HVAC and electrical equipment for critical infrastructure, and test labs and certification agencies that qualify such equipment(to include microelectronics, optoelectronics, and semiconductors) for critical infrastructure, including data centers.

- Workers needed to preempt and respond to cyber incidents involving critical infrastructure, including medical facilities, SLTT governments and federal facilities, energy and utilities, and banks and financial institutions, securities/other exchanges, other entities that support the functioning of capital markets, public works, critical manufacturing, food & agricultural production, transportation, and other critical infrastructure categories and personnel, in addition to all cyber defense workers (who can't perform their duties remotely).

- Suppliers, designers, transporters and other workers supporting the manufacture, distribution and provision and construction of essential global, national and local infrastructure for computing services (including cloud computing services and telework capabilities), business infrastructure, financial transactions/services, web-based services, and critical manufacturing.

- Workers supporting communications systems and information technology- and work from home solutions- used by law enforcement, public safety, medical, energy, public works, critical manufacturing, food & agricultural production, financial services, education, and other critical industries and businesses.

- Employees required in person to support Software as a Service businesses that enable remote working, performance of business operations, distance learning, media services, and digital health offerings, or required for technical support crucial for business continuity and connectivity.

## OTHER COMMUNITY- OR GOVERNMENT-BASED OPERATIONS AND ESSENTIAL FUNCTIONS

- Workers to ensure continuity of building functions, including but not limited to security and environmental controls (e.g., HVAC), the manufacturing and distribution of the products required for these functions, and the permits and inspections for construction supporting essential infrastructure.

- Elections personnel to include both public and private sector elections support.

- Workers supporting the operations of the judicial system.

- Federal, State, and Local, Tribal, and Territorial employees who support Mission Essential Functions and communications networks.

- Trade Officials (FTA negotiators; international data flow administrators).

- Employees necessary to maintain news and media operations across various media.

- Employees supporting Census 2020.

- Weather forecasters.

- Clergy for essential support.

- Workers who maintain digital systems infrastructure supporting other critical government operations.

- Workers who support necessary credentialing, vetting and licensing operations for critical infrastructure workers.

- Customs and immigration workers who are critical to facilitating trade in support of the national emergency response supply chain.

- Educators supporting public and private K-12 schools, colleges, and universities for purposes of facilitating distance learning or performing other essential functions.

- Staff at government offices who perform title search, notary, and recording services in support of mortgage and real estate services and transactions.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

- Residential and commercial real estate services, including settlement services.
- Workers supporting essential maintenance, manufacturing, design, operation, inspection, security, and construction for essential products, services, and supply chain and COVID 19 relief efforts.

## CRITICAL MANUFACTURING

- Workers necessary for the manufacturing of metals (including steel and aluminum), industrial minerals, semiconductors, materials and products needed for medical supply chains, and for supply chains associated with transportation, energy, communications, information technology, food and agriculture, chemical manufacturing, nuclear facilities, wood products, commodities used as fuel for power generation facilities, the operation of dams, water and wastewater treatment, processing and reprocessing of solid waste, emergency services, and the defense industrial base. Additionally, workers needed to maintain the continuity of these manufacturing functions and associated supply chains, and workers necessary to maintain a manufacturing operation in warm standby.
- Workers necessary for the manufacturing of materials and products needed to manufacture medical equipment and personal protective equipment (PPE).
- Workers necessary for mining and production of critical minerals, materials and associated essential supply chains, and workers engaged in the manufacture and maintenance of equipment and other infrastructure necessary for mining production and distribution.
- Workers who produce or manufacture parts or equipment that supports continued operations for any essential services and increase in remote workforce (including computing and communication devices, semiconductors, and equipment such as security tools for Security Operations Centers (SOCs) or datacenters).

## HAZARDOUS MATERIALS

- Workers who manage hazardous materials associated with any other essential activity, including but not limited to healthcare waste (medical, pharmaceuticals, medical material production), testing operations (laboratories processing test kits), and energy (nuclear facilities) Workers at nuclear facilities, workers managing medical waste, workers managing waste from pharmaceuticals and medical material production, and workers at laboratories processing tests Workers who support hazardous materials response and cleanup.
- Workers who maintain digital systems infrastructure supporting hazardous materials management operations.

## FINANCIAL SERVICES

- Workers who are needed to provide, process and maintain systems for processing, verification, and recording of financial transactions and services, including payment, clearing, and settlement; wholesale funding; insurance services; consumer and commercial lending; and capital markets activities).
- Workers who are needed to maintain orderly market operations to ensure the continuity of financial transactions and services.
- Workers who are needed to provide business, commercial, and consumer access to bank and non-bank financial services and lending services, including ATMs, lending and money transmission, and to move currency, checks, securities, and payments (e.g., armored cash carriers).
- Workers who support financial operations and those staffing call centers, such as those staffing data and security operations centers, managing physical security, or providing accounting services.
- Workers supporting production and distribution of debit and credit cards.
- Workers providing electronic point of sale support personnel for essential businesses and workers.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

**Essential Critical Infrastructure Workforce**

## CHEMICAL

- Workers supporting the chemical and industrial gas supply chains, including workers at chemical manufacturing plants, workers in laboratories, workers at distribution facilities, workers who transport basic raw chemical materials to the producers of industrial and consumer goods, including hand sanitizers, food and food additives, pharmaceuticals, paintings and coatings, textiles, building materials, plumbing, electrical, and paper products.

