# Exhibit 12

MINNEAPOLIS

# Minneapolis parks leaders to homeless: You can stay in our parks

**The Park Board's pledge was a response to growing camps in Powderhorn Park.**

**By Miguel Otárola (https://www.startribune.com/miguel-otrola/396828811/)** Star Tribune

**JUNE 19, 2020 — 5:06AM**

The Minneapolis Park and Recreation Board will allow homeless people to stay overnight in local parks in response to rapidly growing encampments in Powderhorn Park.

In a resolution passed Wednesday night, the Park Board's commissioners said they were "committed to providing people currently experiencing homelessness refuge space in Minneapolis parks." However, they stressed the need for other government agencies to increase funding toward the homelessness crisis and move those now living in parks into housing.

"We are not going to kick the can down the road, push people out of public spaces when they have nowhere else to go," Park Board President Jono Cowgill said Thursday.

The Park Board was thrust into the middle of the crisis last week, when people living at a makeshift shelter inside a former Sheraton hotel were evicted by its owner (https://www.startribune.com/homeless-evicted-from-former-mpls-hotel-after-drug-overdose/571135962/?refresh=true). Some residents then migrated several blocks to the northwest corner of Powderhorn Park, pitching 25 tents by last Friday.

As of Thursday, that number had risen to about 200 tents, with encampments on both the northwest and east sides of the park. Volunteers have set up medic tents at the sites, distributed food and supplies and scheduled overnight patrols to protect the campers.

Initially, park police officers gave dwellers notices saying the camp would be dismantled within 72 hours (https://www.startribune.com/minneapolis-homeless-forced-out-of-a-hotel-face-uncertain-future/571231192/?refresh=true). Since then, the board has set up more than a dozen portable restrooms, a shower trailer, more than two dozen trash bins and running water and electricity.

Park Board ordinances prohibit people from setting up tents without a permit or being in parks overnight. However, those rules were superseded by an executive order enacted by Gov. Tim Walz during the pandemic, which states that governments cannot sweep or disband encampments unless their size or status pose a documented health and safety threat.

There are at least eight other parks in the city with small encampments, officials said. Cowgill said he hoped providing a couple of other sites for dwellers would lead to smaller, more manageable encampments.

"We are in a crisis situation with the number of encampment residents that we have at Powderhorn," he said. "This is not a sustainable, dignified solution for folks who are experiencing homelessness right now, and the state needs to step up."

Hennepin County officials said they are overwhelmed as they first worked to help house hundreds of people relocated to hotels (https://www.startribune.com/hundreds-of-homeles-minnesotans-move-to-area-hotels-as-officials-race-to-prevent-coronavirus-from-spreading-in-shelters/570183632/?refresh=true) during the start of the coronavirus pandemic. Outreach workers with the county, as well as nonprofit partners, have been at the camp offering shelter space and providing services for people with substance abuse problems.

Don Ryan, the Hennepin County lead on unsheltered homelessness, said they have "never seen growth of an encampment like this before."


RICHARD TSONG-TAATARII – STAR TRIBUNE
In a resolution passed Wednesday night, the Park Board's commissioners said they were


RICHARD TSONG-TAATARII - STAR TRIBUNE
Park Board Commissioner Londel French, right, talked with advocate Tyra Thomas. "Homelessness is traumatizing," she said.

CASE 0:20-cv-02189-ECT-JFD   Doc. 1-2   Filed 10/19/20   Page 3 of 60

"We're really understaffed now that we have these new encampments that have popped up," Ryan said. "It's not that we aren't prepared to work with encampments, it's just that in this context of the last three months, we're really in a tough spot."

One Park Board commissioner has taken matters into his own hands.

When he first heard about the campsite that was growing on the northwest corner of the park, Commissioner Londel French came over to provide help. Now, he is working security overnight, dusting off his skills as a former bouncer to de-escalate arguments and fend off people looking to prey on vulnerable campers.

After two hours of sleep, French returned to the encampment Thursday morning, picking up some meals he said he would take to other encampments along the Midtown Greenway. He planned to be back later in the afternoon and again at night.

"The traditional shelters don't work for some of these people," he said. "That's why we have this."

French said he was proud of how Powderhorn neighbors rose to the challenge to help the campers, volunteering and bringing food, pillows and clothing. "If this happens almost anywhere else in the city, I don't think we'd have such a positive interaction with the neighbors," he said.

However, he was worried about how long that hospitality would last.

"This is not what the Park Board does," he said.

Daniel Klein, a documentary filmmaker who lives with his family near the northwest encampment, said that while Powderhorn Park took in the new residents, it would take elected officials across the city to give them the support they need.

"There are many residents who are concerned about the safety of their families as well as the new residents of the park," Klein said. "Our safeties are currently connected."

---

**Miguel Otárola** is a reporter covering Minneapolis City Hall for the Star Tribune. He previously covered Minneapolis' western suburbs and breaking news. He also writes about immigration and music on occasion.

   motarola@startribune.com        612-673-4753        motarola123

# Exhibit 13

10/18/2020          2020-253 Resolution Declaring the Minneapolis Park & Recreation Board's Commitment to Provide Refuge Space to People Currently …

CASE 0:20-cv-02189-ECT-JFD   Doc. 2   Filed 10/19/20   Page 5 of 60



# Minneapolis Park & Recreation Board

## Resolution
## 2020-253



Adopted
Jun 17, 2020 5:00 PM

---

**Resolution Declaring the Minneapolis Park & Recreation Board's Commitment to Provide Refuge Space to People Currently Experiencing Homelessness While Continuing to Work with the State, County, City, Non-Profit Organizations and Other Interested Parties to Identify Long Term Housing Solutions for People at the Powderhorn Encampment and Others Throughout the City**

## Information

| | | | |
|---|---|---|---|
| **Department:** | Superintendent's Office | **Sponsors:** | |
| **Category:** | Policy | **Projects:** | No Project |

## Links

➡ **Link**  5091 : Update Refuge Space to People Currently Experiencing Homelessness

➡ **Link**  5112 : Update Refuge Space to People Currently Experiencing Homelessness

➡ **Link**  5132 : Update Refuge Space to People Currently Experiencing Homelessness

## Attachments

Printout
Attachment A: cross-jurisdiction encampment response framework

## Item Discussion

Whereas, the Minneapolis Park & Recreation Board (MPRB) is the steward of the Minneapolis Parks.

Whereas, the mission of the MPRB states that the MPRB exists to provide places and recreational opportunities for all people to gather, celebrate, contemplate, and engage in activities to promote health, well-being, community, and the environment;

Whereas, the city of Minneapolis has been experiencing unsheltered homelessness as a result of a variety of economic factors all during the time of a pandemic and at a time when the Governor of Minnesota has declared a public health emergency under powers granted to him under the laws of Minnesota;

Whereas, in recent days the Minneapolis park system has seen a tremendous influx of individuals without homes occupying nearly 200 tents in different parts of Powderhorn Park and other people without homes seeking space in other Minneapolis parks and at other locations throughout the city;

Whereas, Governor Walz pursuant to Executive Orders 20-33 and 20-55 has declared a peacetime emergency that prevents the removal of homeless people from locations except in certain specific cases subject to certain specific requirements;

Whereas, every effort should be made to address the health and basic human needs during the COVID-19 and economic crises and the MPRB has worked with a number of partners to develop a protocol to address homeless encampments in an appropriate manner in terms of social distancing, providing medical response to those who display symptoms, and providing for the hygienic, housing, and health needs of people in need;

Whereas, there are serious health and safety risks for those people staying within the encampments and those encampments frequently do not represent a dignified form of shelter, and those public health and safety concerns also extend to the community at large and to MPRB employees; and

Whereas, the Minneapolis Park and Recreation Board seeks to be a partner with the city, county, state of Minnesota, health agencies, private nonprofit partners and other citizens who are seeking to aid those who are homeless and the MPRB has had a long-standing partnership with St. Stephens Human Services to address homelessness in our parks;

Whereas, while the MPRB is not equipped to support all the needs of our homeless citizens and the core mission of the MPRB is to provide parks and recreation to all citizens, the MPRB will continue to provide all possible support under the leadership of the Superintendent and within funding allocated by the Board for Homelessness Services;

Whereas, the MPRB is working with the City of Minneapolis Health Department experts to monitor and assess the public health conditions of encampments sites and will make changes as needed to ensure the health and safety of those experiencing homelessness in the context of mission of the MPRB;

Be It Resolved, that the MPRB is committed to providing people currently experiencing homelessness refuge space in Minneapolis parks;

Resolved, the MPRB will continue to work with agency partners to identify housing solutions for those individuals at Powderhorn Park encampment and throughout the city;

Resolved, that the Park Board will adhere to the encampment response protocol developed with agency partners (attached hereto) and to all applicable Executive Orders of Governor Walz and directs staff to make every effort to abide by those terms and to work with partners to provide humane care to people in parks;

Resolved, that the Park Board calls on the City, County, State, Federal Governments and Organizations that are raising funds on behalf of individuals at encampments to substantially increase funding to address the homeless crisis; and

Resolved that the President and Secretary of the Board are authorized to take all necessary administrative actions to implement this resolution.

## Body

**BACKGROUND**

Resolution added at the request of President Cowgill.

## Meeting History

| | | |
|---|---|---|
| **Jun 17, 2020 5:00 PM** | **Minneapolis Park and Recreation Board** | **Regular Meeting** |

CASE 0:20-cv-02189-ECT-JFD   Doc. 2-2   Filed 10/19/20   Page 7 of 60

Amend as follows: Insert Resolved, that the Park Board calls on the City, County, State, Federal Governments and Organizations that are raising funds on behalf of individuals at encampments to substantially increase funding to address the homeless crisis; and

| | |
|---|---|
| **RESULT:** | **AMENDMENT ADOPTED [UNANIMOUS]** |
| **MOVER:** | Chris Meyer, Commissioner District 1 |
| **SECONDER:** | Londel French, Commissioner At Large |
| **AYES:** | Jono Cowgill, LaTrisha Vetaw, Meg Forney, Londel French, Chris Meyer, Kale Severson, AK Hassan, Steffanie Musich |
| **ABSENT:** | Brad Bourn |

**Jun 17, 2020 5:00 PM**     **Minneapolis Park and Recreation Board**     **Regular Meeting**

Motion to Table Failed on a Roll Call Vote.

| | |
|---|---|
| **RESULT:** | **DEFEATED [4 TO 4]** |
| **MOVER:** | Kale Severson, Commissioner District 2 |
| **SECONDER:** | Meg Forney, Commissioner At Large |
| **AYES:** | LaTrisha Vetaw, Meg Forney, Kale Severson, Steffanie Musich |
| **NAYS:** | Jono Cowgill, Londel French, Chris Meyer, AK Hassan |
| **ABSENT:** | Brad Bourn |

**Jun 17, 2020 5:00 PM**     **Minneapolis Park and Recreation Board**     **Regular Meeting**

Approved as Amended on a Roll Call Vote.

| | |
|---|---|
| **RESULT:** | **ADOPTED [6 TO 2]** |
| **MOVER:** | Chris Meyer, Commissioner District 1 |
| **SECONDER:** | AK Hassan, Commissioner District 3 |
| **AYES:** | Jono Cowgill, LaTrisha Vetaw, Meg Forney, Londel French, Chris Meyer, AK Hassan |
| **NAYS:** | Kale Severson, Steffanie Musich |
| **ABSENT:** | Brad Bourn |

**Minneapolis Park and Recreation Board**
2117 West River Road, Minneapolis, MN 55411
agenda@minneapolisparks.org | 612-230-6404
www.minneapolisparks.org

Follow MPRB on Facebook  Follow MPRB on Twitter
Subscribe to receive Minneapolis Park and Recreation Board news and events by email

# Exhibit 14



Minneapolis
**Park & Recreation Board**

Volunteer & Give   Jobs   Business Opportunities   Contact Us   Select Language

Parks & Destinations ⌄   Activities & Events ⌄   Golf ⌄   Rentals & Permits ⌄   About Us ⌄   Park Care & Improvements ⌄

# 9-16-20 Superintendent Bangoura Encampment Remarks

MPRB Home › Encampments › 9-16-20 Superintendent Bangoura Encampment Remarks

Encampments

Staff continue to work to implement Resolution 2020-267, which was unanimously approved by the Board in mid-July. As of yesterday, there are an estimated 347 tents at 22 park sites, down from 380 tents at the last Board meeting on September 2.

