# Exhibit 23

| | |
|---|---|
| **From:** | Schroeder, Michael |
| **To:** | Ringold, Jennifer B. |
| **Cc:** | Bangoura, Al K. |
| **Subject:** | Re: new resolution for Board |
| **Date:** | Sunday, June 28, 2020 9:17:14 AM |
| **Attachments:** | Resolution rescinding Resolution 2020-253, 20200627.docx |

Jennifer,

The additions are good pieces to include. I'm suggesting one be written as a more active recital.

Let's see what Al thinks.

I'm working on the second, which, as we discussed last night, might be more problematic.

Michael


Michael Schroeder
Assistant Superintendent for Planning Services
Minneapolis Park and Recreation Board
2117 West River Road North
Minneapolis, Minnesota 55411
612-230-6467 (office)

---

**From:** Ringold, Jennifer B. <JRingold@minneapolisparks.org>
**Sent:** Sunday, June 28, 2020 9:00 AM
**To:** Schroeder, Michael <MSchroeder@minneapolisparks.org>
**Cc:** Bangoura, Al K. <ABangoura@minneapolisparks.org>
**Subject:** RE: new resolution for Board

Here are a few thoughts to consider. Would this go to the admin/finance committee or planning or full board?

---

**From:** Schroeder, Michael <MSchroeder@minneapolisparks.org>
**Sent:** Saturday, June 27, 2020 11:38 PM
**To:** Ringold, Jennifer B. <JRingold@minneapolisparks.org>
**Cc:** Bangoura, Al K. <ABangoura@minneapolisparks.org>
**Subject:** new resolution for Board

Jennifer,

I've made my first shot at a resolution that rescinds the refuge order. I have a few things highlighted but they're not essential for continued drafting of the resolution.

If we proceed as I discussed with Al, there are separate resolutions rescinding the refuge declaration and asserting the need to adhere to ordinances. For you're receiving my draft of the former and I will work on the latter in the morning.

Michael


Michael Schroeder
Assistant Superintendent for Planning Services
Minneapolis Park and Recreation Board
2117 West River Road North
Minneapolis, Minnesota 55411
612-230-6467 (office)

# Exhibit 24



# Minneapolis Park & Recreation Board

Adopted
Jul 15, 2020 5:00 PM

## Resolution
## 2020-267

**Resolution Amending Adopted Resolution 2020-253 to Limit the Total Number Parks Available for Temporary Encampments and Provide Direction for the Design and Facilitation of Temporary Encampments in Parks that Supports the Health and Safety of Individuals Experiencing Homelessness and Preserves Access to Recreation Features for Park Visitors**

## Information

| | | | |
|---|---|---|---|
| **Department:** | Superintendent's Office | **Sponsors:** | |
| **Category:** | Policy | **Projects:** | No Project |

## Links

 **Link** 5132 : Update Refuge Space to People Currently Experiencing Homelessness

## Attachments

Printout

## Item Discussion

Whereas, The Minneapolis Park & Recreation Board (MPRB) is the steward of the Minneapolis Parks;

Whereas, The mission of the MPRB states that the MPRB exists to provide places and recreational opportunities for all people to gather, celebrate, contemplate, and engage in activities to promote health, well-being, community, and the environment;

Whereas, COVID-19 has created a health, economic and unemployment crisis that has resulted in an increase in the intensity and severity of homelessness;

Whereas, The MPRB recognizes that sheltering homeless people in Minneapolis parks is not a safe, proper or dignified form of housing and is, at best, a temporary solution for encampment individuals before cold weather arrives;

Whereas, The Board of Commissioners adopted Resolution 2020-253 during its regular meeting of June 17, 2020 to provide refuge for individuals experiencing homelessness and, now, seeks to provide guidelines upon its commitment to provide refuge as well as guidance on design and facilitation supporting health and safety, and formally request assistance from agencies and organizations that have clear and defined responsibility for addressing homelessness;

Whereas, Governor Walz pursuant to Executive Orders 20-33 and 20-55 declared a peacetime emergency that prevented the removal of homeless people from locations except in certain specific cases subject to certain specific requirements and, as part of a meeting conducted on June 27, 2020, the Executive Branch of the State of Minnesota clarified the directives of Executive Order 20-55 and the state provided subsequent explicit guidelines that local jurisdictions shall have the sole responsibility for determining the size of encampments allowed under Executive Order 20-55 and that limitations on encampment size, when documented by the local jurisdiction, would be considered aligned with Executive Order 20-55;

10/18/2020                2020-XXX Resolution Ovemong Implementation Resolution 2020-253 Smith Hennepin and City of Parks Management of Temporary Encampments a...

CASE 0:20-cv-02189-ECT-JFD   Doc. 1-3   Filed 10/19/20   Page 6 of 37

Whereas, Encampments allowed under Resolution 2020-253 have been established at 38 Minneapolis parks as of July 8, 2020, with 25 of those encampments having one to three tents,  and two large encampments at Powderhorn Park where the population of those persons who provided no permanent address and were deemed homeless was established at 282 occupants on July 9, 2020;

Whereas, City of Minneapolis Public Health Department and the Hennepin County Office to End Homelessness noted the size of the Powderhorn Park encampment and some newly emerging encampments at other parks are not consistent with the health guidance related to the COVID-19 pandemic and therefore fail to conform to best practices for public health and human safety;

Whereas, Staff of MPRB, City of Minneapolis, and Hennepin County have observed conditions of encampments, and based on observations of conditions of encampments and clarification of certain Executive Orders, the Superintendent and park staff believe it is necessary based on the public health and safety of camp residents and neighborhood residents to receive further guidance related  Resolution 2020-253:

Whereas, The MPRB requires assistance from City, County and State agencies to serve the basic public and mental health needs and other necessary social service needs of encampment populations;

Whereas, The MPRB requires assistance from those City, County and State agencies to assure encampment occupants can be provided safe and dignified shelter or housing upon leaving an encampment in a Minneapolis park;

