**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, *on behalf of themselves and a class of similarly-situated individuals*; and ZACAH,

Plaintiffs,

vs.

Hennepin County; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; City of Minneapolis; Minneapolis Mayor Jacob Frey, *in his individual and official capacity*; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, *in his individual and official capacity*; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, *in his individual and official capacity*; Police Officers John Does; and Police Officers Jane Does,

Defendants.

Civil Action No. 20-CV-02189 WMW/KMM

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

**ORAL ARGUMENT REQUESTED**
**EXPEDITED HANDLING REQUESTED**

---

1. Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, and ZACAH, on behalf of themselves and on behalf of those similarly situated ("Plaintiffs"), by and through their undersigned attorneys, hereby move this Court, pursuant to Federal Rule of Civil Procedure 65, for entry of a Temporary Restraining Order to enjoin Defendants, and their

officials, employees, agents, assigns and all those working in concert with Defendants, from:

a. Clearing, sweeping, disbanding, or demobilizing encampments of homeless individuals living in public parks and other publicly-owned green space within Hennepin County.

b. Confiscating Plaintiffs' property until and unless Defendants adopt a policy that provides adequate pre-deprivation notice reasonably calculated to accurately inform Plaintiffs and members of the putative class about (i) the time, date, and location of the sweeps, with notice of at least 5 calendar days; (ii) a procedure for confiscating any property, including that any seized property be inventoried and stored in a safe place for at least 90 days so that the owner will have a reasonable opportunity to claim it; (iii) instructions on how to retrieve any confiscated property; and

c. Destroying any property belonging, or reasonably appearing to belong, to Plaintiffs and members of the putative class.

2. Plaintiffs incorporate herein by reference the facts alleged in the Complaint. *Berry et al. v. Hennepin Cty. et al.*, 20-cv-2189-WMW/KMM, ECF Dkt. 1 ("Complaint") (Oct. 19, 2020).

3. Plaintiffs also incorporate herein by reference the legal arguments contained in the Memorandum in Support of the Motion for Temporary Restraining Order. Plaintiffs have satisfied the four-part test for granting a preliminary injunction:

a. As is more fully set forth in the accompanying legal memorandum, Plaintiffs are likely to prevail on the merits of their constitutional and common law claims.

b. Plaintiffs will suffer irreparable harm unless the requested injunctive relief is granted.

c. Granting Plaintiffs' the requested relief will not result in any foreseeable, serious harm to Defendants or the public.

d. It is in the public interest for government officials to respect the constitutional rights of all people, including those who happen to be homeless.

WHEREFORE, Plaintiffs respectfully request that this Court issue a Temporary Restraining Order.

Dated: October 19, 2020

**MID-MINNESOTA LEGAL AID**

*s/ Justin H. Perl*
Justin H. Perl, #0151397
Telephone: 612/746-3727
jperl@mylegalaid.org
Dorinda Wider, #0162334
Telephone: 612/746-3726
dwider@mylegalaid.org
Rebecca Stillman, #0398550
rstillman@mylegalaid.org
111 Fifth Street North, Suite 100
Minneapolis, MN 55403
Fax: 612/334-5755

Dated: October 19, 2020

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

s/ Teresa Nelson
Teresa Nelson (No. 0269736)
Clare Diegel (No. 0400758)
Isabella Salomão Nascimento (No. 0401408)
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 645-4097
Fax: (651) 647-5948
tnelson@aclu-mn.org
cdiegel@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for Plaintiffs*