UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, on behalf of themselves and a class of similarly-situated individuals; and ZACAH, <br><br> Plaintiffs, <br><br> v. <br><br> Hennepin County; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; City of Minneapolis; Minneapolis Mayor Jacob Frey, in his individual and official capacity; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, in his individual and official capacity; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, in his individual and official capacity; Police Officers John Does; and Police Officers Jane Does, <br><br> Defendants. | Civil Action No. 20-cv-02189 <br><br> **DECLARATION OF DENNIS BARROW IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

_____

I, Dennis Barrow, hereby declare as follows:

1. I am one of the named Plaintiffs in this lawsuit. I submit this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order, asking the Court to enjoin Defendants from taking any action to forcibly remove unhoused persons from public spaces, destroying property, or otherwise negatively interfering with the encampments of unhoused persons.

2. I am a 42-year-old African American.

3. I became unhoused for the first time because of Covid 19, right around May 25, 2020. I was renting from my mom for some time, but her house was crowded. My son's mother offered to let me and my son stay in her apartment because she was not occupying it. My son and I had not been there very long before she called the cops saying there had been a domestic. A domestic abuse no-contact order was issued against me so I had to leave the apartment. The Court dropped the no-contact order shortly after it was issued. I was not convicted of any domestic violence crime.

4. My ex's apartment where I had been staying was a couple blocks from the Sheraton. I had heard about people staying there, so when I was kicked out of my ex's house I stayed with a friend in his room there.

5. We were evicted from the Sheraton quickly during the mass eviction. I didn't have anywhere to go so I went to the camp they were setting up at Powderhorn.

6. I was living at Powderhorn for a couple months before the police forced us out. It all felt like a trick. We had gotten notices that we had to leave the park in 72 hours but then people around the park were saying we would get an extension and I stopped worrying. The cops came 24 hours after that. It felt like they were intentionally planning on tearing people's stuff down by not giving us notice.

7. I was at Powderhorn West when it was bulldozed. When the police started taping off the camp area they saw that I was there trying to get stuff out of my tent. They told me if I wasn't done clearing my tent out by the time they finished taping around the camp I wouldn't be able to finish clearing it out.

8. I had to hurry to try and grab as much as I could because the bulldozers were running over things if you didn't grab them. The police were showing a lot of aggression and I didn't want to get trapped in the tape. I was lucky because I was able to get most of the important things out of the tent with the help of a friend but the police aggression made me scared to try and get the rest of my stuff.

9. But I lost my tent and sleeping bag. I lost almost all my clothes, including my winter boots and winter coat. I lost my hygiene supplies and my medication for my mental health. hygiene supplies. My court documents were also in my tent when it was bulldozed so I lost the paperwork with my court dates on them. I have not been able to replace the things I lost.

10. After Powderhorn was bulldozed some organization paid for me to stay in a hotel for a couple of days. I also stayed on a friend's couch for a night. I was walking near my friend's house and happened to walk past a church that was handing out tents so I was able to get a new tent. After that I moved to the Logan Park encampment.

11. I was at Logan Park for a couple weeks, but they started threatening to shut it down and knew I'd have to move again.

12. I'm trying to get some stability, so I bought a camper van I can stay in. I don't have a house where I can park it, though, so I need to move the van every 3 days. The police have already chalked my tires, so I have to keep moving it. I don't want it to get towed; I don't know where I'd go if my van got towed.

13. Being forced to move all the time makes my life difficult. It's hard to find a case worker or keep friendships. I am always worried about where I'm going to go and

if I'll have a place to stay tomorrow. I couldn't keep up with my therapist appointments because being moved makes it too difficult to keep a schedule- you can't even keep up with finding resources or keeping your property.

14. I've tried to get into a couple shelters but was never successful. I don't remember which shelters I've called, but I gave up trying to get into a shelter because whenever I called I was always told the shelter was full or got a recording and had to leave a voicemail. I understand that the shelters are full because of the pandemic. I would rather stay outside or in my camper because I worried about getting Covid from living around lots of people in an indoor space.

15. I am currently unemployed. I just started receiving social security disability income in February 2020 for my ADHD and epilepsy. I get approximately $783.00 per month in social security disability income. I hadn't been able to work for a while because of my disabilities.

16. Now that I have a steady source of income I am hoping to be able to find an apartment. I have applied to a couple of apartments online but I don't know how to talk to landlords. I can fill out an application, but I find myself paying money for applications and not getting a response. I don't have a lot of money to spend and apartment applications are expensive so I just stopped applying. I think I can't get a place because I have some old drug possession charges and can't show that I have three times more monthly income than the cost of the rent. Some landlords have told me that they won't accept county money to help cover the rent or security deposit. I need help applying for apartments.

17.     This entire summer has been stressful and is starting to affect my mental health. It's caused me a lot of stress and watching all of my belongings get bulldozed was very traumatizing. I was watching the bulldozers and was suddenly forced to accept that everything I own was gone and I had to start all over again.

18.     I am seeking an order asking that the Court to stop Defendants from taking any action to sweep camps when we have nowhere else to go and to stop destroying people's property.

I state under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2020                                    _____
                                                                           Dennis Barrow