# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, on behalf of themselves and a class of similarly-situated individuals; and ZACAH,<br><br>  Plaintiffs,<br><br>v.<br><br>Hennepin County; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; City of Minneapolis; Minneapolis Mayor Jacob Frey, in his individual and official capacity; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, in his individual and official capacity; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, in his individual and official capacity; Police Officers John Does; and Police Officers Jane Does,<br><br>  Defendants. | Civil Action No. 20-cv-02189<br><br>**DECLARATION OF HENRIETTA BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

___

I, Henrietta Brown, hereby declare as follows:

1. I am one of the named Plaintiffs in this lawsuit. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order, asking the Court to

enjoin Defendants from taking any action to forcibly remove unhoused persons from public spaces, destroying property, or otherwise negatively interfering with the encampments of unhoused persons.

2. I was born in South Dakota and moved to Minnesota in 1986 to help care for my niece who had been diagnosed with leukemia. I am enrolled in the Oglala Sioux Tribe.

3. I dropped out of high school but obtained my GED as an adult. I also took some general studies classes at Fond du Lac College.

4. I am currently unemployed. I haven't worked since my daughter passed away. She had pneumonia and had to go to the emergency room and the doctors wouldn't talk to me, so I wasn't able to tell them that she's allergic to amoxicillin and they gave her that. The doctors came out and told me it was an accidental death. That was three years ago. I stopped living after that. I moved out of my apartment in Little Earth because I didn't want to have responsibilities anymore and struggled with addiction.

5. I stayed with various friends for a while and ultimately moved to my boyfriends' place in Uptown. He helped me get sober. I stayed with my boyfriend for about a year but chose to move out because we were arguing about the way his landlord treated him.

6. When I left my boyfriend's I went to the greenway for a little bit and ended up staying Peavey Park. It was my first time being unhoused and living outside and I learned a lot. I started signing up for housing programs with MADDADS.

7. I had tried getting into a shelter a couple times but was always told it was full. I remember trying one shelter with Lutheran Social Services and also tried to get into Harbor Lights.

8. I was at Peavey Park for about a month before my tent was bulldozed.

9. It was on September 24, 2020. Sometime between 4:00 and 5:00 a.m. the police started shaking on my tent, yelling at me that I had thirty minutes to get out.

10. I was disoriented; I had been sleeping and suddenly people were yelling at me and shining bright lights in my face. It was pouring rain. The cops had started removing my tent stakes before I even got out of my tent. I think the parks police, Minneapolis Police Department, and Hennepin County Sheriff were all there.

11. We hadn't received a notice that the police were coming to make us move so I wasn't able to organize any of my things to be ready to leave.

12. I managed to grab a blanket and my purse. I was trying to grab more but the police were already putting up yellow tape around the area and I was told to get away from my tent. I tried to tell the sheriff who was there that I had important papers in my tent, but he told me that I couldn't get my stuff and if I tried I'd be arrested.

13. The cops were shaking the tents as if to check if anyone was in them. I saw them shake my tent and then throw it into the garbage truck. They cleared everything so quickly.

14. I lost so much- my birth certificate, application for medical assistance, a photocopy of my ID, and family photos.

15. This whole experience was so traumatizing. I wasn't really awake, it was cold, raining really hard, and we had no notice it was coming. I couldn't understand why the police couldn't realize that what the camp residents have in their tents is all they have. We don't have anything else.

16. After my tent was thrown out, someone asked if I needed to be driven anywhere. I told him to take me to the Greenway so I could go under a bridge to get out of the rain since I no longer had my tent for shelter.

17. I was on the street for about a week after that. I called 311, the Minneapolis services number, to ask about shelter availability. The woman I talked to gave me a number for Simpson shelter. I called the number and left a voicemail, but no one ever called me back.

18. Even if I wanted to get into a shelter now I wouldn't be able to because you need an ID or some other form of identification to get in. All of my identification paperwork was destroyed when my tent was thrown out.

19. I started staying at a Super 8 hotel on October 1. My room is being paid for by ZACAH. I should hopefully be able to stay here for at least two weeks, but I don't know how much funding the volunteers have. I have no idea where I'll go once the funding for the hotel runs out.

20. I am seeking an order asking that the Court to stop Defendants from taking any action to sweep camps when we have nowhere else to go and to stop destroying people's property.

I state under penalty of perjury that the foregoing is true and correct.

Dated:  October 9, 2020

*Henrietta Brown*
Henrietta Brown