- Workers supporting the safe transportation of chemicals, including those supporting tank truck cleaning facilities and workers who manufacture packaging items.

- Workers supporting the production of protective cleaning and medical solutions, personal protective equipment, disinfectants, fragrances, and packaging that prevents the contamination of food, water, medicine, among others essential.

- Workers supporting the operation and maintenance of facilities (particularly those with high risk chemicals and/ or sites that cannot be shut down) whose work cannot be done remotely and requires the presence of highly trained personnel to ensure safe operations, including plant contract workers who provide inspections.

- Workers who support the production and transportation of chlorine and alkali manufacturing, single-use plastics, and packaging that prevents the contamination or supports the continued manufacture of food, water, medicine, and other essential products, including glass container manufacturing.

## DEFENSE INDUSTRIAL BASE

- Workers who support the essential services required to meet national security commitments to the federal government and U.S. Military. These individuals include, but are not limited to, space and aerospace; mechanical and software engineers (various disciplines), manufacturing/production workers; IT support; security staff; security personnel; intelligence support, aircraft and weapon system mechanics and maintainers; and sanitary workers who maintain the hygienic viability of necessary facilities.

- Personnel working for companies, and their subcontractors, who perform under contract or sub-contract to the Department of Defense, as well as personnel at government-owned/contractor- operated and government-owned/government-operated facilities, and who provide materials and services to the Department of Defense, including support for weapon systems, software systems and cybersecurity, defense and intelligence communications and surveillance, space systems and other activities in support of our military, intelligence and space forces.

## COMMERCIAL FACILITIES

- Workers who support the supply chain of building materials from production through application/installation, including cabinetry, fixtures, doors, cement, hardware, plumbing, electrical, heating/cooling, refrigeration, appliances, paint/coatings, and employees who provide services that enable repair materials and equipment for essential functions.

- Workers supporting ecommerce through distribution, warehouse, call center facilities, and other essential operational support functions.

- Workers in hardware and building materials stores, consumer electronics, technology and appliances retail, and related merchant wholesalers and distributors - with reduced staff to ensure continued operations.

- Workers distributing, servicing, repairing, installing residential and commercial HVAC systems, boilers, furnaces and other heating, cooling, refrigeration, and ventilation equipment.

## RESIDENTIAL/SHELTER FACILITIES AND SERVICES

- Workers in dependent care services, in support of workers in other essential products and services.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

- Workers who support food, shelter, and social services, and other necessities of life for needy groups and individuals, including in-need populations and COVID-19 responders (including travelling medical staff).
- Workers in animal shelters.
- Workers responsible for the leasing of residential properties to provide individuals and families with ready access to available housing.
- Workers responsible for handling property management, maintenance, and related service calls who can coordinate the response to emergency "at-home" situations requiring immediate attention, as well as facilitate the reception of deliveries, mail, and other necessary services.
- Workers performing housing construction related activities to ensure additional units can be made available to combat the nation's existing housing supply shortage.
- Workers performing services in support of the elderly and disabled populations who coordinate a variety of services, including health care appointments and activities of daily living.
- Workers supporting the construction of housing, including those supporting government functions related to the building and development process, such as inspections, permitting and plan review services that can be modified to protect the public health, but fundamentally should continue and serve the construction of housing (e.g., allow qualified private third-party inspections in case of government shutdown).

## HYGIENE PRODUCTS AND SERVICES

- Workers who produce hygiene products.
- Workers in laundromats, laundry services, and dry cleaners.
- Workers providing personal and household goods repair and maintenance.
- Workers providing disinfection services, for all essential facilities and modes of transportation, and supporting the sanitation of all food manufacturing processes and operations from wholesale to retail.
- Workers necessary for the installation, maintenance, distribution, and manufacturing of water and space heating equipment and its components.
- Support required for continuity of services, including commercial disinfectant services, janitorial/cleaning personnel, and support personnel functions that need freedom of movement to access facilities in support of front-line employees.