As I've reported over the past three months, I and other park leadership staff have been meeting regularly with our city, county and state partners that have clear and defined responsibility for addressing homelessness. As reported at the last Board meeting, letters were sent to these partners last month requesting assistance and housing or shelter for those living in park encampments before the weather turns cold.

Yesterday I provided commissioners with an update on progress toward moving encampment occupants into shelter and housing suitable for winter conditions, as directed in Resolution 2020-267. The update has been posted on our encampment web page at www.minneapolisparks.org/encampments.

Tonight, I will highlight a few key points included in the update.

- In response to our letter, President Cowgill and I received a September 4 letter from Governor Walz. He addressed funding for housing and homelessness in response to COVID-19, including $23 million directed to Hennepin County, the City of Minneapolis, the Park Board and nonprofits operating within the county and city. To date, the Park Board has received almost $170,000 in Minnesota Emergency Response funds. The Walz letter references other resources that have been directed to housing and homelessness, the allocation of CARES Act Emergency Solutions Grant funds, and the lack of a request for new emergency shelter capacity in a joint response from the city and county for CARES Act ESG funds. The letter also references MPRB Resolution 2020-253 which designated parks as a refuge for individuals experiencing homelessness, noting that it is significant to the extent of encampments that have occurred in Minneapolis parks. The letter concludes with a reference to the Governor's proposal to direct $260 million in housing focused investments in his bonding recommendations, which is currently held up in the legislature.

- The Minnesota Interagency Council on Homelessness has several State activities underway that support expanded shelter and housing capacity, including millions of dollars in State funding to support new protective spaces, outreach, staffing and supplies, as well as hotel-to-home opportunities in the Twin Cities. Applications for funding supporting the hotel-to-home model are still currently available for qualified providers. The State is also partnering with the county and city to support the new shelter to open in

- The City of Minneapolis and Hennepin County are partnering on a number of initiatives. In addition to the emergency shelter opening in December for the City's Native American population, a facility serving medically frail homeless individuals is expected to open next year and a temporary 30-bed women's shelter may open this winter prior to a permanent site next year. They have also provided additional women's shelter beds at the Simpson Housing's shelter and are providing funding to ensure that existing emergency shelters can remain open 24 hours per day, 7 days per week in a COVID safe manner for the next two years.

The city, county and state continue to explore possibilities for other projects and initiatives to bring shelter beds online for the winter. Provider capacity has been, and continues to be, one of the biggest challenges in bringing more capacity online.

Partner agency insights relative to shelter and housing opportunities also suggest the pool of available opportunities is growing more limited as the weather becomes colder.

On September 8, following the first cold weather of the season, Hennepin County reported that there were no beds for single adult males, 12 beds available for single adult women, and 21 family shelter rooms available. Numbers vary from day to day. As of this afternoon, Hennepin County reports 14 single adult beds for men, 15 single adult beds for women, and 39 family rooms for those with children.

Resolution 2020-267 states "sheltering homeless people in Minneapolis parks is not a safe, proper or dignified form of housing and is, at best, a temporary solution for encampment individuals before cold weather arrives."

Complicating the shortage of available shelter opportunities is the anticipated date of opening of cold weather shelters, which is typically in December according to our partners. From the perspective of park encampments, the cold weather noted above is already present and leaves encamped individuals exposed to the cold weather for at least ten weeks. Cold weather poses a threat to those experiencing homelessness even when temperatures seem mild. Hypothermia can set in when temperatures drop below 50 degrees, but many shelters don't open until it's much colder, according to information provided by the National Healthcare for the Homeless Council.

Complicating the current situation, the MPRB does not allow open fires or the use of propane as a fuel for a fire in parks. As a result, the potential for generating heat is very limited for those encamped in Minneapolis parks. Allowing the use of fuels for fire or to create warmth poses great risk for encamped persons and for park assets. The use of firewood poses a similar danger not only for the risk of fire but also by introducing diseased wood into park areas. One common way to spread diseases which affect trees is through the use of firewood. The Park Board spends millions of dollars each year to protect the urban forest and firewood is a real and direct threat to that asset. Park Board staff firmly believes that the onset of cold weather should result in a disbandment of remaining encampments during October with the primary goal of protecting those encamped individuals from cold weather.

MPRB outreach staff are informing those living in temporary park encampments that they will not be able to stay in the parks once cold weather arrives and stays, which staff predicts will be in October. Staff will continue to work with their counterparts at the city, county, and state

Minneapolis
Park & Recreation Board

Volunteer & Give    Jobs    Business Opportunities    Contact Us    Select Language

Parks & Destinations ⌄    Activities & Events ⌄    Golf ⌄    Rentals & Permits ⌄    About Us ⌄    Park Care & Improvements ⌄

comments and permits for temporary encampments.

# Park Board Announcements

### Coronavirus (COVID-19)

Ice arenas, the Phillips Aquatic Center and 25 MPRB rec centers are currently open for limited programs. Pre-registration is required. Visit *Current Events and Activities* for information. Other MPRB buildings remain closed to the public.

## EXPLORE OUR PARKS

Established in 1883, the Minneapolis Park and Recreation Board (MPRB) oversees a renowned urban park system spanning 6,809 acres of parkland and water. Featured among its 180 park properties are 55 miles of parkways, 102 miles of Grand Rounds biking and walking paths, 22 lakes, 12 formal gardens, seven golf courses and 49 recreation centers. Altogether, MPRB properties receive about 23 million visits annually.

» Learn more about us >

» Minneapolis is the Nation's Best Park System! >

» Departments & Leadership >

## QUICK ACCESS TO PARKS & LAKES

Select a Park...

## POPULAR TOPICS & REQUESTS

» COVID-19 Information >

» Board Meetings >

## GET CONNECTED



## GET MPRB NEWS & UPDATES

Get the latest news and updates delivered to your inbox! Our email subscription service allows you to choose from dozens of topics, ensuring you get just the information you want.

Subscribe Today

**Contact Us** >  2117 West River Road, Minneapolis, MN 55411  |  612-230-6400 (Mon–Fri 8:00–4:30)

Copyright 2020 © Minneapolis Park and Recreation Board  |  *About this Site*

# Exhibit 15

| Date: 9/22/20 | | |
|---|---|---|
| Total overnight in shelter and drop-ins | 1357 | |
| Adults | 1176 | |
| Children | 181 | |

| Families in Shelter | | |
|---|---|---|
| | | adults in |
| county-funded | families | family |
| PSP (99 rooms) | 73 | 97 |
| St. Anne's (16 rooms) | 12 | 12 |
| Overflow | 0 | 0 |
| total families (115) | 85 | 109 |
| | | |
| total county contracted and private (123) | 85 | 109 |

| Single Adults in Shelter/Secure Waiting | | |
|---|---|---|
| county-funded | men | women |
| Simpson women (34) | | 25 |
| Catholic Charities Higher Ground (70) | 68 | |
| Catholic Charities Higher Ground - Pay-for-Stay (40) | 40 | |
| Salvation Army Sally's Place (40) | | 19 |
| Salvation Army Safe Bay (71) | 71 | |
| Salvation Army Emergency Housing Beds (92) | 63 | 30 |
| Salvation Army Katie Beds Women (8) | | 8 |
| Salvation Army Katie Beds Men (8) | 7 | |
| Emergency Hotel Spaces | 373 | 159 |
| | | |
| total men and women | 622 | 241 |
| total (347) | 863 | |
| | | |
| total county contracted and private (395) | 1019 | |
| total county contracted and private women | 293 | |
| total county contracted and private men | 726 | |

| Youth in Youth-Specific Shelters | | |
|---|---|---|
| county-funded | Under 18 | 18+ |
| The Bridge for Youth (ages 10-17) (14) | 3 | |
| Avenues for Youth North Minneapolis (ages 16-20) (14) | 0 | 14 |
| Avenues for Youth Brooklyn Park (ages 16-20) (10) | 1 | 9 |
| 180 Degrees Hope House (ages 14-19) (4) | 4 | 2 |
| total (42) | 8 | 25 |
| | | |
| total county contracted and private (70) | 8 | 48 |

| children in family | | |
|---|---|---|
| 154 | | |
| 19 | | |
| 0 | | |
| 173 | | |
| | | |
| 173 | | |

| | | |
|---|---|---|
| | | private/city/state |
| | | Simpson men (32) |
| | | St. Stephen's/Our Saviour's Emergency Hotel Spaces |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | total men and women |
| | | total (32) |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | private |
| | | Catholic Charities Hope Street  (ages 18-21) (28) |
| | | total (28) |
| | | |
| | | |
| | | |
| 56 | | |

| men | women | |
|---|---|---|
| 27 | | |
| 77 | 52 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 104 | 52 | |
| 156 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| 18+ | | |
| 23 | | |
| 23 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Exhibit 16

Families

| | PSP | St. Anne's | Overflow | FMF | Total |
|---|---|---|---|---|---|
| 7/21/2020 | 52 | 11 | 0 | 0 | 63 |
| 7/28/2020 | 56 | 11 | 0 | 0 | 67 |
| 8/4/2020 | 58 | 9 | 0 | 0 | 67 |
| 8/11/2020 | 58 | 12 | 0 | 0 | 70 |
| 8/18/2020 | 64 | 13 | 0 | 0 | 77 |
| 8/25/2020 | 66 | 13 | 0 | 0 | 79 |
| 9/1/2020 | 69 | 14 | 0 | 0 | 83 |
| 9/8/2020 | 70 | 15 | 0 | 0 | 85 |
| 9/15/2020 | 77 | 14 | 0 | 0 | 91 |
| 9/22/2020 | 73 | 12 | 0 | 0 | 85 |
| 9/29/2020 | 70 | 11 | 0 | 0 | 81 |
| 10/6/2020 | 70 | 10 | 0 | 0 | 80 |
| Median (2013-Present) | 110 | 15 | 35 | 6 | 168 |