Whereas, The MPRB requires assistance from those City, County and State agencies to assist in a process of reducing the size of encampments as needed to ensure remaining occupants are afforded necessary, proper and sustainable public health services and human safety conditions;

Whereas, The MPRB recognizes, with gratitude, encampments in Minneapolis parks are being serviced in whole or in part, by non-profit entities and volunteers, and that the services offered by those non-profit entities and volunteers will be critical to the continued service to encampments in Minneapolis parks;

Whereas, The MPRB lacks the critical physical, financial and infrastructure resources necessary to serve occupants of encampments in parks with physical and mental health needs and other necessary social services associated with the unique populations of the encampments;

Whereas, The Board determines that establishing a limit on the number of encampments in Minneapolis parks is necessary to allow the MPRB and other providers to best deliver needed services to each encampment;

Whereas, Some Minneapolis parks are capable of accommodating more than a single encampment, but each such encampment is best organized according to guidance aligned with best practices for public health and human safety;

Whereas, MPRB staff have developed design criteria for encampments recognizing distancing requirements related to COVID-19 and access for emergency and service vehicles while not impeding use of recreational facilities by park visitors and are organizing this information in an Encampment Management Plan for Minneapolis parks;

Whereas, The MPRB recognizes that movements between encampments may best occur using volunteer resources guided by staff of various agencies;

Whereas, The MPRB recognizes that while in effect Executive Orders 20-33 and 20-55 supersede Park Board Ordinance PB2-33 which does not allow a person to remain in any park between the hours of 12:00 midnight and 6:00 a.m., unless taking part in an activity conducted by, or pursuant to a permit issued by, the Park Board, and for some parks this restriction starts at 10 p.m.; and

Whereas, The Board of Commissioners understands that formal requests for assistance from the State of Minnesota, Hennepin County, and the City of Minneapolis may be submitted, and that staff is preparing such formal requests in alignment with a plan for managing encampments;

Resolved, That that Board of Commissioners amends adopted Resolution 2020-253 to require a temporary Encampment Permit for no more than 25 tents at a given site, and limits the number of Minneapolis parks with encampments to a quantity not greater than 20, and furthermore allowing for consolidation of encampment locations to accommodate existing encampment occupants;

Resolved, MPRB directs staff to analyze parks for their capacity to support encampments while preserving safe and comfortable access to recreation features for park visitors, and to conform to state law regarding the proximity of encampments to school safe zones and to not locate encampments near those school zones, and communicate publicly those parks so designated as capable of accommodating encampments (Refuge Sites);

Resolved, That the Board of Commissioners directs staff to prepare, execute and update as necessary an Encampment Management Plan for managing Refuge Sites and permitted encampments in Minneapolis parks supporting the health and safety of encampment occupants and access to recreation features for park visitors;

Resolved, The Board of Commissioners directs staff to implement design criteria for encampments that provides adequate distancing for COVID-19, access for emergency vehicles, and does not impede use of designated recreational facilities by park visitors consistent with the Encampment Management Plan through an Encampment Permit;

Resolved, The Board of Commissioners establishes that no more than 10% of usable (non-water or natural area) acreage of any designated Refuge Site can be allocated to use for encampments;

Resolved, That the Board of Commissioners directs staff to establish a temporary Encampment Permit by July 16, 2020, with terms and conditions relevant to oversight of an encampment, that can be issued to an individual volunteer, volunteers, non-profit corporation, legal entity, government or non-governmental partner or agency who agrees to be responsible for the day-to-day oversight and regulation of an encampment that includes up to 25 tents per permit based on a park capacity analysis and including tents dedicated to providing services and storage within the encampment;

Resolved, That any encampment that does not have a necessary permit pursuant to this resolution will be subject to removal from park property;

Resolved, That the Board of Commissioners establishes that there can be multiple encampments within a Refuge Site, but that the number of tents at any one Refuge Site or within a permitted encampment can only increase per guidance of the Encampment Management Plan;

Resolved, That the Board of Commissioners directs staff to work with its agency partners and volunteers supporting encampments in Minneapolis parks to move encampment occupants to parks designated for encampments and, especially, to work with encampment volunteers to move people to parks designated for encampments as a means of deconcentrating large existing encampments;

Resolved, The Board of Commissioners sets the expectation that Park Board ordinances apply to encampments and requires as a condition of a permit that the permit holder(s) and encampment occupants reinforce Park Board ordinances within an encampment;

Resolved, That the Board of Commissioners directs staff to provide restrooms or portable toilets, hand washing stations (as vendor supplies allow), and trash/recycling containers to a permitted encampment within 48 hours of issuing an Encampment Permit, and will provide fencing as funding allows if requested by the permit holder;

Resolved, That the Board of Commissioners sets a goal of September 15, 2020 for staff to provide an update on progress toward moving encampment occupants into shelter and housing suitable for winter conditions;

Resolved, The Board of Commissioners requests that the State of Minnesota increase funds to address the homelessness crisis;

Resolved, That the Board of Commissioners directs staff to submit formal written requests to the State of Minnesota, Hennepin County, and the City of Minneapolis, as appropriate, for assistance in managing encampments and serving encampment occupants aligned with the Encampment Management Plan;

Resolved, Notwithstanding the foregoing if any condition under Executive Order 20-55 exists wherein the in the judgement of the Superintendent that there exists a documented threat to the to the health, safety, or security of residents the Superintendent may restrict, limit, or close encampments based on exigent circumstance; and

Resolved, That the President and Secretary of the Board are authorized to take all necessary administrative actions to implement this resolution.

## Body

**BACKGROUND**

Resolution added at the request of President Cowgill.