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

  Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

  @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

# Exhibit 7

This document is made available electronically by the Minnesota Legislative Reference Library as part of an ongoing digital archiving project. http://www.leg.state.mn.us/lrl/execorders/execorders.asp

# STATE OF MINNESOTA
## Executive Department



## Governor Tim Walz

**Emergency Executive Order 20-47**

**Clarifying Application of Executive Order 20-33 to Homeless Encampments**

**I, Tim Walz, Governor of the State of Minnesota,** by the authority vested in me by the Constitution and applicable statutes, issue the following Executive Order:

On April 8, 2020, I issued Executive Order 20-33, Extending Stay at Home Order and Temporary Closure of Bars, Restaurants, and Other Places of Public Accommodation ("Executive Order 20-33"). Under Paragraph 5(g) of Executive Order 20-33, displaced individuals were deemed exempt from the restrictions of the Executive Order. Questions have arisen regarding the application of language related to homeless encampments.

Homeless populations face additional challenges related to the spread of COVID-19. All Minnesotans need safe and sanitary places to reside, to protect their own health and the health of those around them, and, if they become sick, to obtain needed care and to recover. The most important strategy that communities can undertake to minimize population growth in encampments is to create safe housing and sheltering options for people experiencing homelessness.

Executive Order 20-33 provided that the list of exempted activities "may be clarified, as deemed necessary by the Governor, to ensure the health, safety, and security of all Minnesotans." Clarification to Executive Order 20-33 is needed to ensure that state and local governments may respond to situations that create a threat to the health, safety, and security of people living in encampments.

For these reasons, I order as follows:

1. Paragraph 5(g) of Executive Order 20-33 is clarified by providing the following additions (indicated by underlined text):

   **Displacement**. Individuals without a home are exempt from the restrictions in this Executive Order, and they may move between emergency shelters, drop-in centers, and encampments. Encampments, including both new and existing encampments,

1

should not be subject to sweeps or disbandment by state or local governments, as such sweeps or disbandment increase the potential risk and spread of COVID-19.

　　i.　Law enforcement is not prohibited from addressing trespassing or exigent circumstances (*i.e.*, those requiring immediate action to protect life, prevent injury, or preserve evidence) that occur within encampments or among or including people staying outdoors. Law enforcement and other first responders should respond to trespassing and exigent circumstances as those situations require.

　　ii.　If a local government entity is providing sufficient alternate housing, shelter, or encampment space that complies with the Minnesota Department of Health's guidance, *Homeless Services Settings: Interim Guidance for Providers,* and the Centers for Disease Control and Prevention's guidance, *Responding to COVID-19 Among People Experiencing Unsheltered Homelessness*, or if an encampment has reached a size or status that is a documented threat to the health, safety, or security of residents, state or local governments may restrict, limit, or close encampment spaces.

　　iii.　I authorize the commissioners of the Minnesota Housing Finance Agency and the Minnesota Department of Human Services, as co-chairs of the Minnesota Interagency Council on Homelessness, to issue guidance as is needed to clarify this provision or further address the issue of homeless encampments.

2.  All other provisions of Executive Order 20-33 remain in effect.

Pursuant to Minnesota Statutes 2019, section 4.035, subdivision 2, and section 12.32, this Executive Order is effective immediately. It remains in effect until the peacetime emergency declared in Executive Order 20-01 is terminated or until it is rescinded by proper authority.

A determination that any provision of this clarification to Executive Order 20-33 is invalid will not affect the enforceability of any other provision of Executive Order 20-33. Rather, the invalid provision will be modified to the extent necessary so that it is enforceable.

Signed on April 29, 2020.

**Tim Walz**
Governor

Filed According to Law:

**Steve Simon**
Secretary of State

Filed on April 29, 2020
Office of the Minnesota
Secretary of State,
Steve Simon

2

# Exhibit 8

| | |
|---|---|
| **From:** | Ohotto, Jason R. |
| **To:** | Bangoura, Al K. |
| **Cc:** | Barrick, Jeremy; Ringold, Jennifer B.; Cox, Tyrize; Schroeder, Michael |
| **Subject:** | FW: MPRB Response to Draft Framework |
| **Date:** | Tuesday, May 12, 2020 11:00:24 AM |
| **Attachments:** | MPRB Response 5.12.20 - cross-jurisdiction encampment response framework.docx<br>image005.jpg<br>image006.jpg |

The call with the City and other partners, including Hennepin County, went well. Our recommendations were generally supported and another round of document review is taking place based on our suggestions.

In the meantime, I need some internal guidance on the decision process the executive teams wants regarding park encampments. Today, I'm instructing staff to begin prioritizing park encampments for disbandment consideration.

**Chief Jason Ohotto**
**MINNEAPOLIS PARK POLICE DEPARTMENT**
2117 West River Road | Minneapolis, MN 55411-2227 | 612-230-6564 | johotto@minneapolisparks.org

minneapolis-parks-and-recreation-logo



---

**From:** Ohotto, Jason R.
**Sent:** Tuesday, May 12, 2020 8:01 AM
**To:** Topinka, Katie J <Katie.Topinka@minneapolismn.gov>; Woodrich, Noya J <noya.woodrich@minneapolismn.gov>; David.Hewitt@hennepin.us; Snyder, Grant <Grant.Snyder@minneapolismn.gov>
**Cc:** Bangoura, Alfred K. (abangoura@minneapolisparks.org) <abangoura@minneapolisparks.org>; Ringold, Jennifer B. <JRingold@minneapolisparks.org>; Barrick, Jeremy <JBarrick@minneapolisparks.org>
**Subject:** MPRB Response to Draft Framework

Hello Katie,

In advance of our 10am meeting, I wanted to share with you the MPRB's response to the draft framework document you sent last Friday. We look forward to discussing further.