Youth

| | Bridge | Avenues | Hope Street | 180 Degrees | Total |
|---|---|---|---|---|---|
| 7/21/2020 | 3 | 23 | 27 | 3 | 56 |
| 7/28/2020 | 4 | 24 | 25 | 2 | 55 |
| 8/4/2020 | 6 | 24 | 25 | 1 | 56 |
| 8/11/2020 | 7 | 24 | 22 | 0 | 53 |
| 8/18/2020 | 6 | 23 | 25 | 0 | 54 |
| 8/25/2020 | 5 | 22 | 21 | 1 | 49 |
| 9/1/2020 | 4 | 22 | 21 | 4 | 51 |
| 9/8/2020 | 5 | 21 | 22 | 4 | 52 |
| 9/15/2020 | 7 | 22 | 25 | 2 | 56 |
| 9/22/2020 | 3 | 24 | 23 | 6 | 56 |
| 9/29/2020 | 6 | 24 | 27 | 5 | 62 |
| 10/6/2020 | 5 | 22 | 24 | 6 | 57 |
| Median (2013-Present) | 9 | 28 | 27 | 0 | 63 |

Youth Shelters

| | Under 18 | Total |
|---|---|---|
| 7/21/2020 | 8 | 56 |
| 7/28/2020 | 8 | 55 |
| 8/4/2020 | 9 | 56 |
| 8/11/2020 | 9 | 53 |
| 8/18/2020 | 7 | 54 |
| 8/25/2020 | 7 | 49 |
| 9/1/2020 | 7 | 51 |
| 9/8/2020 | 9 | 52 |
| 9/15/2020 | 11 | 56 |
| 9/22/2020 | 8 | 56 |
| 9/29/2020 | 10 | 62 |
| 10/6/2020 | 10 | 57 |

Single Adults

|  | Salvation Army | Catholic Charities | Simpson | St. Stephen's |
|---|---|---|---|---|
| 7/21/2020 | 181 | 107 | 43 | 0 |
| 7/28/2020 | 185 | 101 | 44 | 0 |
| 8/4/2020 | 175 | 109 | 51 | 0 |
| 8/11/2020 | 196 | 96 | 42 | 0 |
| 8/18/2020 | 200 | 107 | 36 | 0 |
| 8/25/2020 | 196 | 111 | 40 | 0 |
| 9/1/2020 | 194 | 99 | 40 | 0 |
| 9/8/2020 | 203 | 104 | 42 | 0 |
| 9/15/2020 | 202 | 105 | 46 | 0 |
| 9/22/2020 | 198 | 108 | 52 | 0 |
| 9/29/2020 | 207 | 100 | 54 | 0 |
| 10/6/2020 | 204 | 105 | 54 | 0 |
| Median (2013-Present) | 413 | 249 | 68 | 81 |

Totals

|  |  |  |  |
|---|---|---|---|
| 7/21/2020 | 1120 | 136 | 1256 |
| 7/28/2020 | 1146 | 141 | 1287 |
| 8/4/2020 | 1136 | 145 | 1281 |
| 8/11/2020 | 1128 | 153 | 1281 |
| 8/18/2020 | 1154 | 154 | 1308 |
| 8/25/2020 | 1169 | 167 | 1336 |
| 9/1/2020 | 1160 | 164 | 1324 |
| 9/8/2020 | 1165 | 180 | 1345 |
| 9/15/2020 | 1180 | 191 | 1371 |
| 9/22/2020 | 1176 | 181 | 1357 |
| 9/29/2020 | 1182 | 168 | 1350 |
| 10/6/2020 | 1187 | 171 | 1358 |
| Median (2013-Present) | 1127 | 373 | 1501 |

| Our Saviour's | Emergency Hotel Spaces | Total |
|---|---|---|
| 0 | 666 | 997 |
| 0 | 690 | 1020 |
| 0 | 674 | 1009 |
| 0 | 664 | 998 |
| 0 | 670 | 1013 |
| 0 | 683 | 1030 |
| 0 | 681 | 1014 |
| 0 | 663 | 1012 |
| 0 | 665 | 1018 |
| 0 | 661 | 1019 |
| 0 | 666 | 1027 |
| 0 | 673 | 1036 |
| 40 | 0 | 882 |

# Exhibit 17

**CORONAVIRUS**

# Hundreds of Minnesota homeless move to area hotels to prevent coronavirus from spreading in shelters

By Chris Serres (https://www.startribune.com/chris-serres/10645926/) | Star Tribune

MAY 5, 2020 — 8:59AM

The evening light was still pouring through the windows of his Minneapolis hotel room when an exhausted Douglas Pyle collapsed on the bed and fell into a 14-hour slumber.

It was the first time in 18 months that Pyle, 49, who is homeless, slept in a bed in a private room with a locked door, and without fear that someone would roust him at night or steal his few belongings.

"It felt like I was sleeping on a cloud," Pyle said the next day. "The best part is, I can face the world with a clear mind."

Pyle is among about 540 homeless adults with underlying health problems who have been moved out of shelters and into four local hotels, as Hennepin County and Minnesota health officials race to prevent the sort of large-scale COVID-19 outbreaks that have devastated homeless populations in other cities, including Boston, New York and San Francisco. Spurred by the pandemic, the massive and unprecedented effort has reduced dangerous crowding by more than 50% at the county's largest shelters, which are considered fertile territory for the deadly virus to spread.

In early March, homeless shelters moved swiftly to employ physical distancing measures where possible, and to screen everyone entering the facilities for fevers. But as the crisis has deepened, and the virus attacked growing numbers of area homeless people, those measures were seen as inadequate.

Statewide, there are 41 residents of homeless shelters who have tested positive, according to state health officials. One by one, homeless adults who were considered especially vulnerable to the virus because of their age or underlying health problems have been moved to hotel rooms.

So far, Hennepin County has spent $4.3 million on the relocation effort, and it projects monthly ongoing costs of $1.6 million to house, staff and provide meals for those under quarantine in area hotels. Yet county officials maintain that the cost of leasing hotel rooms is a fraction of the potential expense of treating dozens of homeless people in area hospitals and intensive care units if a broad outbreak occurred within the shelter system.

"The idea is that we're trying to save lives and keep the virus from ripping through this vulnerable population," said Hennepin County Commissioner Mike Opat, who volunteered at one of the hotels last week.

The emergency effort was designed to shield people from a fast-moving virus, but officials hope the initiative will have a more lasting effect. By removing people from the often chaotic atmosphere of shelters, officials hope they will be able to better connect them to housing, medical care and other social services. Already, Hennepin County outreach workers have begun moving small numbers of people from hotel rooms into more stable housing.

"Once you extract someone out of that survival mode, and you create a new normal, they recognize that they don't want to go back to a shelter," said Christine Michels, director of housing stability and opportunity at Catholic Charities of St. Paul and


GALLERY   GRID   1/8




DAVID JOLES • STAR TRIBUNE
his hotel room for the first time Friday, May 1, 2020 in Minneapolis, MN. Pyle is among more than 400 homeless people that have been moved into a hotel shelter in Minneapolis. Douglas Pyle, 49, reacts to seeing his hotel room for the first time Friday. After moving out of the higher Ground homeless shelter in Minneapolis, Douglas Pyle, 49, reacts Pyle said he's lived in Minneapolis, Florida and Madison, WI, before coming to Minneapolis 13 years ago and becoming homeless two years ago. Pyle said he hasn't slept in a bed for a long time.

Minneapolis. "We can use this situation as traction to propel people toward permanent housing."

David Hewitt, director of Hennepin County's Office to End Homelessness, agreed. "People still want their own homes even when they're in a hotel room," he said.

A recent study (https://www.cdc.gov/mmwr/volumes/69/wr/mm6917e1.htm?s_cid=mm6917e1_w#T1_down) of homeless shelters in four major American cities confirmed what many public health experts had warned: Once coronavirus clusters develop in congested shelters, they are difficult to contain.

In San Francisco, two-thirds of residents at a large shelter tested positive for COVID-19, the respiratory illness caused by the virus. And more than a third of those tested at Boston's largest homeless shelter, the Pine Street Inn, tested positive. Out of nearly 1,200 shelter residents tested in four cities, 25% tested positive for the coronavirus, according to the study (https://www.cdc.gov/mmwr/volumes/69/wr/mm6917e1.htm?s_cid=mm6917e1_w#T1_down) by the Centers for Disease Control and Prevention.

As he walked through the cramped sleeping quarters of the Higher Ground shelter in Minneapolis, Catholic Charities Chief Executive Tim Marx said "it's a miracle" that a cluster of infections had not spread at the 260-bed facility. Only a thin plastic sheet separates many of the bunks, where people sleep close enough to hear each other breathing. About a dozen mats lay strewn about the floor; residents stake out any open space to avoid getting infected.

"Social distancing and shelter have become an oxymoron," Marx said. "It's really critical because you can see people on top of each other and right next to each other."

For Pyle, the move to a hotel room offered a potential turning point in his long struggle to emerge from homelessness.

Pyle said a prolonged bout with alcoholism cost him his job and the room he was renting in south Minneapolis. Once homeless, he bounced from one shelter to the next, while occasionally sleeping under building entrances downtown or on the light-rail line when the shelters were full. There were nights when it was too cold to sleep outside, Pyle said, and he would wander the streets until dawn.

"People don't realize, but it's very tiresome being homeless," he said. "You've always got to be on the move and there's no place to rest."

Yet Pyle had begun to turn his life around earlier this year. He landed a full-time job as a cook at the Fillmore Minneapolis, the new concert hall downtown, and began saving money for an apartment while still staying in shelters. Then the coronavirus hit and downtown Minneapolis became a ghost town. Like millions of other Americans, Pyle was suddenly thrown out of work.

"I don't feel self-pity, but I'm mad at myself and I'm mad at the choices I've made," he said.

On a cloudy morning last week, Pyle looked relieved as he walked into a sixth-floor downtown Minneapolis hotel room with a king-size bed, bathroom, television and small refrigerator.

As he sat on the edge of the bed, a social worker calmly explained the rules of his hotel stay — no smoking, no visitors; and a protective mask must be worn while walking around the hotel. After she was finished, Pyle grinned and said, "Don't worry, you won't have any problems with me.

"Believe me," he added, looking around the room. "This is perfect."

---

**Chris Serres** covers social services for the Star Tribune.

chris.serres@startribune.com     612-673-4308     chrisserres

Exhibit 18

 **DEPARTMENT OF HEALTH**

# Homeless Service Settings: Interim Guidance for Providers

## PLAN, PREPARE, AND RESPOND TO CORONAVIRUS DISEASE 2019 (COVID-19)

LAST UPDATED 05/10/2020

## Background

The recommendations in this document apply to homeless service settings and encampments. This interim guidance is based on what is currently known about the transmission and severity of Coronavirus Disease 2019 (COVID-19).

This guidance will be updated as needed and as additional information is available. Please regularly check MDH: Community Settings: COVID-19 (www.health.state.mn.us/diseases/coronavirus/communities.html) for updated interim guidance.

COVID-19 mainly spreads from person to person between people who are in close contact with each other (within about 6 feet). Spread is from respiratory droplets produced when an infected person coughs or sneezes. Though it is not the main way the virus spreads, it could spread if a person touches a surface or object that has the virus on it and then touches their own mouth, nose, or eyes. A person can be infected with COVID-19 without showing symptoms.

COVID-19 appears to cause more serious illness in older people and those with underlying health conditions. Therefore, directors of congregate living facilities play an important role in preparing and responding to COVID-19 if the virus becomes widespread in their communities.