## Meeting History

| Jul 15, 2020 5:00 PM | Minneapolis Park and Recreation Board | Regular Meeting |
|---|---|---|

Motion to Amend as Follows: Resolved, MPRB directs staff to analyze parks for their capacity to support encampments while preserving safe and comfortable access to recreation features for park visitors (Insert: , and to conform to state law regarding the proximity of encampments to school safe zones) and to not locate encampments near those school zones, and communicate publicly those parks so designated as capable of accommodating encampments (Refuge Sites);

Amendment Approved on a Roll Call Vote.

| | |
|---|---|
| **RESULT:** | **AMENDMENT ADOPTED [UNANIMOUS]** |
| **MOVER:** | LaTrisha Vetaw, Vice President, Commissioner At Large |
| **SECONDER:** | Meg Forney, Commissioner At Large |
| **AYES:** | Jono Cowgill, LaTrisha Vetaw, Meg Forney, Londel French, Chris Meyer, Kale Severson, AK Hassan, Steffanie Musich, Brad Bourn |

| Jul 15, 2020 5:00 PM | Minneapolis Park and Recreation Board | Regular Meeting |
|---|---|---|

Motion to Amend as Follows: (Remove: Resolved, Given its size and history the Board of Commissioners grants special permission for the Powderhorn Park encampments and seeks necessary partners who can obtain permits that will be exempt from the foregoing size limits with the desire to immediately limit the current size of the encampment and to develop a plan that will reduce the current number of people and tents significantly over a three-week time period based on the approval date of this resolution;)

Amendment Approved on a Roll Call Vote.

| | |
|---|---|
| **RESULT:** | **AMENDMENT ADOPTED [UNANIMOUS]** |
| **MOVER:** | LaTrisha Vetaw, Vice President, Commissioner At Large |
| **SECONDER:** | Londel French, Commissioner At Large |
| **AYES:** | Jono Cowgill, LaTrisha Vetaw, Meg Forney, Londel French, Chris Meyer, Kale Severson, AK Hassan, Steffanie Musich, Brad Bourn |

| Jul 15, 2020 5:00 PM | Minneapolis Park and Recreation Board | Regular Meeting |
|---|---|---|

Motion to Amend as Follows: (Insert: Resolved, Notwithstanding the foregoing if any condition under Executive Order 20-55 exists wherein the in the judgement of the Superintendent that there exists a documented threat to the to the health, safety, or security of residents the Superintendent may restrict, limit, or close encampments based on exigent circumstance; and)

Amendment Approved on a Roll Call Vote.

**RESULT:**     **AMENDMENT ADOPTED [7 TO 2]**
**MOVER:**     LaTrisha Vetaw, Vice President, Commissioner At Large
**SECONDER:**     Meg Forney, Commissioner At Large
**AYES:**     Jono Cowgill, LaTrisha Vetaw, Meg Forney, Chris Meyer, AK Hassan, Steffanie Musich, Brad Bourn
**NAYS:**     Londel French, Kale Severson

**Jul 15, 2020 5:00 PM**    **Minneapolis Park and Recreation Board**    **Regular Meeting**

Motion to Amend as Follows: Resolved, That that Board of Commissioners amends adopted Resolution 2020-253 to require a temporary Encampment Permit for no more than 25 tents at a given site, and limits the number of Minneapolis parks with encampments to a quantity not greater than 20 (Insert: , in addition to the following Board Approved Locations: the public right-of-way around cedar lake where private permanent encampments are already on public land, staff designated areas near the near 99 year private MPRB authorized encampments on Nicollet island, areas of Lyndale farmstead park near the permanent park board established encampment, areas of 1828 Marshall, areas of 1720 Marshall, areas of bohemian flats, areas of the parking lot at the MPRB Headquarters, areas of the commons park), and furthermore allowing for consolidation of encampment locations to accommodate existing encampment occupants;

(Insert: Resolved, the Board of Commissioners directs staff to work with other government agencies to examine potential alternatives locations that could accommodate people going through homelessness while there remains an inadequate supply of shelter spaces or permanent housing options to accommodate them, such as the Minnesota State Fairgrounds and the Uptown Kmart location)

Motion to Amend Failed on a Roll Call Vote.

**RESULT:**     **AMENDMENT DEFEATED [1 TO 8]**
**MOVER:**     Brad Bourn, Commissioner District 6
**SECONDER:**     Kale Severson, Commissioner District 2
**AYES:**     Brad Bourn
**NAYS:**     Jono Cowgill, LaTrisha Vetaw, Meg Forney, Londel French, Chris Meyer, Kale Severson, AK Hassan, Steffanie Musich

**Jul 15, 2020 5:00 PM**    **Minneapolis Park and Recreation Board**    **Regular Meeting**

Approved as Amended on a Roll Call Vote.

**RESULT:**     **ADOPTED [UNANIMOUS]**
**MOVER:**     Meg Forney, Commissioner At Large
**SECONDER:**     Steffanie Musich, Commissioner District 5
**AYES:**     Jono Cowgill, LaTrisha Vetaw, Meg Forney, Londel French, Chris Meyer, Kale Severson, AK Hassan, Steffanie Musich, Brad Bourn

**Minneapolis Park and Recreation Board**
2117 West River Road, Minneapolis, MN 55411
agenda@minneapolisparks.org | 612-230-6404
www.minneapolisparks.org

Follow MPRB on Facebook   Follow MPRB on Twitter
Subscribe to receive Minneapolis Park and Recreation Board news and events by email

# Exhibit 25

**Clare Diegel**

| | |
|---|---|
| **From:** | JCowgill@minneapolisparks.org |
| **Sent:** | Friday, July 17, 2020 10:59 AM |
| **To:** | david.hutchinson@hennepin.us |
| **Cc:** | Bangoura, Al K.; Vetaw, Latrisha M. |
| **Subject:** | Letter requesting County Sheriff office support pertaining to encampments |

Hello Sheriff Hutch,

Please find attached the Park Board's request for support pertaining to encampments in Minneapolis parks.