Sincerely,

**Chief Jason Ohotto**
**MINNEAPOLIS PARK POLICE DEPARTMENT**
2117 West River Road | Minneapolis, MN 55411-2227 | 612-230-6564 | johotto@minneapolisparks.org

minneapolis-parks-and-recreation-logo

# Exhibit 9



# STATE OF MINNESOTA
## Executive Department

## Governor Tim Walz

### Emergency Executive Order 20-55

### Protecting the Rights and Health of At-Risk Populations during the COVID-19 Peacetime Emergency

**I, Tim Walz, Governor of the State of Minnesota,** by the authority vested in me by the Constitution and applicable statutes, issue the following Executive Order:

The COVID-19 pandemic presents an unprecedented challenge to our State. Minnesota has taken proactive steps to ensure that we are ahead of the curve on COVID-19 prevention and response. On March 13, 2020, I issued Executive Order 20-01 and declared a peacetime emergency because this pandemic, an act of nature, threatens the lives of Minnesotans, and local resources are inadequate to address the threat. In Executive Order 20-01, I directed all state agencies to submit proposed orders and rules to protect and preserve public health and safety. After notifying the Legislature, on April 13, 2020 and again on May 13, 2020, I issued Executive Orders extending the peacetime emergency declared in Executive Order 20-01.

As businesses reopen and some restrictions on movement have been relaxed, we must continue efforts to contain the spread of COVID-19 and to protect the most vulnerable Minnesotans, including the nearly 10,000 Minnesotans experiencing homelessness who are living outside or in a temporary shelter, the over 110,000 Minnesotans living in or receiving services from residential settings, the 778,000 Minnesotans under age 65 with an underlying health condition, and the 888,000 Minnesotans who are over age 65. Many Minnesotans at risk of serious illness due to COVID-19, including older adults and people with disabilities, whether they live in their own homes, a shelter, outdoors, in long-term care facilities, treatment centers, or a temporary location due to a COVID-19 infection, are in need of protections to support their health and safety during the COVID-19 pandemic.

We recognize that our communities of color and indigenous communities are disproportionately represented among populations with underlying conditions and co-morbidities that increase the risk of becoming severely ill if they contract COVID-19. These communities also make up a large percentage of the direct service caregivers working on the frontlines of this pandemic, and because of their interactions through their work, have increased chances to encounter and contract COVID-19. Taking action to protect vulnerable populations will help ensure we do not exacerbate these disparities.

Individuals experiencing homelessness face unique hurdles given the health and safety risks posed by COVID-19. All Minnesotans need safe and sanitary places to reside, to protect their own health and the health of those around them, and if they become sick, to obtain needed care and to recover. In particular, finding a safe and comfortable space to isolate when sick with COVID-19 is especially difficult for individuals experiencing homelessness and for those who cannot live in their own home. As a matter of public health and safety, it is important to provide assistance when possible to isolate these individuals.

Another subset of vulnerable Minnesotans are those losing essential community support or being transferred or displaced from their homes due to COVID-19. There is significant risk of hardship to individuals taken out of assisted living and placed in a new location that does not have necessary supports. Protections and guidelines are needed to provide assistance to government entities when evacuation of an individual who tested positive for COVID-19 is required.

Finally, vulnerable Minnesotans need to be able to protect themselves when they are engaged in activities of daily living. Like everyone, at-risk persons need to acquire groceries and other vital supplies and may require repairs or other services that cause workers to enter their living space. Being in close proximity to other individuals increases the chances of contracting COVID-19 and it is helpful to reduce instances of interaction and to take other mitigating steps to reduce the spread of COVID-19 to at-risk persons. Similarly, it is vital for at-risk persons to have access to personal protective equipment ("PPE") and other supplies and to be made aware if a personal care assistant is no longer available to work with them.

In Minnesota Statutes 2019, section 12.02, subdivision 1, the Minnesota Legislature recognized the "existing and increasing possibility of the occurrence of natural and other disasters of major size and destructiveness" and conferred upon the Governor the emergency and disaster powers provided in Chapter 12 to "ensure the preparations of this state will be adequate to deal with disasters," to "generally protect the public peace, health, and safety," and to "preserve the lives and property of the people of the state." Pursuant to Minnesota Statutes 2019, section 12.21, subdivision 1, the Governor has general authority to control the State's emergency management as well as carry out the provisions of Minnesota's Emergency Management Act. Pursuant to subdivision 3 of that same section, the Governor may "make, amend, and rescind the necessary orders and rules to carry out the provisions" of Minnesota Statutes 2019, Chapter 12. When approved by the Executive Council and filed in the Office of the Secretary of State, such orders and rules have the force and effect of law during the pendency of a peacetime emergency. Any inconsistent rules or ordinances of any agency or political subdivision of the state are suspended during the pendency of the emergency.