## Steps to Take Right Now to Prevent the Spread of COVID-19

Strategies to prevent the spread of COVID-19 in congregate living facilities are similar to strategies these facilities use every day to detect and prevent the spread of other respiratory viruses like common colds and influenza. Use proper hand hygiene, respiratory etiquette, cleaning, and have staff to stay home when sick. Follow these additional mitigation strategies:

- Limit nonessential personnel and visitors.
- Have staff, volunteers, and guests to keep a distance of 6 feet between themselves and others.
- Identify clients who could be at high risk for complications from COVID-19 or from other chronic or acute illnesses, and encourage them to take extra precautions. Refer to CDC: People Who Need to Take Extra Precautions (www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/index.html).
- Keep group meetings small (< 5 people) and keep at least 6 feet between people.
- Establish maximum occupancy limits for common rooms and bathrooms.
- If possible, place beds at a minimum of 6 feet apart and align so guests sleep head to toe.
- Limit gathering of residents or staff by staggering mealtimes and times for using shared space and create 6 feet of space between seats, and/or allow either for food to be delivered to clients or for clients to take food away.

- Clean and disinfect high-touch surfaces at least daily, shared objects between each use, and shared spaces frequently using an EPA-registered disinfectant. Refer to EPA: Disinfectants for Use Against SARS-CoV-2 (www.epa.gov/pesticide-registration/list-n-disinfectants-use-against-sars-cov-2).

- Use physical barriers to protect staff who will have interactions with guests. This may include a sneeze guard or placing a big table to increase distance between staff and guests.

- As availability of alternative sites for non-congregate sheltering allows, reduce overcrowding of shelters where social distancing (6 feet between people) is not possible, and provide safe shelter for those experiencing unsheltered homelessness.

- Arrange for continuity of and surge support for mental health, substance use treatment services, and general medical care.

## Community-based COVID-19 Prevention and Response

Connect with key partners to make sure that you can all easily communicate with each other while preparing for and responding to cases. A community-based response for COVID-19 planning and response might include:

- Local and state health departments

- Homeless service providers and Continuum of Care leadership

- Emergency management

- Law enforcement

- Health care providers

- Housing authorities

- Local government leadership

- Other support services like outreach, case management, and behavioral health support

## Identify Additional Sites and Resources

- Continuing homeless services during community spread of COVID-19 is critical, and homeless shelters should not close or exclude people who are having symptoms or test positive for COVID-19 without a plan for where these clients can safely access services and stay.

- Decisions about whether clients with mild illness due to suspected or confirmed COVID-19 should remain in a shelter, or be directed to alternative housing sites, should be made in coordination with local health authorities.

## Organizational Preparedness

These steps can help protect a facility while minimizing disruption to its important services. Be prepared to change your practices as needed to maintain critical operations. Refer to CDC: Interim Guidance for Businesses and Employers (www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html) for more information on planning for and responding to COVID-19.

## Planning for Staff and Volunteers

- Develop or review business-continuity plan so you can continue providing critical services even if staffing levels drop due to illness, caring for sick family members or friends, or because children may be temporarily out of childcare or school.

- Develop a plan to monitor staff absenteeism.

- If possible, cross-train personnel to perform essential functions so the facility is able to operate even if key employees are absent.

- Staff and volunteers who are at high risk of severe COVID-19 (those who are older or have underlying health conditions) should check with their health care provider about restrictions on their activities when COVID-19 is present in the community. Do not have high-risk staff and volunteers care for sick guests who are staying in the shelter. Refer to CDC: People Who Are at Higher Risk for Severe Illness (www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html).

- During times when COVID-19 is present in the community, make sure your sick leave and other absence policies are flexible and nonpunitive so employees and volunteers can stay home if they are sick or if they need to care for a sick family member or friend.

- Make sure your employees and volunteers are aware of sick leave and other absence policies. Do not require a health care provider's note to validate illness or return to work, as health care provider offices and medical facilities may be extremely busy and not able to provide this documentation.

## Planning for How to Respond to Sick Guests and Those with Positive COVID-19 Tests

- Identify a space to isolate sick guests, those with positive COVID-19 tests (regardless of symptoms), and guests who were in contact with someone who is sick.

  - Prioritize these clients for individual rooms. Use a large, well-ventilated room if individual rooms are not available.

  - Alternative isolation spaces may be used if a single-occupancy room is not available; consult with Minnesota Department of Health if you have questions.

  - If a safe isolated space is not available in your facility, look for an alternate location like a hotel or other shelter with private rooms. Work with your local public health department or partners to develop a plan for what will happen if a shelter guest or someone experiencing unsheltered homelessness needs a space that is separate from others.

- Identify a bathroom or stall that could be used only by the sick guest.

- Identify one or two staff who will bring food, hydration, provide laundry service, and check in on guests who are sick.

  - Limit the number of staff who have face-to-face interactions with guests who are sick.

- Train staff in the appropriate use of personal protective equipment like masks and gloves.

- Develop a transportation plan for guests who many need to see a health care provider for evaluation and COVID-19 testing.

- Develop a procedure for referring guests with severe symptoms to a designated health care provider. Resources to find low-cost health care or to get health insurance can be found at: MDH: Resources to Find Low-Cost Health Care or Get Health Insurance (www.health.state.mn.us/diseases/coronavirus/materials/lowcost.html).

## Preparing and Educating Staff, Volunteers, and Guests

- Managers should make sure all staff and volunteers, including custodians and food handlers, are familiar with COVID-19 symptoms, transmission, and prevention. Refer to About Coronavirus Disease 2019 (COVID-19) (www.health.state.mn.us/diseases/coronavirus/basics.html).

- Staff and volunteers should prevent the spread of illness by:

  - Frequent handwashing with soap and water for at least 20 seconds, or using alcohol-based hand sanitizer if hands are not visibly dirty.

  - Coughing or sneezing into a tissue, or their sleeve if a tissue is not available, and cleaning their hands immediately afterward.

  - Avoiding touching their mouth, nose, and eyes.

  - Keeping a distance of 6 feet between themselves and others.

  - All clients should wear cloth face coverings for source control (when someone wears a covering over their mouth and nose to contain respiratory droplets) any time they are not in their room or on their bed/mat (in shared sleeping areas).

    - Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.

    - See below for information on laundering cloth face coverings.

  - **Cloth face coverings are not PPE and should not be used when a respirator or facemask is indicated.** Launder work uniforms, clothes, and cloth face coverings after use using the warmest appropriate water setting for the items and dry items completely.

    - Staff involved in laundering client face coverings should do the following:

      - Face coverings should be collected in a sealable container (like a trash bag).

      - Gloves should be properly removed and disposed of after laundering face coverings; clean hands immediately after removal of gloves by washing hands with soap and water for at least 20 seconds or using an alcohol-based hand sanitizer with at least 60% alcohol if soap and water are not available. Refer to CDC: Using Personal Protective Equipment (www.cdc.gov/coronavirus/2019-ncov/hcp/using-ppe.html).

## Preparing the Facility

- Post signs throughout the facility to teach proper hand hygiene (washing hands and using hand sanitizer), respiratory etiquette (cover your cough and sneeze), avoiding touching your face, use of cloth face coverings, and social distancing.

  - Post materials in the languages used by the populations you serve.

- Print materials in several languages are available on MDH: Hand Hygiene Print Materials (www.health.state.mn.us/people/handhygiene/materials.html).

- Handwashing posters are also available on CDC: Posters | Handwashing (www.cdc.gov/handwashing/posters.html).

- CDC: Print Resources (www.cdc.gov/coronavirus/2019-ncov/communication/factsheets.html) and MDH: Materials and Resouces for COVID-19 Response (www.health.state.mn.us/diseases/coronavirus/materials/index.html) are also available to shelter providers.

- If possible, space beds at least 6 feet apart and align them so guests sleep head to toe.

- Tell staff and guests to keep at least 6 feet between themselves and others.

- Put alcohol-based hand sanitizer at all entry points and key points in the facility. If that isn't possible, put up signs directing to the nearest sink to wash hands with soap and water.

- Help guests or others with physical difficulty to do proper hand hygiene like washing hands or using hand sanitizer. Make sure the person helping also washes their hands or uses hand sanitizer afterward.

- Make sure soap, disposable paper towels, and running water are available in bathrooms and that toilets are in good working order.

- Put waste baskets throughout the facility and regularly and empty them and dispose of waste products. Use disposable liners in wastebaskets if possible. Use a no-touch disposal receptacles if possible.

- Regularly clean all frequently touched surfaces such as doorknobs, handrails, bathroom fixtures (sink handles, toilets), countertops, work stations, tables, chairs, and elevator buttons.

  - Use the cleaning products that you usually use in these areas and follow the directions on the label.

  - Provide disposable wipes so employees an frequently wipe down commonly used surfaces like doorknobs, keyboards, remote controls, and desks.

  - Staff and volunteers should wash hands, preferably with soap and water or, alternatively, with alcohol-based hand sanitizer after any cleaning activities.

- Clean all shared equipment after each use.

- Post signs instructing guests to notify an employee if they feel sick: STOP: Prevent the Spread of COVID-19 (PDF) (www.health.state.mn.us/diseases/coronavirus/materials/clinicdoor.pdf).

- Develop or review your facility's plans for infection control and response to infectious disease.

## Personal Protective Equipment (PPE) and Supplies

- Staff who have direct face-to-face interaction within 6 feet of a sick person should wear a surgical mask, gown, gloves, and eye protection. We recognize that PPE may not be widely available. Train any staff using PPE to make sure they use it properly.

- Get PPE, such as masks, eye protection, gowns, gloves, and handwashing supplies. If your shelter or team needs additional equipment and supplies, contact your local Emergency Manager:

DPS: County Emergency Managers (dps.mn.gov/divisions/hsem/contact/Pages/county-emergency-managers.aspx).

- **Cloth face coverings are not PPE and should not be used when a respirator or facemask is indicated.**

- Get an adequate inventory of supplies, including:

  - Soap, paper towels, alcohol-based hand sanitizer that contains at least 60% ethanol or isopropanol, hand wipes, and tissues.

  - Cleaning supplies, large and small garbage bags, and other waste disposal supplies.

  - Disinfectant (bleach or other household disinfectants).

  - PPE, such as gloves and surgical masks, including for use by people who are sick.

  - Cloth face coverings.

- If your facility provides health care and/or medical screening to guests, be sure to stock:

  - Thermometers and thermometer covers. (Approximately one thermometer for every 10 sick guests should be adequate. Clean between uses per product instructions.)

  - Medicine to bring fevers down, such as acetaminophen (Tylenol) or aspirin (adults over 18 only).

  - Extra fluids and foods. Juices like Gatorade® or Gatorade® instant mix (powder), Pedialyte, instant soups, Jello®, and teas.

  - Withdrawal treatments or other treatment like your shelter typically provides.

**If the supplies you need are not available for purchase, please contact your Local Emergency Managers. You can also try requesting supplies through your local public health agency, your community, social media, and word-of-mouth.**

## Screening and Monitoring

- Develop a procedure for performing simple symptom-screening of guests and staff.

  - An on-site nurse or other clinical staff can help with clinical assessments.

  - Provide anyone who presents with symptoms with a cloth face covering.

- Staff who are checking client temperatures should refer to CDC: Screening Clients at Homeless Shelters (www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/screening-clients-respiratory-infection-symptoms.html). Use a system that creates a physical barrier between the client and the screener. See CDC: Guidance for Child Care Programs that Remain Open (www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/guidance-for-childcare.html#ScreenChildren) for examples of screening methods.

  - Screeners should stand behind a physical barrier, such as a glass or plastic window or partition that can protect the staff member's face from respiratory droplets that may be produced if the client sneezes, coughs, or talks.