Sincerely,

Jono Cowgill
Commissioner
Park Board District 4
612.283.5630

July 17, 2020

TRANSMITTAL
Hand Delivered

Sheriff David Hutchinson
Minneapolis City Hall
350 South Fifth Street, Room 6
Minneapolis, MN 55415

Dear Sheriff Hutchinson:

Enclosed please find the Minneapolis Park and Recreation Board's transmittal of Resolution 2020-267 that passed last night dealing with homeless encampments in Minneapolis parks.  By this action, the Park Board amends the previously adopted Resolution 2020-253 (the "Resolution") by setting a maximum on the number of tents and the number of locations where homeless individuals are allowed to camp overnight in the Minneapolis park system.  Further, this Resolution requires that valid permits be taken out for each of these locations.  If you approve this action, the Park Board will immediately begin the process of requiring permits for overnight stays by homeless individuals in the city of Minneapolis.

Going forward, the Park Board will abide by the terms of Resolution 2020-267, Governor Walz's Executive Order 20-55, and all other laws in the state of Minnesota relating to the treatment of homeless individuals in the time of this COVID-19 pandemic.

We will also enforce all other ordinances of the Park Board as a condition of holding the permit.  A critical part of this Resolution is that the Park Board will be making formal written requests to the state of Minnesota, Hennepin County, and the city of Minneapolis for assistance in managing encampments and serving the encampment occupants.

Please accept this letter from me as Board President on behalf of the Board as a written request to you as the Sheriff of Hennepin County that we are requesting your assistance and to cooperate with us should the need arise to implement the terms of the Resolution 2020-267.

Very truly yours,


Jono Cowgill

cc:     Superintendent Al Bangoura
        Park Board Commissioners
        Brian Rice, Legal Counsel

# Exhibit 26

| | |
|---|---|
| **From:** | Bangoura, Al K. |
| **To:** | Bangoura, Al K.; Schroeder, Michael |
| **Subject:** | Re: [External]Friday 7/17 Powderhorn demobilization update |
| **Date:** | Saturday, July 18, 2020 12:23:03 AM |

They don't control this, we do and the resident are counting on this.

Get Outlook for iOS

---

**From:** Bangoura, Al K. <ABangoura@minneapolisparks.org>
**Sent:** Saturday, July 18, 2020 12:20 AM
**To:** Schroeder, Michael
**Subject:** Re: [External]Friday 7/17 Powderhorn demobilization update

Yes. Very concerning because we have to move these sites again. How do we control this and the size. I know we are doing the best we can but concerned on this getting worse intentionally and larger. At Lyndale the lower encampment is growing and the tent size is ridiculous, not 12x12. This can get out of control quickly by Monday. We need immediate enforcement of locations, size and spacing. We'll catch up in the morning. Thank you! Al

Get Outlook for iOS

---

**From:** Schroeder, Michael <MSchroeder@minneapolisparks.org>
**Sent:** Saturday, July 18, 2020 12:14:25 AM
**To:** Bangoura, Al K. <ABangoura@minneapolisparks.org>
**Subject:** Re: [External]Friday 7/17 Powderhorn demobilization update

Al,

You're correct.  McRae is not on our list. It seems we should review the list as part of our call in the morning so that it can be used both to direct people to the intended parks and to manage the spread of encampments to parks that are not listed.

Michael

On Jul 18, 2020, at 12:10 AM, Bangoura, Al K. <ABangoura@minneapolisparks.org> wrote:

Thank you Michael. Am I wrong but McRae is not a site but folks are there correct?

# Exhibit 27

**From:** Ohotto, Jason R. <JOhotto@minneapolisparks.org>
**Sent:** Friday, August 7, 2020 11:35 AM
**To:** MPRB-PoliceSworn-Group <MPRB-PoliceSworn-Group@minneapolisparks.org>; MPRB-PoliceAgent-Group <MPRB-PoliceAgent-Group@minneapolisparks.org>
**Cc:** Eberhardt, Nadia E. <NEberhardt@minneapolisparks.org>; Snyder, Grant <Grant.Snyder@minneapolismn.gov>; O'Connor, David G. <David.OConnor@minneapolismn.gov>; Donald W Ryan <Donald.Ryan@hennepin.us>; Barrick, Jeremy <JBarrick@minneapolisparks.org>; MPRB-Park-Operations-Managers <MPRB-Parks-Operations-Managers@minneapolisparks.org>; Kath, Brent W. <BKath@minneapolisparks.org>; Evenson, Jeffrey M. <JEvenson@minneapolisparks.org>; Bangoura, Al K. <ABangoura@minneapolisparks.org>; Ringold, Jennifer B. <JRingold@minneapolisparks.org>
**Subject:** Encampment Update

Park Police Department:

With the approval of the Board of Commissioners and MPRB legal, Superintendent Bangoura has authorized and ordered the demobilization of encampments within parks over the next several weeks. Large demobilizations will be part of a planned and coordinated effort. Some of these operations will require additional staffing resources and overtime will be authorized. I'm hopeful we can fill the OT with volunteers. These locations include:

- Powderhorn West
- Peavey Park
- Elliot Park
- Loring Park
- Kenwood Park

Aside from the large, unauthorized encampments referenced above, the MPRB is authorizing approximately 16 park spaces as "designated" encampments. Some of these sites have permits. Either way, we will not be disbanding these designated/authorized sites. People encamped at these 16 sites remain exempt from PB2-33 Park Closed.

1. Lake Harriet (SW) - Permitted
2. Bde Maka Ska/William Berry (SW) - Permitted
3. Marshall Terrace (NE/SE) - Permitted
4. The Mall (SW) - Permitted
5. Boom Island (NE/SE)
6. Riverside (S) (full)
7. Annie Young (S) (full)
8. BF Nelson (NE/SE)
9. Franklin Steele (SW)
10. Minnehaha Falls (S) (full)
11. Lyndale Farmstead (SW) (full)
12. MLK (MPRB Property) (SW) (full)
13. Bryn Mawr (SW)
14. Beltrami (NE/SE) (full)
15. Logan (NE/SE) (full)
16. Lk Nokomis (depending on location) (S)

That then leaves a bunch of smaller scale encampments scattered throughout the park system. These smaller encampments, outside of authorized/designated encampment sites, are to be documented and given notice. When noticing, occupants should be checked for warrants (there have already been several serious fugitives located and identified within encampments).