For these reasons, I order as follows:

1. **At-risk persons strongly urged to stay at home.** Beginning on Sunday, May 17, 2020 at 11:59 pm and continuing for the duration of the peacetime emergency declared in Executive Order 20-01 or until this Executive Order is rescinded, all at-risk persons currently living within the State of Minnesota are strongly urged to stay at home or in their place of residence except to engage in necessary activities for health and wellbeing (including, but not limited to, visiting medical professionals, picking up prescriptions and other medical equipment, grocery shopping, outdoor

exercise, child care, caring for family members or pets) and work, if it is not possible to work from home. People who can work from home must do so.

2. **At-risk persons defined**. Consistent with guidance issued by the Centers for Disease Control and Prevention ("CDC"), "at-risk persons" include people who are:

    a. 65 years and older.

    b. Living in a nursing home or a long-term care facility, as defined by the Commissioner of Health.

    c. Any age with underlying medical conditions, particularly if not well controlled, including:

        i. People with chronic lung disease or moderate to severe asthma.

        ii. People who have serious heart conditions.

        iii. People who are immunocompromised (caused by cancer treatment, smoking, bone marrow or organ transplantation, immune deficiencies, poorly controlled HIV or AIDS, or prolonged use of corticosteroids and other immune weakening medications).

        iv. People with severe obesity (body mass index (BMI) of 40 or higher).

        v. People with diabetes.

        vi. People with chronic kidney disease undergoing dialysis.

        vii. People with liver disease.

3. **"Homes" and "residences" defined**. For purposes of this Executive Order, "homes" and "residences" include mobile homes, hotels, motels, shared rental units, shelters, and similar facilities, to the extent they are used for lodging.

4. **Homeless population**. All persons who, either chronically or temporarily, lack a permanent residence may move freely, including to receive supports and services, but are strongly urged to obtain shelter or other safe spaces. Governmental and other entities are strongly urged to make 24-hour shelter or other safe spaces available as soon as possible and to the maximum extent practicable, and to use COVID-19 risk mitigation practices recommended by the CDC and the Minnesota Department of Health ("MDH").

5. **Encampments**. Homeless encampments, including both new and existing encampments, should not be subject to sweeps or disbandment by state or local governments, as such sweeps or disbandments increase the potential risk and spread of COVID-19. Law enforcement is not prohibited from addressing trespassing or exigent circumstances (*i.e.,* those requiring immediate action to protect life, prevent

injury, or preserve evidence) that occur within encampments or among or including people staying outdoors. Law enforcement and other first responders should respond to trespassing and exigent circumstances as those situations require. If a local government entity is providing sufficient alternate housing, shelter, or encampment space that complies with the MDH guidance, *Homeless Services Settings: Interim Guidance for Providers,* and the CDC guidance, *Responding to COVID-19 Among People Experiencing Unsheltered Homelessness*, or if an encampment has reached a size or status that is a documented threat to the health, safety, or security of residents, state or local governments may restrict, limit, or close encampment spaces. I authorize the Commissioners of the Minnesota Housing Finance Agency and Human Services, as co-chairs of the Minnesota Interagency Council on Homelessness, to issue further guidance as needed to clarify this provision or further address the issue of homeless encampments.

6. **Protection and isolation spaces**. I order the Commissioners of Health, Human Services, and Public Safety to coordinate and issue guidance regarding the development and availability of increased protection and isolation spaces for at-risk populations and persons experiencing homelessness, including populations in or out of shelter, those experiencing homelessness due to being victims of crime, and individuals who do not need hospital-level care and do not have a home or other appropriate space where they can safely isolate.

7. **At-risk persons transferred or displaced**. I order the Commissioners of Human Services and Health to develop and implement guidelines to protect at-risk persons who are transferred or displaced from their home due to the state or local government's determination that the person requires a safer location to prevent future COVID-19 infections. The guidelines should provide special consideration for the needs of at-risk persons living with dementia, behavioral health conditions, substance use disorders, or any other condition or co-morbidity that increases the risk of non-COVID-19 harm, injury, or death as a result of transfer or displacement. The guidelines issued under this section should be consistent with Executive Order 20-14 and temporary waivers and program modifications implemented by the Commissioners of Human Services and Health, including those pursuant to Executive Orders 20-11 and 20-12.