  - If social distancing or barrier/partition controls cannot be put in place during screening, PPE (i.e., facemask, eye protection [goggles or disposable face shield that fully covers the front and

sides of the face], and a single pair of disposable gloves) can be used when within 6 feet of a client.

- However, given PPE shortages, training requirements, and because PPE alone is less effective than a barrier, try to use a barrier whenever you can.

- This example of a screening tool from a local shelter offers suggestions for what the process might look like: Heading Home Alliance: How to screen clients upon entry to shelter or opportunity centers (PDF) (headinghomealliance.files.wordpress.com/2020/03/covid-screening-and-ppe-guidelines_last-updated-3.20.2020.pdf).

- Minnesota Department of Health is a partner in the Heading Home Alliance: Symptom Alert System for Shelters (headinghomealliance.com/symptom-alert-system-for-shelters-sass/) survey for providers that allows them to report the number of people in their shelter each day with new symptoms.

- Shelters should screen staff and volunteers at the beginning of every shift for fever (take their temperature) and other COVID-compatible symptoms. People with COVID-19 have mild to severe respiratory illness, and symptoms can include fever, cough, shortness of breath, chills, headache, muscle pain, sore throat, or loss of taste or smell. Other less common symptoms include gastrointestinal symptoms like nausea, vomiting, or diarrhea. Not everyone with COVID-19 has all of these symptoms, and some people may not have any symptoms.

  - Immediately send home staff with a fever (>100.0°F) or other COVID-compatible symptoms. Tell them to seek care from a health care provider as needed.

- Use standard facility procedures to determine whether a client needs immediate medical attention. Emergency signs include:

  - Trouble breathing

  - Persistent pain or pressure in the chest

  - New confusion or inability to arouse

  - Bluish lips or face

  - Notify the designated medical facility and personnel to transfer clients that the client might have COVID-19.

## Testing for COVID-19

- Guests with COVID-compatible symptoms should discuss their symptoms with a designated care provider to determine whether an in-person evaluation is needed.

- Guests, staff, and volunteers working in a shelter or congregate living setting for people experiencing homelessness are in the priority testing group in Minnesota. Evaluating and Testing for Coronavirus Disease 2019 (COVID-19) (www.health.state.mn.us/diseases/coronavirus/hcp/eval.html).

- Do not require a negative COVID-19 diagnostic test for entry to a homeless services site unless otherwise directed by local or state health authorities.

## What to Do When a Guest is Sick

- If a person who has spent time in your facility is confirmed or suspected to have COVID-19 infection, the state health department will work with you to develop response steps. Call 651-201-5414.

- **For a laboratory-confirmed or clinically-diagnosed COVID-19 case:**

  - Place the guest in the designated space away from others.

    - If you have multiple guests with **laboratory-confirmed** COVID-19 illness, they can be in the same space.

    - Do not place people who were clinically diagnosed with COVID-19 (meaning not laboratory tested and confirmed) with people who have laboratory test-confirmed COVID-19.

    - Note: All people living in Minnesota with test-confirmed COVID-19, clinically diagnosed COVID-19, or who have symptoms of COVID-19 are expected to isolate (stay away from others) until they meet the criteria for being removed from self-isolation. If a person cannot stay away from others in their current setting, shelters and homeless service providers should work with their local public health departments and county governments to find a safe space for the person that is away from others.

  - Bring food, hydration, medicine, or other essential needs to the sick guest to limit any movement outside of their isolated space. Monitor the sick guest to determine if they need a higher level of care at any point.

    - If possible, staff should wear appropriate personal protective equipment when bringing supplies (tissue, hand sanitizer), providing support (food, drink), assessing symptoms, or handling guests' belongings or laundry, especially sick guests.

  - Identify close contacts of the sick guest and place them in a designated quarantine space away from others for 14 days past the last date of exposure. If single-occupancy rooms are not available, close contacts may be isolated in the same space. Make sure beds are 6 feet apart and aligned so guests sleep head to toe and there is a barrier such as a sheet is hung between beds. There should be enough space for people to stay 6 feet apart at all times.

    - If available, close contacts of sick guests can use masks used for source control:

      - Interim Guidance on Alternative Facemasks (PDF) (www.health.state.mn.us/diseases/coronavirus/hcp/ltc/masksalt.pdf)

      - Interim Guidance on Facemasks as a Source Control Measure (PDF) (www.health.state.mn.us/diseases/coronavirus/hcp/maskssource.pdf)

    - If close contacts are together in a shared space for quarantine and one of them becomes sick, ideally the entire group will need to be quarantined for an additional 14 days.

  - People who were in contact with those in quarantine should be monitored for symptoms twice daily.

- Provide respite settings (temporary care) for clients who were hospitalized with COVID-19 but have been discharged.

  - Some of these clients will still require isolation to prevent transmission.

- ▪ Some of these clients will no longer require isolation and can use normal facility resources.
- ▪ **For employees, volunteers, or visitors who become sick with respiratory symptoms while at the facility:**
  - ▪ Immediately separate the sick employee, volunteer, or visitor from others and send them home as soon as possible.
  - ▪ Sick people should cover their noses and mouths with a tissue when coughing or sneezing (or cough into elbow or shoulder if tissues not available) and wash hands or use hand sanitizer immediately afterward.

## When Can a Guest with Suspected or Confirmed COVID-19 Be Released from Isolation?

Both lab-confirmed and clinically diagnosed people should stay in isolation away from others until **all of these are true:**

- ▪ Symptoms have improved and
- ▪ At least 10 days after illness onset and
- ▪ At least 3 days after fever is gone (without fever-reducing medicine)

## When Can an Ill Employee or Volunteer Return to Work?

Both lab-confirmed and clinically diagnosed volunteers or employees should stay home and not come to work until **all of these are true:**

- ▪ Symptoms have improved and
- ▪ At least 10 days after illness onset and
- ▪ At least 3 days after fever is gone (without fever-reducing medicine)

## Tips for Outreach Workers

If you have homeless outreach teams, make sure they have adequate protective supplies (gloves, hand sanitizers) and keep 6 feet between themselves and others at all times.

When COVID-19 is spreading in your community, assign outreach staff who are at higher risk for severe illness (CDC: People Who are at Higher Risk for Severe Illness [www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html]) to other duties. Advise outreach staff who will be continuing outreach activities on how to protect themselves and their clients from COVID-19 in the course of their normal duties. Instruct staff to:

- ▪ Greet clients from a distance of 6 feet and explain that you are taking additional precautions to protect yourself and the client from COVID-19.
- ▪ Screen clients for symptoms of COVID-19 by asking them if they have a fever, new or worsening cough, or shortness of breath.
- ▪ If the client has a cough, immediately provide them with a surgical mask or an alternative mask.
- ▪ If urgent medical attention is necessary, use standard outreach protocols to get access to health care.

- Continue conversations and provide information while maintaining 6 feet of distance.

- Maintain good hand hygiene by washing your hands with soap and water for at least 20 seconds or using hand sanitizer with at least 60% alcohol on a regular basis.

- Wear gloves if you need to handle client belongings. Wash your hands or use hand sanitizer with at least 60% alcohol before and after wearing gloves.

- If at any point you do not feel that you are able to protect yourself or your client from the spread of COVID-19, stop the interaction and notify your supervisor. Examples include situations where the client declines to wear a mask or where you cannot maintain a distance of 6 feet.

- Provide all clients with hygiene products, when available.

- Outreach staff (street medicine and health care workers) should review and follow recommendations for health care workers: CDC: Information for Healthcare Professionals about Coronavirus (COVID-19) (www.cdc.gov/coronavirus/2019-nCoV/hcp/index.html).

- Review stress and coping resources for yourselves and your clients during this time: CDC: Stress and Coping (www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/managing-stress-anxiety.html).

Source: CDC: People Experiencing Homelessness and COVID-19 (www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/unsheltered-homelessness.html)

## Additional Considerations for People in Encampments

Per CDC, "unless individual housing units are available, do not clear encampments during community spread of COVID-19. Clearing encampments can cause people to disperse throughout the community and break connections with service providers. This increases the potential for infectious disease spread."

## Other Considerations

- Develop a plan for health care access for guests needing services for non-COVID-related acute or chronic health issues (nonemergency).

- Develop a communication plan to distribute information to all guests, staff, and key community and agency partners.

  - Identify platforms for communications such as a hotline, automated text messaging, or a website to help disseminate information to those inside and outside your organization.

  - Identify and address potential language, cultural, and disability barriers associated with communicating COVID-19 information to workers, volunteers, and those you serve.

- Minnesota Department of Health has materials available in multiple languages: Materials and Resources for Coronavirus Disease 2019 (COVID-19) Response (www.health.state.mn.us/diseases/coronavirus/materials/index.html).

## Additional Steps to Take if COVID-19 Becomes Widespread in Your Community

- Check MDH: Coronavirus Disease 2019 (COVID-19) (www.health.state.mn.us/diseases/coronavirus/index.html) and news sources for new information about the spread of COVID-19 in Minnesota. Local conditions will impact the recommendations that Minnesota Department of Health and local public health departments may make regarding COVID-19.

- Current strategies to slow the spread of COVID-19 include social distancing (keeping 6 feet between people) and restrictions on gatherings. This includes cancelling meetings, gatherings or events, and limiting the presence of nonessential people in your facility.

- Follow guidance for determining when to seek medical attention or report potential outbreaks. For guidance: MDH: About Coronavirus Disease 2019 (COVID-19) (www.health.state.mn.us/diseases/coronavirus/basics.html). If you have questions, call the Minnesota Department of Health at 651-201-5414 or toll-free 1-877-676-5414.

## Other Guidance to Review

- CDC: Coronavirus (COVID-19) (www.cdc.gov/coronavirus/2019-nCoV/index.html).

- For additional guidance on unsheltered homeless response, review CDC: People Experiencing Homelessness and COVID-19 (www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/unsheltered-homelessness.html).

- CDC: Resources to Support People Experiencing Homelessness (www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/index.html).

- For COVID-19 resources from the U.S. Department of Housing and Urban Development (HUD), visit HUD Exchange: Disease Risks and Homelessness (www.hudexchange.info/homelessness-assistance/diseases/#covid-19-key-resources).

- For resources from the U.S. Department of Health & Human Services, visit ASPR TRACIE: Homeless Shelter Resources for COVID-19 (https://asprtracie.hhs.gov/technical-resources/resource/8040/homeless-shelter-resources-for-covid-19).

- If your facility provides health care, refer to CDC: Information for Healthcare Professionals about Coronavirus (COVID-19) (www.cdc.gov/coronavirus/2019-nCoV/hcp/index.html).

- For facility cleaning instructions, refer to CDC: Cleaning and Disinfection for Community Facilities (www.cdc.gov/coronavirus/2019-ncov/community/organizations/cleaning-disinfection.html).

- CDC: Community- and Faith-Based Organizations (www.cdc.gov/coronavirus/2019-ncov/community/organizations/index.html).

## Additional Resources

- Minnesota Heading Home Alliance: COVID-19 Questions and Answers (https://headinghomealliance.com/covid-19-questions-and-answers/), frequently asked questions and answers from homeless service providers.