I am temporarily suspending the requirement to write an "encampment" offense report if there are no arrests or unusual circumstances <u>during noticing.</u> Continue to fill out and submit the Notice Form and log pertinent info in CAD. Please make any helpful notes for maintenance on our copy of the Notice Form.

Park ordinances, including PB2-33, can and should be enforced at all parks (the only exception is noted above regarding the 16 designated sites).

If you respond to a call that involves criminal activity at an encampment, issue notice.

If you encounter special requests (like transportation, bus tickets, etc.), please forward those on to me and I will coordinate further.

It is time to return parks to their intended purpose. Thank you!

**Chief Jason Ohotto**
MINNEAPOLIS PARK POLICE DEPARTMENT
<u>Minneapolis Park & Recreation Board</u> | 2117 West River Road N | Minneapolis, MN 55411 | 612-230-6564



# Exhibit 28

**EDITORIAL**

# Tent camps put homeless, others at risk

Park Board let things get out of control, but recent steps are a welcome response.

**By EDITORIAL BOARD** Star Tribune  |  AUGUST 14, 2020 — 11:41AM

Shootings. Knife attacks. Harassment, assault and thefts. Open-air drug using and dealing. Noise at all hours of the night. Trash on the grass and streets. Reports of sexual assault and exploitation of girls and women.

Those are some of the problems nearby residents and others have experienced since the Minneapolis Park and Recreation Board allowed the homeless to camp in city parks. That was a colossal error. The Park Board-managed public outdoor spaces are not campgrounds and are not designed to accommodate even temporary housing.

Allowing the camps to grow and attract so much illegal activity has endangered not only neighbors and park users, but also the homeless campers themselves. Some of them became victims of criminals, even after they had moved to the camps believing they would be safer outside than in shelters.

In an e-mail sent last weekend to Park Board officials and others, Minneapolis City Council member Lisa Goodman said she has for weeks tried to alert park and city officials to the problems in Kenwood and Loring parks. She told an editorial writer that she had received more than 20 e-mails per day confirming that "drug dealing, using, serious public health issues are raging" in Loring Park, which is in her ward. She added that by allowing it to continue, the city was doing a "disservice to those camping and to all of the thousands of neighbors who don't have their own green space and rely on this park for their only recreation during this time of COVID."



RENÉE JONES SCHNEIDER – STAR TRIBUNE

Police cleared a sprawling homeless encampment at Minneapolis' Powderhorn Park.

Finally, after months of complaints, the Park Board belatedly served eviction notices and is beginning to clear (https://www.startribune.com/minneapolis-park-board-clears-more-homeless-encampments-in-local-parks/572093272/) the encampments. Powderhorn, which once had over 500 tents, was down to about 35 (https://www.startribune.com/minneapolis-officials-clear-second-large-homeless-camp/571957602/...) last month. And this week notices were issued to campers at Kenwood, Elliot and Peavey parks, each of which had about a dozen tents, according to the board.

Those three encampments had "significant crime and safety incidents" and were deemed "dangerous" by park officials. Park police, with cooperation from the Minneapolis Police Department and the Hennepin County sheriff, cleared two on Wednesday, and some tents in Loring Park were taken down early Thursday. But authorities left the Peavey Park camp intact after advocates for the homeless gathered to support the campers.

Kenwood and Peavey parks are located near schools, making them unauthorized under a resolution passed by the Park Board last month prohibiting encampments in school safe zones. At least one of the schools, Hope Academy, which is next to Peavey Park, starts in-person classes in September.

Although the Park Board needs to ensure the parks are safe, no one should view homelessness as anything less than a crisis. A combination of factors including COVID-19, unemployment, a shortage of mental health care and a lack of deeply affordable housing has contributed to the problem.

Many of the homeless who seek shelter in parks or elsewhere are not engaging in criminal activity, as a commentary writer explained (https://www.startribune.com/kenwood-homeless-encampment-is-not-what-it-seems/571712042/) last month on these pages. Without question, more must be done (https://www.startribune.com/all-policy-levers-must-be-used-to-meet-homelessness-crisis/571473132/.) to provide needed services and appropriate housing.

To that end, it's welcome news that various local and state agencies will open three new shelter sites in the coming months. Those facilities will add 110 beds for those experiencing homelessness.

In the meantime, the solution to homelessness is not turning parks into tent villages.

---

# Exhibit 29

**From:**      Tuma, Jenna L.
**To:**        Gerold, Nicholas J; THuber@ihscorporation.com
**Cc:**        Starr, Alan L.; Diaz, Nicolas M.; Barrick, Jeremy; Evenson, Jeffrey M.; Kath, Brent W.; Ohotto, Jason R.
**Date:**      Tuesday, August 11, 2020 7:10:21 AM

Hello, as more of the encampments are planned for demobilizations, I put together a quick at-a-glance table...if it helps!I

I don't know how public Loring and PH West are, so keep the info within.

| Park | Date of demobilization | Time | Encampment size | Resources needed | Contact |
|------|------------------------|------|-----------------|------------------|---------|
| Peavey Park | Wed, Aug 12 | 12:30p | Approx. 12 | IHS and City Packer Truck | Jenna 612-322-3085 |
| Elliot Park | Wed Aug 12 | 1:30p | Approx. 10 | IHS and City Packer Truck | Jenna 612-322-3085 |
| Kenwood Park | Fri Aug 14 | 8:00 am | Approx. 15 | IHS and City Packer Truck | Jenna 612-322-3085 Al Starr 612-499-9249 |
| Powder horn West | To be confirmed ~ Wed Aug 19 | TBD | Approx. 40 | IHS and City Packer Truck, possible roll off dumpster | Jenna 612-322-3085 |
| Loring | To be confirmed ~Wed Aug 19 | TBD | Approx. 35 | IHS and City Packer Truck Possible roll off dumpster | Jenna 612-322-3085 Matt Diaz 612-322-3238 |