8. **Unlicensed agency providers of services necessary for health and safety**. Beginning no later than May 18, 2020 at 5:00 pm, and continuing for the duration of the peacetime emergency declared in Executive Order 20-01 or until this Executive Order is rescinded, all unlicensed agency providers of services that are necessary for activities of daily living, as defined in Minnesota Statutes 2019, section 256B.0659 ("'activities of daily living' means grooming, dressing, bathing, transferring, mobility, positioning, eating, and toileting"), must provide notice to local county human services or tribal human services, to the managed care organization from which the provider agency has received payment, and to all persons they serve under Minnesota Statutes 2019, section 256B.0659, at least 72 hours prior to suspension or termination of services (*i.e.*, agency closure) if the closure is due to COVID-19. Agency providers retain their responsibilities as mandated reporters to the Minnesota

4

Adult Abuse Reporting Center. The Commissioner of Human Services may use the recipient protection provisions in Minnesota Statutes 2019, section 256B.0651, subdivision 17(b), to assist recipients and notify lead agencies.

9. **Accommodations for at-risk persons**. I order the Commissioner of Employment and Economic Development to issue such guidance as necessary for private and public businesses to provide accommodations to at-risk customers by adjusting times, services, and manner of delivering goods and services to minimize the risk of COVID-19 infection.

10. **Staffing, services, and PPE**. I order the Commissioners of Administration, Health, and Human Services to coordinate and provide proposals to support best-effort responses to allocate and distribute, as resources become available, appropriate staffing, services, and PPE to support at-risk and homeless populations and staff serving those populations in the following kinds of settings, where over 200,000 at-risk Minnesotans are living or receiving services: encampments, shelters, isolation settings, group homes, licensed residential settings for people with mental illness, licensed residential settings for people with substance use disorders, locations where personal care assistants provide services, affordable housing development, housing with services, boarding care, board and lodges, site-based supportive housing, skilled nursing facilities, child foster care (family and corporate), child residential facilities, and county and tribal child and adult protection.

Pursuant to Minnesota Statutes 2019, section 4.035, subdivision 2, and section 12.32, this Executive Order is effective immediately upon approval by the Executive Council. It remains in effect until the peacetime emergency declared in Executive Order 20-01 is terminated or until it is rescinded by proper authority.

A determination that any provision of this Executive Order is invalid will not affect the enforceability of any other provision of this Executive Order. Rather, the invalid provision will be modified to the extent necessary so that it is enforceable.

Signed on May 13, 2020.

**Tim Walz**
Governor

Filed According to Law:

**Steve Simon**
Secretary of State

Approved by the Executive Council on May 13, 2020:

_____

**Alice Roberts-Davis**
Secretary, Executive Council

Filed May 13, 2020
Office of the Minnesota
Secretary of State,
Steve Simon

6

# Exhibit 10

10/18/2020                 Volunteers turned former Sheraton Hotel in Minneapolis into sanctuary for homeless - StarTribune.com

**MINNEAPOLIS**

# Volunteers turned former Sheraton Hotel in Minneapolis into sanctuary for homeless

### After Lake Street devastation, volunteers turn hotel into refuge for homeless

**By Miguel Otárola** Star Tribune | OCTOBER 5, 2020 — 3:53PM

While Lake Street burned last Friday, its stores gutted and streets filled with fear and confusion, one building stood tall as a beacon of hope for Minneapolis.

It was the former Sheraton Minneapolis Midtown Hotel, tucked just north of Lake and Chicago Avenue, a mile from where George Floyd took his final breaths. Evacuated of its conventional guests, the hotel has become a refuge for more than 200 homeless residents seeking shelter from the destruction that shook the city in the following days.

For the volunteers working around the clock to keep it running, the hotel-turned-shelter is one of a kind, an example of what can happen when people put their minds and bodies together to provide housing for those who need it most.

"People in the community have come together and created this amazing space of peace and sanctuary for these unhoused people, and brought together all these resources to be able to feed them, keep them safe, give them a place to exist," said Maggie Mills, 31, one of the volunteers.

There is no hierarchy among the collective of volunteers, who span the fields of medicine, mental health, social work, housing and public health. Most of the decisions are made on the spot. Donated goods have come in by the hundreds — so have the people looking for a way to help keep the hotel running.

Several volunteers were already looking for hotel rooms in recent months to house homeless people staying in encampments during the coronavirus pandemic.

When chaos ensued last week, those volunteers approached the owner of the former Sheraton, a functioning hotel with 136 rooms, and arranged to house homeless residents. They then began shepherding people sleeping in tents by the Midtown Greenway to the hotel.

The hotel owner, Jay Patel, bought it earlier this year and was in the process of rebranding it, according to the Minneapolis/St. Paul Business Journal (https://www.bizjournals.com/twincities/news/2020/06/04/midtown-sheraton-hotel-homeless-minneapolis.html) . While volunteers are looking to keep the shelter running permanently, Patel told the Business Journal this week he does not plan to keep it as a shelter for long.