Minnesota Department of Health
PO Box 64975
St. Paul, MN 55164-0975
651-201-5414
www.health.state.mn.us

05/10/2020

*To obtain this information in a different format, call: 651-201-5414.*

# Exhibit 19

This guidance is an update of https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/plan-prepare-respond.html

---

Summary of Recent Changes

A revision was made on 4/21/2020 to reflect the following:

- Revisions to document organization for clarity
- Description of "whole community" approach
- Description of considerations for facility layout
- Description of considerations for facility processes
- Revisions with the understanding that many people might be asymptomatically infected with COVID-19
- Clarification of cloth face covering use by clients and staff
- Clarification of personal protective equipment use by staff
- Updated resources

---

**Interim guidance for homeless service providers to plan and respond to coronavirus disease 2019 (COVID-19)**

## Page contents

**Community coalition-based COVID-19 prevention and response** ............................................................ 2

**Communication** ..................................................................................................................... 3

**Supplies** ............................................................................................................................... 4

**Facility layout considerations** ................................................................................................ 5

**Facility procedure considerations** .......................................................................................... 6

**COVID-19 Readiness Resources** ............................................................................................... 7

> This interim guidance is based on what is currently known about Coronavirus Disease 2019 (COVID-19). The Centers for Disease Control and Prevention (CDC) will update this interim guidance as needed, and as additional information becomes available.

People experiencing homelessness are at risk for infection during community spread of COVID-19. This interim guidance is intended to support response planning by emergency management officials, public health authorities, and homeless service providers, including overnight emergency shelters, day shelters, and meal service providers.

COVID-19 is caused by a new coronavirus. We are learning about how it spreads,, how severe it is, and other features of the disease. Transmission of COVID-19 in your community could cause illness among people experiencing homelessness, contribute to an increase in emergency shelter usage, and/or lead to illness and absenteeism among homeless service provider staff.

Early and sustained action to slow the spread of COVID-19 will keep staff and volunteers healthy, and help your organization maintain normal operations.

**Community coalition-based COVID-19 prevention and response**

Planning and response to COVID-19 transmission among people experiencing homelessness requires a "whole community" approach, which means that you are involving partners in the development of your response planning, and that everyone's roles and responsibilities are clear. Table 1 outlines some of the activities and key partners to consider for a whole-community approach.

Table 1: Using a community-wide approach to prepare for COVID-19 among people experiencing homelessness

| **Connect to community-wide planning** |
| --- |
| Connect with key partners to make sure that you can all easily communicate with each other while preparing for and responding to cases. A community coalition focused on COVID-19 planning and response should include:<br>• Local and state health departments<br>• Homeless service providers and Continuum of Care leadership<br>• Emergency management<br>• Law enforcement<br>• Healthcare providers<br>• Housing authorities<br>• Local government leadership<br>• Other support services like outreach, case management, and behavioral health support |
| **Identify additional sites and resources** |

Continuing homeless services during community spread of COVID-19 is critical, and homeless shelters should not close or exclude people who are having symptoms or test positive for COVID-19 without a plan for where these clients can safely access services and stay. Decisions about whether clients with mild illness due to suspected or confirmed COVID-19 should remain in a shelter, or be directed to alternative housing sites, should be made in coordination with local health authorities. Community coalitions should identify additional temporary housing and shelter sites that are able to provide appropriate services, supplies, and staffing.

Ideally, these additional sites should include:

- Overflow sites to accommodate shelter decompression (to reduce crowding) and higher shelter demands
- Isolation sites for people who are confirmed to be positive for COVID-19
- Quarantine sites for people who are waiting to be tested, or who know that they were exposed to COVID-19
- Protective housing for people who are at highest risk of severe COVID-19

Depending on resources and staff availability, non-group housing options (such as hotels/motels) that have individual rooms should be considered for the overflow, quarantine, and protective housing sites. In addition, plan for how to connect clients to housing opportunities after they have completed their stay in these temporary sites.

**Communication**

- Stay updated on the local level of transmission of COVID-19 through your local and state health departments.
- Communicate clearly with staff and clients.
  - Use health messages and materials developed by credible public health sources, such as your local and state public health departments or the Centers for Disease Control and Prevention (CDC).
  - Post signs at entrances and in strategic places providing instruction on hand washing and cough etiquette, use of cloth face coverings, and social distancing.
  - Provide educational materials about COVID-19 for non-English speakers or hearing impaired, as needed.
  - Keep staff and clients up-to-date on changes in facility procedures.
  - Ensure communication with clients and key partners about changes in program policies and/or changes in physical location.
- Identify platforms for communications such as a hotline, automated text messaging, or a website to help disseminate information to those inside and outside your organization. Learn more about communicating to workers in a crisis.

- Identify and address potential language, cultural, and disability barriers associated with communicating COVID-19 information to workers, volunteers, and those you serve. Learn more about reaching people of diverse languages and cultures.

**Supplies**

Have supplies on hand for staff, volunteers, and those you serve, such as:

- Soap
- Alcohol-based hand sanitizers that contain at least 60% alcohol
- Tissues
- Trash baskets
- Cloth face coverings
- Cleaning supplies
- Personal protective equipment (PPE), as needed by staff (see below)


**Staff considerations**

- Provide training and educational materials related to COVID-19 for staff and volunteers.
- Minimize the number of staff members who have face-to-face interactions with clients with respiratory symptoms.
- Develop and use contingency plans for increased absenteeism caused by employee illness or by illness in employees' family members. These plans might include extending hours, cross-training current employees, or hiring temporary employees.
- Staff and volunteers who are at higher risk for severe illness from COVID-19 should not be designated as caregivers for sick clients who are staying in the shelter. Identify flexible job duties for these higher risk staff and volunteers so they can continue working while minimizing direct contact with clients.
- Put in place plans on how to maintain social distancing (remaining at least 6 feet apart) between all clients and staff while still providing necessary services.
- All staff should wear a cloth face covering for source control (when someone wears a covering over their mouth and nose to contain respiratory droplets), consistent with the guidance for the general public. See below for information on laundering cloth face coverings.
- Staff who do not interact closely (e.g., within 6 feet) with sick clients and do not clean client environments do not need to wear personal protective equipment (PPE).
- Staff should avoid handling client belongings. If staff are handling client belongings, they should use disposable gloves, if available. Make sure to train any staff using gloves to ensure proper use and ensure they perform hand hygiene before and after use. If gloves are unavailable, staff should perform hand hygiene immediately after handling client belongings.
- Staff who are checking client temperatures should use a system that creates a physical barrier between the client and the screener as described here.

- o Screeners should stand behind a physical barrier, such as a glass or plastic window or partition that can protect the staff member's face from respiratory droplets that may be produced if the client sneezes, coughs, or talks.
- o If social distancing or barrier/partition controls cannot be put in place during screening, PPE (i.e., facemask, eye protection [goggles or disposable face shield that fully covers the front and sides of the face], and a single pair of disposable gloves)  can be used when within 6 feet of a client.
- o However, given PPE shortages, training requirements, and because PPE alone is less effective than a barrier, try to use a barrier whenever you can.
- For situations where staff are providing medical care to clients with suspected or confirmed COVID-19 and close contact (within 6 feet) cannot be avoided, staff should at a minimum, wear eye protection (goggles or face shield), an N95 or higher level respirator (or a facemask if respirators are not available or staff are not fit tested), disposable gown, and disposable gloves. **Cloth face coverings are not PPE and should not be used when a respirator or facemask is indicated.** If staff have direct contact with the client, they should also wear gloves. Infection control guidelines for healthcare providers are outlined here.
- Staff should launder work uniforms or clothes after use using the warmest appropriate water setting for the items and dry items completely.
- Provide resources for stress and coping to staff. Learn more about mental health and coping during COVID-19.

**Facility layout considerations**
- Use physical barriers to protect staff who will have interactions with clients with unknown infection status (e.g., check-in staff). For example, install a sneeze guard at the check-in desk or place an additional table between staff and clients to increase the distance between them to at least 6 feet.
- In meal service areas, create at least 6 feet of space between seats, and/or allow either for food to be delivered to clients or for clients to take food away.
- In general sleeping areas (for those who are not experiencing respiratory symptoms), try to make sure client's faces are at least 6 feet apart.
  - o Align mats/beds so clients sleep head-to-toe.
- For clients with mild respiratory symptoms consistent with COVID-19:
  - o Prioritize these clients for individual rooms.
  - o If individual rooms are not available, consider using a large, well-ventilated room.
  - o Keep mats/beds at least 6 feet apart.
  - o Use temporary barriers between mats/beds, such as curtains.
  - o Align mats/beds so clients sleep head-to-toe.
  - o If possible, designate a separate bathroom for these clients.
  - o If areas where these clients can stay are not available in the facility, facilitate transfer to a quarantine site.
- For clients with confirmed COVID-19, regardless of symptoms:
  - o Prioritize these clients for individual rooms.

5

- o If more than one person has tested positive, these clients can stay in the same area.
- o Designate a separate bathroom for these clients.
- o Follow CDC recommendations for how to prevent further spread in your facility.
- o If areas where these clients can stay are not available in the facility, assist with transfer to an isolation site.

**Facility procedure considerations**

- Plan to maintain regular operations to the extent possible.
- Limit visitors who are not clients, staff, or volunteers.
- Do not require a negative COVID-19 diagnostic test for entry to a homeless services site unless otherwise directed by local or state health authorities.
- Identify clients who could be at high risk for complications from COVID-19, or from other chronic or acute illnesses, and encourage them to take extra precautions.
- Arrange for continuity of and surge support for mental health, substance use treatment services, and general medical care.
- Identify a designated medical facility to refer clients who might have COVID-19.
- Keep in mind that clients and staff might be infected without showing symptoms.
  - o Create a way to make physical distancing between clients and staff easier, such as staggering meal services or having maximum occupancy limits for common rooms and bathrooms.
  - o All clients should wear cloth face coverings any time they are not in their room or on their bed/mat (in shared sleeping areas). Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- Regularly assess clients and staff for symptoms.
  - o Clients who have symptoms may or may not have COVID-19. Make sure they have a place they can safely stay within the shelter or at an alternate site in coordination with local health authorities.
  - o An on-site nurse or other clinical staff can help with clinical assessments.
  - o Provide anyone who presents with symptoms with a cloth face covering.
  - o Facilitate access to non-urgent medical care as needed.
  - o Use standard facility procedures to determine whether a client needs immediate medical attention. Emergency signs include:
    - ▪ Trouble breathing
    - ▪ Persistent pain or pressure in the chest
    - ▪ New confusion or inability to arouse
    - ▪ Bluish lips or face
  - o Notify the designated medical facility and personnel to transfer clients that the client might have COVID-19.

6

- Prepare healthcare clinic staff to care for patients with COVID-19, if your facility provides healthcare services, and make sure your facility has supply of personal protective equipment.
- Provide links to respite (temporary) care for clients who were hospitalized with COVID-19 but have been discharged.
  - Some of these clients will still require isolation to prevent transmission.
  - Some of these clients will no longer require isolation and can use normal facility resources.
- Make sure bathrooms and other sinks are consistently stocked with soap and drying materials for handwashing. Provide alcohol-based hand sanitizers that contain at least 60% alcohol at key points within the facility, including registration desks, entrances/exits, and eating areas.
- Cloth face coverings used by clients and staff should be laundered regularly. Staff involved in laundering client face coverings should do the following:
  - Face coverings should be collected in a sealable container (like a trash bag).
  - Staff should wear disposable gloves and a face mask. Use of a disposable gown is also recommended, if available.
  - Gloves should be properly removed and disposed of after laundering face coverings; clean hands immediately after removal of gloves by washing hands with soap and water for at least 20 seconds or using an alcohol-based hand sanitizer with at least 60% alcohol if soap and water are not available.
- Clean and disinfect frequently touched surfaces at least daily and shared objects between use using an EPA- registered disinfectant.