**Jenna Tuma, MA, CPRP, CPSI, AFO**

Park Operations Manager | Minneapolis Park and Recreation Board | 2117 W. River Rd, Minneapolis, MN  55411

jtuma@minneapolisparks.org

# Exhibit 30



NOTICE OF TRANSITION

July 31, 2020

To Whom it May Concern:

The Minneapolis Park and Recreation Board (MPRB) has documented significant health and safety concerns related to the perpetuation of the Powderhorn encampment. Additionally, Powderhorn Park is not eligible for the limited number of available permits due to its location in a safe school zone according to Resolution 2020-267 as adopted by the Board of Commissioners on July 15, 2020. As a result, the MPRB will be removing the Powderhorn encampment and you will need to leave the park. Over the next couple of days, options for you to consider are:

1) Shelter: To the extent space is readily available, staff and volunteers can provide information about available options.
2) Minneapolis park: Some spaces are available at other parks; staff and volunteers can provide more information about those locations.  Please note the relocation to another park is a temporary opportunity and is intended to provide a short-term option until you are able to secure more permanent shelter or until cold weather makes it untenable for tent camping to remain in a Minneapolis park.

## Agencies Providing Additional Resources

- St. Stephen's Outreach, 612-879-7624
- St. Stephen's Human Services, 612-874-0311
- Adult Shelter Connect (single adults), 612-248-2350
- Hennepin County Shelter Team (family shelter), 612-348-9410
- After-Hours Shelter Team (family shelter), 651-291-0211

Sincerely,

Superintendent Alfred Bangoura



NOTICE TO VACATE

August 18, 2020

To Whom it May Concern:

The Minneapolis Park and Recreation Board (MPRB) has documented significant health and safety concerns related to the perpetuation of the Loring encampment. Additionally, Loring Park is not an eligible site for the number of available temporary encampment permits due to its location in and near a school safe zone according to Resolution 2020-267 as unanimously adopted by the Board of Commissioners on July 15, 2020. Further, Loring has not been designated as one the up to 20 parks that is capable of accommodating encampment areas in the park system. As a result, the MPRB will be removing the Loring encampment and you will need to leave the park.

## Agencies Providing Additional Resources

- o St. Stephen's Outreach, 612-879-7624
- o St. Stephen's Human Services, 612-874-0311
- o Adult Shelter Connect (single adults), 612-248-2350
- o Hennepin County Shelter Team (family shelter), 612-348-9410
- o After-Hours Shelter Team (family shelter), 651-291-0211

Sincerely,

Superintendent Alfred Bangoura



NOTICE TO VACATE

August 19, 2020


To Whom it May Concern:


The Minneapolis Park and Recreation Board (MPRB) has documented significant health and safety concerns related to the perpetuation of the Matthews encampment. Additionally, Matthews Park is not an eligible site for the number of available temporary encampment permits due to its location in and near a school safe zone according to Resolution 2020-267 as unanimously adopted by the Board of Commissioners on July 15, 2020. Further, Matthews has not been designated as one the up to 20 parks that is capable of accommodating encampment areas in the park system. As a result, the MPRB will be removing the Matthews encampment and you will need to leave the park.


## Agencies Providing Additional Resources

- o St. Stephen's Outreach, 612-879-7624
- o St. Stephen's Human Services, 612-874-0311
- o Adult Shelter Connect (single adults), 612-248-2350
- o Hennepin County Shelter Team (family shelter), 612-348-9410
- o After-Hours Shelter Team (family shelter), 651-291-0211


Sincerely,

Superintendent Alfred Bangoura

# Exhibit 31

# NOTICE

THIS CAMP/SHELTER IS IN VIOLATION OF MINNEAPOLIS
PARK AND RECREATION BOARD RULES AND ORDINANCES.

## CAMPS ARE SUBJECT TO REMOVAL AND
## UNCLAIMED PROPERTY MAY BE DISCARDED.

Date issued: _8/8/20_     Time issued: _2217_

Location: _W Lot I / Newton on shoreline_

Issued by: _Laubel / Komurs_     Report made: yes / no

Related CCN: _20-207000_

Was anyone present?      Photos taken?      Video taken?

☑ No ☐ Yes     ☑ No ☐ Yes     ☐ No ☑ Yes

If "YES" – Who received notice? _____

*For assistance and support, including housing options, please contact*
*ST. STEPHEN'S STREET OUTREACH TEAM at:*
*2309 Nicollet Avenue, Minneapolis*
*612-879-7624 or Toll Free at 1-888-550-7624*

*If you are seeking immediate emergency shelter,*
*please contact Adult Shelter Connect at:*
*St. Olaf Church*
*215 South 8th Street, Minneapolis*
*612-248-2350*



White Copy – Accordian File
Yellow Copy – Camp Occupant
Pink Copy – Roll Call Folder



**Minneapolis**
Park & Recreation Board

# NOTICE

## THIS CAMP/SHELTER IS IN VIOLATION OF MINNEAPOLIS PARK AND RECREATION BOARD RULES AND ORDINANCES.

### CAMPS ARE SUBJECT TO REMOVAL AND UNCLAIMED PROPERTY MAY BE DISCARDED.

Date issued: _July 17, 2020_   Time issued: _1300_

Location: _Powderhorn Park (East Camp)_

Issued by: _Superintendent_   Report made: yes / no

Related CCN: _2020- 187027_

Was anyone present?   Photos taken?   Video taken?

☐ No  ☒ Yes   ☐ No  ☒ Yes   ☐ No  ☒ Yes

If "YES" – Who received notice? _See Report_

_Remove within 72 hours - Monday_

For assistance and support, including housing options, please contact
ST. STEPHEN'S STREET OUTREACH TEAM at:
2309 Nicollet Avenue, Minneapolis
612-879-7624 or Toll Free at 1-888-550-7624

If you are seeking immediate emergency shelter,
please contact Adult Shelter Connect at:
St. Olaf Church
215 South 8th Street, Minneapolis
612-248-2350

White Copy – Accordian File
Yellow Copy – Camp Occupant
Pink Copy – Roll Call Folder



**Minneapolis**
**Park & Recreation Board**

# Exhibit 32

MINNEAPOLIS

# Minneapolis officials clear Powderhorn Park of last campers

Park Board officials cite concerns over safety, lack of services.