Abu Bakr, 29, was living in his car last week as the protests against Floyd's death and the Minneapolis Police Department took over the streets. His car was set on fire while he was out demonstrating by the ruins of the Third Precinct, and he needed a place to stay before the curfew went into effect.

On Saturday, he walked inside and got a room inside the hotel.

"I've stayed in shelters plenty of times," Bakr said outside the hotel Wednesday. "It's a bit of an upgrade. A shelter facility ... you feel like you're being controlled. It doesn't feel homely and welcoming. But this place makes you feel welcome, and it feels like a place where you actually want to go home, if you have to live in a shelter."

On Wednesday, the lobby of the hotel was a mix of hotel guests and volunteers, some with face masks on, others not. Some caught a nap on the couches and seats, sleeping under hotel sheets.



AARON LAVINSKY – STAR TRIBUNE

Instead of a hotel clerk, volunteers stood behind the main desk. Instead of a bartender, two volunteers stood behind the bar handing out non-alcoholic drinks and snacks. On the patio, volunteers and guests prepared to cook trays of chicken fajitas. Signs encouraging social distancing and sanitation — and honoring Floyd — were posted along the walls.

The rooms are regular hotel rooms, Bakr said. There is a bed, television and shower, and guests get fresh sheets each day, he said. Until Tuesday, there was no hot water because the gas line to the building was turned off.

A room next to the main lobby was turned into a first-aid station. There, volunteers have stockpiled needle containers and naloxone, the overdose-reversing drug, donated by local organizations such as Southside Harm Reduction Services and Hope Network. There is also an herbal medicine station, and volunteers are building room dividers and receiving cots to better treat guests.

Sarah Stackley, who has worked with the homeless population for the last nine years, began volunteering at the shelter Sunday. She described it as a "revolutionary model," one not governed by restrictive rules that come with grants.

"This is something I have never seen before," she said. "It's a space that we've needed for decades. It's to have a space where there really is no restrictions and you can have people come in and stay until they're ready to leave."

She continued: "We have a very long waitlist already; we could use another hotel."

The collective has also organized volunteers to provide security. Mills, a graduate student at the University of Minnesota, and her partner have served overnight shifts outside the hotel, with police confronting them and even shooting rubber bullets in their direction, she said.

"The police have been very unclear about how they're going to interact with us when we are there peacefully just trying to keep these residents safe," she said. "That's of the utmost concern to everyone volunteering."

Sheila Delaney, 49, who helped assist residents displaced in the Drake Hotel fire late last year, was brought in to act as a liaison between volunteers, the building owner and other partners.

"This is operationally as smooth, and in terms of cultural competence, it far surpasses anything the Red Cross could've done with the Drake," she said. "The people who are serving the people here are reflective."

She said the collective will need funding from the state and philanthropy partners to make it sustainable, and that at some point the city of Minneapolis will need to get involved for safety inspections.

The Minnesota Interagency Council on Homelessness, a cabinet-level body led by Lt. Gov. Peggy Flanagan, has taken notice and is looking to help. The state was separately working to relocate people living in encampments across the Twin Cities — including a large one in south Minneapolis (https://www.startribune.com/met-council-clears-homeless-camp-quarantine-near-smoldering-mpls-protest-site/570839192/) near the Third Precinct — to hotels during the pandemic and unrest last week.

The council's executive director, Cathy ten Broeke, said the challenge now is figuring out how the state can support a hotel shelter that has so far operated entirely with volunteers.

"I've been working on homelessness for 27 years and I've never seen anything like that before," she said. "Finally, homelessness is being seen as the emergency and the public health issue that it is and that it has always been."

..

Volunteers turned former Sheraton hotel in Minneapolis into sanctuary for homeless - StarTribune.com

# Exhibit 11

Homeless evicted from former Mpls. hotel after drug overdose - StarTribune.com

MINNEAPOLIS

# Homeless evicted from former Minneapolis hotel after drug overdose

Drug overdose leads owner to empty rooms that sheltered homeless

By Chris Serres (https://www.startribune.com/chris-serres/10645926/) and Miguel Otárola (https://www.startribune.com/miguel-otrola/396828811/) Star Tribune

JUNE 9, 2020 — 10:50PM

A report of a drug overdose led to the eviction Tuesday of more than 200 homeless people from a hotel in south Minneapolis that had become a refuge during protests that erupted in the wake of George Floyd's killing in police custody.

Residents of the former Sheraton Minneapolis Midtown Hotel, tucked just north of Lake Street on Chicago Avenue, awoke to reports that the hotel's fire alarm was pulled after 6 a.m. following an overdose. The hotel owner, Jay Patel, has ordered the eviction of all the guests, according to volunteers at the site.

The sudden eviction marks the second time in two weeks that large numbers of homeless people have been forced to vacate a temporary site, and could hamper efforts by a team of volunteers to find them more permanent housing.