**COVID-19 Readiness Resources**
- Visit www.cdc.gov/COVID19 for the latest information and resources
- Printable Resources for People Experiencing Homelessness
- Guidance Related to Unsheltered Homelessness
- Department of Housing and Urban Development (HUD) COVID-19 Resources
- ASPR TRACIE Homeless Shelter Resources for COVID-19

# Exhibit 20

# Assessment of SARS-CoV-2 Infection Prevalence in Homeless Shelters — Four U.S. Cities, March 27–April 15, 2020

Emily Mosites, PhD[1]; Erin M. Parker, PhD[1]; Kristie E. N. Clarke, MD[1]; Jessie M. Gaeta, MD[2,3]; Travis P. Baggett, MD[2,4,5]; Elizabeth Imbert, MD[6]; Madeline Sankaran, MPH[7]; Ashley Scarborough, MPH[7]; Karin Huster, MPH[8]; Matt Hanson, MD[8]; Elysia Gonzales, MPH[8]; Jody Rauch, MA[8]; Libby Page, MPH[8]; Temet M. McMichael, PhD[8,9]; Ryan Keating, MPH[1]; Grace E. Marx, MD[1]; Tom Andrews, MBA[10]; Kristine Schmit, MD[1]; Sapna Bamrah Morris, MD[1]; Nicole F. Dowling, PhD[1]; Georgina Peacock, MD[1]; COVID-19 Homelessness Team

On April 22, 2020, this report was posted as an MMWR Early Release on the MMWR website (https://www.cdc.gov/mmwr).

In the United States, approximately 1.4 million persons access emergency shelter or transitional housing each year (1). These settings can pose risks for communicable disease spread. In late March and early April 2020, public health teams responded to clusters (two or more cases in the preceding 2 weeks) of coronavirus disease 2019 (COVID-19) in residents and staff members from five homeless shelters in Boston, Massachusetts (one shelter); San Francisco, California (one); and Seattle, Washington (three). The investigations were performed in coordination with academic partners, health care providers, and homeless service providers. Investigations included reverse transcription–polymerase chain reaction testing at commercial and public health laboratories for SARS-CoV-2, the virus that causes COVID-19, over approximately 1–2 weeks for residents and staff members at the five shelters. During the same period, the team in Seattle, Washington, also tested residents and staff members at 12 shelters where a single case in each had been identified. In Atlanta, Georgia, a team proactively tested residents and staff members at two shelters with no known COVID-19 cases in the preceding 2 weeks. In each city, the objective was to test all shelter residents and staff members at each assessed facility, irrespective of symptoms. Persons who tested positive were transported to hospitals or predesignated community isolation areas.

Overall, 1,192 residents and 313 staff members were tested in 19 homeless shelters (Table). When testing followed identification of a cluster, high proportions of residents and staff members had positive test results for SARS-CoV-2 in Seattle (17% of residents; 17% of staff members), Boston (36%; 30%), and San Francisco (66%; 16%). Testing in Seattle shelters where only one previous case had been identified in each shelter found a low prevalence of infection (5% of residents; 1% of staff members). Among shelters in Atlanta where no cases had been reported, a low prevalence of infection was also identified (4% of residents; 2% of staff members). Community incidence in the four cities (the average number of reported cases in the county per 100,000 persons per day during the testing period) varied, with the highest (14.4) in Boston and the lowest (5.7) in San Francisco (2).

The findings in this report are subject to at least three limitations. First, testing represented a single time point. Second, although testing all residents and staff members at each shelter was the objective, some were not available or declined (e.g., in San Francisco 143 of an estimated 255 residents at risk were tested). Finally, symptom information for persons tested was not consistently available and thus not included, although symptom information from Boston is available elsewhere.*

Homelessness poses multiple challenges that can exacerbate and amplify the spread of COVID-19. Homeless shelters are often crowded, making social distancing difficult. Many persons experiencing homelessness are older or have underlying medical conditions (1,3), placing them at higher risk for severe COVID-19–associated illness (4).

To protect homeless shelter residents and staff members, CDC recommends that homeless service providers implement recommended infection control practices, apply social distancing measures including ensuring residents' heads are at least 6 feet (2 meters) apart while sleeping, and promote use of cloth face coverings among all residents.[†] These measures become especially important once ongoing COVID-19 transmission is identified within communities where shelters are located. Given the high proportion of positive tests in the shelters with identified clusters and evidence for presymptomatic and asymptomatic transmission of SARS-CoV-2 (5), testing of all residents and staff members regardless of symptoms at shelters where clusters have been detected should be considered. If testing is easily accessible, regular testing in shelters before identifying clusters should also be considered. Testing all persons can facilitate isolation of those who are infected to minimize ongoing transmission in these settings.

## Acknowledgments

Homeless service provider leadership and staff members; participating residents; Margaret Lukoff, Public Health – Seattle & King County; Joanna Eveland, John C. Fremont Healthcare District; San Francisco COVID-19 Response Team; Public Health Seattle King County COVID-19 Investigation Team.

* https://www.medrxiv.org/content/10.1101/2020.04.12.20059618v1.
† https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/plan-prepare-respond.html.

TABLE. SARS-CoV-2 testing among residents and staff members at 19 homeless shelters in four U.S. cities with community transmission of COVID-19, March 27–April 15, 2020

| City | No. of shelters assessed | Date of testing | Residents | | Staff members | |
|---|---|---|---|---|---|---|
| | | | No. tested | No. (%) positive | No. tested | No. (%) positive |
| Shelters reporting ≥2 cases in 2 weeks preceding testing | | | | | | |
| Seattle | 3 | Mar 30–Apr 8 | 179 | 31 (17) | 35 | 6 (17) |
| Boston | 1 | Apr 2–3 | 408 | 147 (36) | 50 | 15 (30) |
| San Francisco | 1 | Apr 4–15 | 143 | 95 (66) | 63 | 10 (16) |
| Subtotal | 5 | March 30–Apr 15 | 730 | 273 (37) | 148 | 31 (21) |
| Shelters reporting 1 case in 2 weeks preceding testing | | | | | | |
| Seattle | 12 | Mar 27–Apr 15 | 213 | 10 (5) | 106 | 1 (1) |
| Shelters reporting no cases in 2 weeks preceding testing | | | | | | |
| Atlanta | 2 | Apr 8–9 | 249 | 10 (4) | 59 | 1 (2) |
| **Total** | **19** | **Mar 27–Apr 15** | **1,192** | **293 (25)** | **313** | **33 (11)** |

Abbreviation: COVID-19 = coronavirus disease 2019.

## COVID-19 Homelessness Team

Ann Buff, CDC COVID-19 Emergency Response; Calla Jamison, CDC COVID-19 Emergency Response; Ruthanne Marcus, CDC COVID-19 Emergency Response; Carol Y. Rao, CDC COVID-19 Emergency Response; Julie L. Self, CDC COVID-19 Emergency Response; Farrell Tobolowsky, CDC COVID-19 Emergency Response; Samantha Williams, CDC COVID-19 Emergency Response; Meagan Kay, Public Health – Seattle & King County, Naveena Bobba, San Francisco Department of Public Health; Stephanie Cohen, San Francisco Department of Public Health; Jonathan Fuchs, San Francisco Department of Public Health; Trang Nguyen, San Francisco Department of Public Health; Julie Stoltey, San Francisco Department of Public Health.

Corresponding author: Emily Mosites, lwx7@cdc.gov, 907-346-0570.

[1]CDC COVID-19 Emergency Response; [2]Boston Health Care for the Homeless Program; [3]Boston Medical Center; [4]Massachusetts General Hospital, Boston, Massachusetts; [5]Harvard Medical School, Boston, Massachusetts; [6]University of California San Francisco; [7]San Francisco Department of Public Health; [8]Public Health – Seattle & King County, Washington; [9]Epidemic Intelligence Service, CDC; [10]St. Joseph's Health System, Atlanta, Georgia.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Travis Baggett reports receipt of royalties from UpToDate for authorship of a topic review on health care of homeless persons in the United States. No other potential conflicts of interest were disclosed.

## References

1. US Department of Housing and Urban Development. 2017 annual homeless assessment report to Congress. Part 1: point-in-time estimates of homelessness. Washington, DC: US Department of Housing and Urban Development; 2017. https://www.hudexchange.info/resource/5639/2017-ahar-part-1-pit-estimates-of-homelessness-in-the-us/
2. USAFacts. Confirmed cases dataset. Seattle, WA: USAFacts; 2020. https://usafacts.org/visualizations/coronavirus-covid-19-spread-map/
3. Fazel S, Geddes JR, Kushel M. The health of homeless people in high-income countries: descriptive epidemiology, health consequences, and clinical and policy recommendations. Lancet 2014;384:1529–40. https://doi.org/10.1016/S0140-6736(14)61132-6
4. CDC COVID-19 Response Team. Preliminary estimates of the prevalence of selected underlying health conditions among patients with coronavirus disease 2019—United States, February 12–March 28, 2020. MMWR Morb Mortal Wkly Rep 2020;69:382–6. https://doi.org/10.15585/mmwr.mm6913e2
5. Kimball A, Hatfield KM, Arons M, et al.; Public Health – Seattle & King County; CDC COVID-19 Investigation Team. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:377–81. https://doi.org/10.15585/mmwr.mm6913e1

# Exhibit 21

# Minneapolis Rental Housing Brief

August 2020





MINNEAPOLIS

# Rents

## Median Rents[1]

### ONE BEDROOM

August 2020   $1,051
August 2019   $1,081

**-3% Decrease YOY**

### TWO BEDROOM

August 2020   $1,345
August 2019   $1,425

**-6% Decrease YOY**

### THREE BEDROOM

August 2020   $1,450
August 2019   $1,600

**-9% Decrease YOY**

## Income Required to Rent a Home in August 2020



Figures are based on the common landlord screening requirement that an applicant must earn 2.5 times the rent in income.

| ONE BEDROOM | TWO BEDROOM | THREE BEDROOM |
|---|---|---|
| $2,628 | $3,363 | $3,625 |

## Vacancy Distribution by Building Type[2]



### APARTMENT

August 2020   75%
August 2019   65%



### SINGLE FAMILY HOME

August 2020   8%
August 2019   10%



### OTHER
(Condo, Duplex, Townhome)

August 2020   17%
August 2019   25%

[1] To learn more about HousingLink rent data, watch this video.
[2] Different than "vacancy rate," we are saying that OF the vacancy rate (around 3%), xx% of the vacancies are apartments, xx% are single family homes,  and xx% are of another building type.

Source: HousingLink's *Market Rent Data*.

HousingLink

HousingLink.org

MINNEAPOLIS

# Rental Housing Affordability

## Median One Bedroom Rents[1]



**AUGUST 2020**

$1,100 — Tax Credit Properties
$1,055 — Market Rate Properties
$995 — Listed on HousingLink

**AUGUST 2019**

$1,081 — Tax Credit Properties
$1,081 — Market Rate Properties
$975 — Listed on HousingLink

■ Tax Credit Properties  ■ Market Rate Properties  ■ Listed on HousingLink

## Number of NOAH Rental Vacancies[2]

| | ONE BEDROOM | TWO BEDROOM | THREE BEDROOM |
|---|---|---|---|
| August 2020 | 464 | 275 | 121 |
| August 2019 | 286 | 143 | 51 |

---

[1] Source: HousingLink's *Market Rent Data*.