By Tim Harlow (https://www.startribune.com/tim-harlow/10644986/) Star Tribune |
AUGUST 14, 2020 — 11:11PM

Minneapolis park police and Park Board staffers on Friday cleared the remaining encampment in Powderhorn Park, removing the last of about 35 tents pitched on the west end of the park.

Park officials had given people at the south Minneapolis camp two weeks to leave, offering transportation to shelters and other city parks where encampments are still permitted.

"Efforts to get them to move were not successful," said Minneapolis Park and Recreation Board spokeswoman Dawn Sommers. "We had to clear out the park because of problems with crime and drugs. And encampments cannot be in safe school zones."



GALLERY   GRID                    1/17

DAVID JOLES – STAR TRIBUNE
Gallery: A Minneapolis park police officer sprayed mace after protesters blocked the path of a cruiser attempting to leave the area in Powderhorn Park on Friday.

The scene at the park was tense Friday morning as protesters honked horns and shouted and swore at park police. Some attempted to block squad cars as officers left the scene, and park police used pepper spray on a few demonstrators, according to witnesses.

"It's like [the protesters] were seeking confrontation," said Chris Thompson, who has lived near the park for seven years. "They don't want solutions to difficult problems."

Thompson said he supported the Park Board's decision to clear the encampment in the wake of several sexual assaults, gun violence and drug-related crimes that have been reported there in recent weeks.

"It's not safe for anybody," he said. "They did what they needed to do."

The encampments have emerged as a thorny political issue in Minneapolis as city leaders try to balance the desires to care for a vulnerable population against growing neighborhood concerns over crime and unsafe conditions, especially at Powderhorn.

City officials spent much of the afternoon trying to distance themselves from social media criticism of the encampment breakup, particularly because the park department uniforms look nearly identical to city police.

Minneapolis police were not involved in the enforcement action, said police spokesman John Elder. A Minneapolis police lieutenant was on scene in an advisory role, but no officers were involved.

By late Friday morning, 98% of the tents, trash and needles at Powderhorn Park had been cleaned up, Sommers said. Two people protesting Friday's removal had been arrested, she said.

The Park Board passed a resolution July 15 that disqualified Powderhorn Park from serving as an encampment because it is in a safe school zone. The board limited the number of parks available for temporary encampments to 20, and the number of tents per encampment to 25.

The resolution also required a permit for each encampment and gave Park Superintendent Al Bangoura authority to close encampments when there is a documented threat to people's health and safety.

This week, the Park Board cleared encampments at Elliot Park and Kenwood Park out of ongoing safety concerns, Sommers said.

The camps at Powderhorn Park had grown to an estimated 560 tents by July 9. Authorities cleared the park's east side encampments between July 18 and 20, causing many to leave.

Notices were served July 31 to those living in 65 tents on the west side of Powderhorn and elsewhere in the park, Sommers said.

Encampments began growing in parks across Minneapolis in the aftermath of the killing of George Floyd on May 25. There were 38 known encampments and 413 tents as of last week, park officials said.

Gov. Tim Walz issued an executive order this spring related to the coronavirus that prevented the removal of people from locations such as parks except in specific cases. State officials later said local jurisdictions had the responsibility for determining the size of encampments.

The use of park police to evict campers was the last strategy, Bangoura said in a statement.

"Park staff have been spending significant time and resources to address the influx of hundreds of unhoused people who have been living in temporary park encampments since this spring," he said. "We need safe parks for everyone, and having encampments in parks creates unsafe conditions for many of those living in the parks, those visiting the parks, and those living near the parks."

Maggie Rozycki said she had not given homelessness much thought until tents sprouted up in the park near her home. She stopped by Friday to deliver food to campers and was surprised to see police tossing items in dumpsters.

Homelessness is "a crisis," she said. "We are called to do something."

Sommers said the situation highlights a larger problem: People camping in parks need state and county services and a place to live, especially with colder weather on the horizon.

"Parks are not a dignified place of shelter," Sommers said. "They need services, and parks cannot provide that."

Minneapolis City Council Member Alondra Cano, whose Ninth Ward includes the Powderhorn neighborhood, agreed.

"The situation that has been created at the west encampment is not safe, sustainable, or healthy for both unhoused and housed residents," Cano wrote in a letter to the community. "I and many other city leaders remain committed to fighting for dignified housing for all."

Cano has scheduled a virtual community conversation (https://teams.microsoft.com/dl/launcher/launcher.html?type=meetup-join&deeplinkId=ef6a6f72-f4ac-45cb-98e4-8e1a78ec00e5&directDl=true&msLaunch=true&enableMobilePage=true&url=%2F_%23%2Fl%2Fmeetup-join%2F19%3Ameeting_MDhjNGI3NWQtNDJjYS00YjYyLTk0YTItOTZhMTc3MjRhMjk0@thread.v2%2F0%3Fcontext%3D%257b%2522Tid%2522e8ea-4d54-b021-2b2f910c715f%2522%252c%2522Oid%2522%253a%25220c2cd04c-7825-4a6e-8af3-72e3455e9948%2522%257d%26anon%3Dtrue&suppressPrompt=true) for Sunday evening.

Staff photographer David Joles contributed to this report.