The coronavirus pandemic has brought a heightened level of urgency to these efforts. Homeless outreach workers fear that people who are cleared repeatedly from shelters and other sites will scatter and become more difficult to reach with aid.

"It's not that people don't want to help, it's just that right now there are no physical beds," said Sheila Delaney, who acted as a liaison between volunteers, the building owner and other partners. "There is no 'Plan B,' except for back out."

Since May 29, the hastily arranged shelter had been a source of stability, even hope, amid the chaos and destruction that followed Floyd's death on May 25.

Unlike traditional homeless shelters, people who stayed at the hotel were allowed to bring drugs and alcohol on-site. Volunteer medics were focused on preventing overdoses and helping people access health services, rather than enforcing rules that would result in people being forced back onto the streets.



... art to evacuate from the Sheraton shelter off Lake Street Tuesday. "We have nowhere to go," she said.

But some residents at the hotel said conditions had begun to spin out of control in recent days, with people injecting heroin and methamphetamine in the hallways, and fights breaking out at night. Volunteers became overwhelmed.

"It started out well, then descended into chaos," said Jennie Taylor, who had a room on the second floor. "People got the message that this was a place where you could use drugs freely and that attracted the wrong crowd."

Moon Beaumaster, another resident and volunteer at the hotel, agreed. "There were too many parasitic drug dealers who were using this place for the wrong reason," she said.

The scene Tuesday outside the hotel was chaotic. Homeless people, some with children in tow, could be seen pouring out of the hotel lobby with their belongings piled in shopping carts. One angry resident was darting around the parking lot, screaming at people. Many sat on curbs and said they had nowhere to go.

In an emotional news conference outside the hotel, residents and volunteers decried the eviction and demanded permanent housing. A few people insisted they were not going to leave. Volunteers said many people likely would remain at the hotel overnight, as they continued to negotiate with the building owner.

"I don't know if the owner has the power to evict us," said Rosemary Fister, an organizer at the hotel, drawing cheers from residents.

CASE 0:20-cv-02189-ECT-JFD Doc. 1-1 Filed 10/19/20 Page 76 of 76

The hotel is on a stretch near Lake Street that was badly damaged during last week's protests, and it quickly became a sanctuary for people trying to avoid the riots. In less than 48 hours, the building had come to resemble a large homeless cooperative, with the residents handling many of its core functions, from serving meals to security. Organizers had raised over $100,000 on GoFundMe and carloads of donations poured in. Even people who were not staying at the hotel would drop in to get food, medical care and other services.

"It was beautiful in its way," said Alexis Kramer, a volunteer at the hotel and organizer with Freedom from the Streets, an advocacy group for the homeless. "I mean, we have children here. Where are they going to go?"

Some of those who arrived at the hotel had migrated from a large homeless encampment (https://www.startribune.com/as-minneapolis-homeless-camp-raises-health-alarms-officials-move-to-contain-its-spread/570309002/) near the light-rail line along Hiawatha Avenue, which was cleared by the Metropolitan Council two weeks ago. Most of those at the encampment were offered and accepted rooms at other hotels with support staff.

By last weekend, all the rooms in the four-story hotel were filled, yet people kept arriving. Other areas of the hotel, including the lobby, were converted to sleeping spaces to accommodate the new arrivals. As of Tuesday, the hotel-turned-shelter had a waiting list of about 450 people.

But in recent days, Patel and a team of volunteers had grown increasingly stressed and exhausted accommodating guests, many of whom were dealing with mental illness and substance use problems, Delaney said.

Kat Eng, a volunteer and community liaison at the site, said volunteers have reached out to government agencies and nonprofits for help in finding people housing, but those displaced currently have nowhere to go. She put out a call for more tents early Tuesday.

"We have reached out through every single possible channel and there is no alternative," she said. "Residents are traumatized, scared and we need solutions."

As people poured out of the hotel, Taylor sat on a nearby bus bench and contemplated her options. The night she moved into the hotel last week marked the first time in nearly four years that Taylor had a private room, a bathtub and a place to sleep without fear of having her belongings stolen, she said. "It was wonderful, like a dream," she said of the week she spent there.

Most likely, she would pitch a tent along the Midtown Greenway near the hotel, Taylor said. Because of the coronavirus, she was afraid to stay in a crowded shelter, where people sleep close enough to hold hands.

"It's unfortunate that a few people appear to have ruined it for everyone," she said, gazing out over the damaged buildings on Lake Street. "There are some of us who have hope for sobriety and housing."

---

**Chris Serres** covers social services for the Star Tribune.

   chris.serres@startribune.com     612-673-4308     chrisserres

**Miguel Otárola** is a reporter covering Minneapolis City Hall for the Star Tribune. He previously covered Minneapolis' western suburbs and breaking news. He also writes about immigration and music on occasion.

   motarola@startribune.com     612-673-4753     motarola123