[2] Ibid. As of the April 2020 report, we re-defined "NOAH" from a set rent range across all rental listings to a standard "affordable to 60% of Area Median Income" benchmark that accommodates changing incomes as well as number of bedrooms and likely utility costs by unit.



HousingLink



HousingLink.org

MINNEAPOLIS

# Rental Housing Affordability

## % of Minneapolis Rental Vacancies Affordable by Income Level[1]



|  | August 2020 | August 2019 |
|---|---|---|
| 30% AMI* | 1% | 0% |
| 50% AMI* | 20% | 11% |
| 60% AMI* | 51% | 39% |
| 80% AMI* | 85% | 73% |
| 100% AMI* | 96% | 90% |

[1] To learn more about how HousingLink calculates affordability by area median income, watch this video.
*AMI (Area Median Income) is $72,400 for an individual and $103,400 for a family of four in the Twin Cities Metro (HUD, 2020).

Source: HousingLink's *Market Rent Data*. AMI based on HUD's *Income Limits* data, published annually at https://www.huduser.gov. Affordability analysis based on a family paying no more than 30% of income on gross housing costs, accounting for household size, utility costs, and building type.





HousingLink

HousingLink.org

MINNEAPOLIS

# Subsidized Housing in Minneapolis

## August 2020 Vacancies Willing to Accept a Section 8 Housing Choice Voucher[1]

|  | August 2020 | August 2019 |
|---|---|---|
| ONE BEDROOM | 38 | 19 |
| TWO BEDROOM | 27 | 15 |
| THREE BEDROOM | 21 | 16 |

**4**   **Housing Choice Vouchers forfeited from Q2 2020**[2]

This figure refers to vouchers families were unable to place in service. This can result from rent exceeding the Public Housing Authority's ability to adequately subsidize the voucher holder's portion of, or a landlord's unwillingness to participate in, the Section 8 Housing Choice Voucher program. Periods of low vacancy, such as Minneapolis is currently experiencing, typically exacerbate both of these constraints.

**13**   **August 2020 Waiting List Openings**[3] ↑ up from 12 last year.

---

[1] Source: HousingLink's *Market Rent Data*.
[2] Source: Minneapolis Public Housing Authority.
[3] Source: Waiting list openings advertised on HousingLink include Public Housing, Project Based Section 8, Tax Credit, and more.



HousingLink.org

MINNEAPOLIS

# Rental Housing Stock

## Licensed Rental Units – Q2 2020[1]



**96,745**
Licensed units

+0.3% since 2019



**1,613**
"Tier 3" rental units


-14.7% since 2019


-1.1% since 2019

**24,571**
Units in 1 and 2 Unit
Licenses



**1,328**

Units of Short-Term Rental Stock
(↑ up 50% from 2019)



airbnb **300+**
entire home rentals listed[2]

[1] Source: Analysis of City of Minneapolis Regulatory Services rental license data. Note: The City of Minneapolis uses a tiered rating system as part of their rental process. Tier 3 rentals are those which require excessive city services, are poorly maintained or managed, and may be at a higher risk for fire damage. Tier 3 rentals are additionally on the most frequent inspection cycle (one-year).
[2] Source: August 2020 search of "entire home" rentals on AirBnB.com.



HousingLink 

HousingLink.org

# Apartment Sales & Development

## Apartment Development as of the end of Q2 2020[1]



PROJECTS
PROPOSED

w/Known Affordable Units          46
w/no Known Affordable Units    93



PROJECTS
PERMITTED & UNDER CONSTRUCTION

w/Known Affordable Units          30
w/no Known Affordable Units    98

Presence of affordable units is not always known when information is gathered for this metric and thus it is most accurate to simply refer to projects "w/Known Affordable Units" and projects "w/no Known Affordable Units."

## Average Price-Per-Unit Apartment Sales
## Q3 2019– Q2 2020[2]



### $176,068
Per unit



33% down from
previous 12 months

[1] Source: This analysis is based on development monitoring by the Metropolitan Council, and  consists of selected proposed, permitted, and under construction place-level residential and nonresidential projects, as opposed to individual units. Data on residential and nonresidential projects are obtained on an on-going basis from daily, weekly, monthly and quarterly publications such as Finance & Commerce, Mpls./St. Paul Business Journal, Pioneer Press, Star Tribune, Twin Cities Business Magazine, and Minneapolis Trends Reports, as well as a multitude of other sources such as school district updates, developer websites and television news reports, among others. Complete attribute data for all entries may not be available and for purposes of this report, projects in a withdrawn, on hold, or complete status are not reported.
[2] Source: This analysis is based on research conducted since 2011 exclusively on projects vetted or written about by Finance & Commerce publication for its Twin Cities *Apartment Sales Tracker*, available at finance-commerce.com.





HousingLink.org

MINNEAPOLIS

# Notable Housing Facts



## 46% of Minneapolis renters live in housing that is not affordable to them[1]

Affordability is defined as paying no more than 30% of pre-tax household income on gross housing costs (which includes rent and utilities). Those paying more than 30% of their income on housing are considered cost-burdened, a figure that is typically much higher among renters than homeowners.



## 6.2% of Minneapolis Public Schools students experienced homelessness in the past year[2]

Minneapolis Public Schools tracks homeless and highly mobile students lacking a fixed, regular, and adequate nighttime residence (homelessness as defined by the McKinney-Vento Homeless Assistance Act). This includes children who live in shelters and transitional housing; those living in motels, hotels, and weekly-rate residences; those doubled-up with friends or non-immediate family; those living in abandoned buildings, public space, or cars; and those awaiting foster care placement.

## Availability of Housing for Special Populations August 2020[3]

 **48** Housing openings with one or more accessible features (↑ up from 32 last year).

 **88** Keys-for-Heroes (Veteran-Friendly) openings. (↑ up from 62 last year)

---

[1] Source: Analysis of 2018 1-year *American Community Survey* data from the US Census.  For more discussion of this topic, including figures on "severe cost burden" (those paying more than 50% of their income on housing costs), visit:
https://metrocouncil.org/Housing/Planning/Housing-Policy-Plan-Dashboard/Housing-Cost-Burden.aspx
[2] Source: Minneapolis Public Schools, for the 2018-2019 school year.
[3] Source: Advertised vacancies on HousingLink.org.


HousingLink








HousingLink.org

**Not currently receiving this report?**
Join the email list

**Questions about the data?**
Dan Hylton
Research Manager
dhylton@housinglink.org

**Media inquiries:**
Sue Speakman-Gomez
President
sgomez@housinglink.org

**Want a report like this for your community?**
Josh Dye
Marketing Manager
jdye@housinglink.org

Visit HousingLink.org for additional research, plus
affordable rental housing openings and information.





Exhibit 22



# Affordable Listings Report
## for Households Earning 30% AMI
Hennepin County, 2nd Qtr 2020

### 1-Person Household
Annual Income: $21,700
Hourly Rate: $10.43
Affordable Rent: <$542
Cost-Burdened Rent: $542-$904

### 3-Person Household
Annual Income: $27,900
Hourly Rate: $13.41
Affordable Rent: <$697
Cost-Burdened Rent: $697-$1,163

### 5-Person Household
Annual Income: $33,500
Hourly Rate: $16.11
Affordable Rent: <$837
Cost-Burdened Rent: $837-$1,396

**Annual income** calculated based on 30% area median income.

**Hourly income** based on 2,080 work hours per year.

**Affordable rent** = rent amount that is less than 30% of a household's total monthly income.

**Cost-burdened rent** = rent amount that is equal to 30% - 50% of a household's total monthly income.



Affordable Listings
Cost-Burdened Listings

## Percent of Affordable and Cost-Burdened Listings



1-Person Household
0, 1, & 2 BR sizes counted

3-Person Household
1, 2, & 3 BR sizes counted

5-Person Household
2, 3, & 4 BR sizes counted

## Total Listings by Bedroom Size and Household Type



## Change in Affordable Listings



This report provides a summary of affordable rental listings statistics based on HousingLink's 2020 2nd Quarter *Housing Search* Reports. *Housing Search* includes listings with specified rent amounts, or listings in which rent is equal to 30 percent of income.

Report published July 2020



## Affordable hListings Report Detail for Hennepin County
## 2nd Qtr 2020
for Households Earning 30% AMI[1]

|  | 1 Person Household[2] | 3 Person Household[3] | 5 Person Household[4] |
|---|---|---|---|
| Annual Income[5] | $21,700 | $27,900 | $33,500 |
| Hourly Rate[6] | $10.43 | $13.41 | $16.11 |
| Affordable Rent[7] | $542 | $697 | $837 |
| Cost-burdened Rent[8] | $904 | $1,163 | $1,396 |

| Affordable Rent | Listings | % of Total Listings | Listings | % of Total Listings | Listings | % of Total Listings |
|---|---|---|---|---|---|---|
| 0 Bedroom | 3 | 0.2% | -- | -- | -- | -- |
| 1 Bedroom | 90 | 5.4% | 104 | 5.3% | -- | -- |
| 2 Bedroom | 29 | 1.7% | 32 | 1.6% | 32 | 3.3% |
| 3 Bedroom | -- | -- | 9 | 0.5% | 9 | 0.9% |
| 4 Bedroom | -- | -- | -- | -- | 4 | 0.4% |
| **Total** | **122** | **7.3%** | **145** | **7.4%** | **45** | **4.6%** |

| Cost-burdened Rent | Listings | % of Total Listings | Listings | % of Total Listings | Listings | % of Total Listings |
|---|---|---|---|---|---|---|
| 0 Bedroom | 28 | 1.7% | -- | -- | -- | -- |
| 1 Bedroom | 149 | 8.9% | 938 | 48.0% | -- | -- |
| 2 Bedroom | 75 | 4.5% | 233 | 11.9% | 475 | 48.9% |
| 3 Bedroom | -- | -- | 64 | 3.3% | 125 | 12.9% |
| 4 Bedroom | -- | -- | -- | -- | 18 | 1.9% |
| **Total** | **252** | **15.0%** | **1,235** | **63.2%** | **618** | **63.6%** |

| **Total Listings[9]** | **1,678** | **1,954** | **971** |
|---|---|---|---|

---

[1] The report uses market entry occurrence, which groups individual listings by rent, bedrooms, phone number, city, address and length of continuous publication.  A gap of more than 15 days between publication dates, or a change in any of the other criteria, will create a new occurrence of the listing.  Each occurrence that was published and available to the search tool is counted as a listing for the reporting period.
[2] 0,1,2 bedroom listings are counted for 1-person households
[3] 1,2,3 bedroom listings are counted for 3-person household.
[4] 2,3,4 bedroom listings are counted for 5-person household.
[5] Annual income calculated based on HUD FY'19 income limits, effective 4/1/2020.
[6] Hourly income based on 2,080 work hours per year.
[7] Affordable rent = a rent amount that is less than 30% of a household's total monthly income.
[8] Cost-burdened rent = a rent amount that is equal to 30% - 50% of a household's total monthly income.
[9] Total listings = total hList listings at all rent levels for the bedroom sizes included in each household category.