---

**Tim Harlow** covers traffic and transportation issues in the Minneapolis-St. Paul area, and likes to get out of the office, even during rush hour. Harlow also covers general assignment and breaking news and weather.

    harlow@startribune.com     612-673-7768     timstrib

# Exhibit 33

**Minneapolis**
**Park & Recreation Board**

Volunteer & Give    Jobs    Business Opportunities    Contact Us    Select Language

Parks & Destinations ⌄    Activities & Events ⌄    Golf ⌄    Rentals & Permits ⌄    About Us ⌄    Park Care & Improvements ⌄

# 9-2-2020 Superintendent Bangoura Encampment Remarks

MPRB Home  ›  Encampments  ›  9-2-2020 Superintendent Bangoura Encampment Remarks

Encampments

Since mid-June, the Minneapolis Park and Recreation Board has committed significant resources to respond to temporary encampments in a humane and dignified manner. We have provided maintenance and hygiene station support, outreach and engagement, and assistance with the encampment permit process.

Since mid-July, staff have been working diligently to implement Resolution 2020-267 which was unanimously approved by Park Board Commissioners. We have been focused on reducing the number of parks with temporary encampments to no more than 20, limiting the number of tents per encampment to no more than 25, getting encampments permitted, and addressing encampments with serious crime and safety incidents and those located within safe school zones.

In the past several weeks, we have effectively reduced the number of temporary encampments down to 21 park sites – from 44 in early August. We have done this by disbanding almost two dozen encampments having anywhere from one to 30 tents, with almost all of these done in a peaceful, uneventful manner. This includes successfully clearing encampments at the following parks with documented threats to health and safety or within safe school zones: Powderhorn, Elliot, Kenwood, Loring and Matthews.

Today is the first day of school at Hope Academy, located on the same block as Peavey Park. On August 10, the MPRB issued notices to vacate to those living in approximately 12 tents in the park. Hennepin County and park outreach staff were on site for several days offering assistance and providing transportation to other locations.  On August 12, an estimated 100 protestors amassed on site to "defend" the encampment. When a park staff member arrived at Peavey Park that morning, they were attacked by protestors who climbed onto his vehicle and equipment. We have deescalated and backed away from conflict during a time in the city of ongoing civil unrest. The camp has since grown to 30 tents, with the understanding that some of the tents are for advocates and protestors staying on site. We continue to seek a peaceful disbandment of the camp, with law enforcement used as a last resort; however, the Minneapolis Sanctuary Movement and other advocates have created a challenging situation for the school and families who attend the school. The issue has been compounded by some park commissioners who have not supported use of law enforcement to remove encampments and arrests of protestors who have disregarded multiple warnings and have attacked staff and officers at Powderhorn Park during demobilization of encampments, which will be discussed later on tonight's agenda.

For now, we continue to focus on reducing the number of parks with encampments and issuing permits. Of the 21 park sites with encampments, five have only one or two tents and we have issued permits for 15 temporary encampments.

The need to transition people into shelter spaces is becoming critical. Not only because park sites are at capacity, but because temperatures will soon start to drop, and health and safety concerns will rise.

The current conditions in parks is not sustainable. For many months we have openly stated that the Minneapolis Park and Recreation Board is not the agency to serve unsheltered people and that living in parks is not a dignified form of shelter.  I have been expressing MPRB needs during conversations and meetings with our city, county and state partners that have clear and defined responsibility for addressing homelessness. Recently, we have also made formal requests.

On August 19, I sent a letter to city and county officials requesting assistance and requesting they provide housing or more permanent shelter by November 1 for those living in approximately 400 tents in the park system. Last Friday, President Cowgill and I sent a letter to Governor Walz requesting a virtual meeting to discuss the situation and requesting the State provide additional funding to Hennepin County and the City of Minneapolis, so they can expand available shelter and housing options and health and human services for those living in the park system before the weather turns cold. We made it clear that winter encampments will not be permitted within Minneapolis parklands and that we need detailed plans from state and county social services for sheltering those living in the parks before the time comes to disband the encampments.

Resolution 2020-267 states "sheltering homeless people in Minneapolis parks is not a safe, proper or dignified form of housing and is, at best, a temporary solution for encampment individuals before cold weather arrives." While predictions of cold weather are a guess at best, recent weather records from weather.com suggest that the average low temperature in October reaches 40 degrees F, 12 degrees colder than the September average low temperature. These temperatures will soon pose a health and safety risk for encampment occupants. According to the Minnesota Department of Health, hypothermia most likely occurs at very cold temperatures but it can also occur at cool temperatures (above 40°F) if a person becomes chilled from rain or sweat.

Because of anticipated cold overnight October temperatures and because fires in parks are restricted per Ordinance PB2-20, outreach efforts to those living in temporary park encampments will soon include messages urging people to seek shelter before encampments are disbanded, likely sometime in October.

Superintendent Bangoura

# Park Board Announcements

### Coronavirus (COVID-19)

The MN Department of Health is leading the statewide response to COVID-19, working closely with local cities; visit *www.health.state.mn.us/diseases/coronavirus*.

**Minneapolis**
**Park & Recreation Board**

Volunteer & Give    Jobs    Business Opportunities    Contact Us    Select Language

## EXPLORE OUR PARKS

Established in 1883, the Minneapolis Park and Recreation Board (MPRB) oversees a renowned urban park system spanning 6,809 acres of parkland and water. Featured among its 180 park properties are 55 miles of parkways, 102 miles of Grand Rounds biking and walking paths, 22 lakes, 12 formal gardens, seven golf courses and 49 recreation centers. Altogether, MPRB properties receive about 23 million visits annually.

» Learn more about us >

» Minneapolis is the Nation's Best Park System! >

» Departments & Leadership >

## QUICK ACCESS TO PARKS & LAKES

Select a Park...

## POPULAR TOPICS & REQUESTS

» COVID-19 Information >

» Board Meetings >

## GET CONNECTED



## GET MPRB NEWS & UPDATES

Get the latest news and updates delivered to your inbox! Our email subscription service allows you to choose from dozens of topics, ensuring you get just the information you want.

Subscribe Today

Contact Us  >  2117 West River Road, Minneapolis, MN 55411  |  612-230-6400 (Mon–Fri 8:00–4:30)

Copyright 2020 © Minneapolis Park and Recreation Board  |  *About this Site*