UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, on behalf of themselves and a class of similarly-situated individuals; and ZACAH, | Civil Action No. 20-cv-02189 |
| Plaintiffs, | **DECLARATION OF NADINE LITTLE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| Hennepin County; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; City of Minneapolis; Minneapolis Mayor Jacob Frey, in his individual and official capacity; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, in his individual and official capacity; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, in his individual and official capacity; Police Officers John Does; and Police Officers Jane Does, | |
| Defendants. | |

_____

I, Nadine Little, hereby declare as follows:

1. I am one of the named Plaintiffs in this lawsuit. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order, asking the Court to enjoin Defendants from taking any action to forcibly remove unhoused persons from

public spaces, destroying property, or otherwise negatively interfering with the encampments of unhoused persons.

2. I was born in Minneapolis, Minnesota and have lived here most of my life. I am enrolled in the Red Lake Band of Chippewa.

3. I have had a job and housing for most of my life. Approximately seven years ago, when I was living in Menomonie, I got into a car accident and my vehicle was badly damaged. I was no longer able to commute to my full-time job and, as a result, lost my main source of income and was unable to afford the rent at my apartment.

4. I also was injured in the car accident. I had to get surgery on my left collarbone and my rotator cuff was torn. I didn't have health insurance at the time so wasn't able to have follow-up visits with a doctor and I ended up getting arthritis in my shoulder.

5. The pain in my shoulder makes it extremely difficult for me to work. Almost all of my jobs have involved hard labor, including landscaping and roofing.

6. After the car accident, I came back to Minneapolis and was surprised at how much rent prices had gone up during the four years that I was living in Menomonie. Fortunately, a friend let me stay with her for a while.

7. After staying with that friend, I jumped around for awhile staying with different people. I stayed in their basements or couches, any place I could lay my head.

8. I became unhoused for the first time in March 2020. There was an incident at my friend's apartment where I was staying, and we were forced to move out. I had to leave with just the clothes I was wearing.

9. Never having been unhoused before, I had no idea where to go. I knew my stepdaughter was living at a camp somewhere, so I wandered around for three or four days trying to look for her.

10. I was scared to sleep at night, but one night I got so tired a found a doorway off Bloomington & 26th Street and tried to rest. Despite how tired I was, I forced myself to stay awake because of how scary it is being a single female on the streets.

11. The one good thing that happened that night was a stranger giving me a coat and two blankets. The coat and blankets were so helpful. It was so cold outside, but I could never go indoors to warm up because everything was closed due to Covid-19.

12. After a couple of days I found my stepdaughter who had a tent near the Hiawatha and Lake camp.

13. The Hiawatha and Lake camp was shut down shortly after I arrived, so I moved to the greenway for a couple days. I moved to the Sheraton Sanctuary Hotel next until that was shut down. Someone or some organization funded a room for me at the Days Inn near the University of Minnesota for about 2 weeks, but eventually the funding ran out and I had to go back to the greenway.

14. When I was staying on the greenway someone told me I could go to Powderhorn to charge my phone.

15. I went to Powderhorn, and when I was charging my phone there someone walked up to me with a tent, pillows, and blankets. I decided to set up that tent in Powderhorn as a backup in case something happened to the camp on the Greenway.

16. Eventually I moved to Powderhorn with my ex. We originally were camping on the east side, but I got uncomfortable so moved to the west side.

17. One night when my son was visiting me at Powderhorn and I lost consciousness from some time. He had to perform CPR on me because I had stopped breathing. Thankfully there were medics at the camp who were able to bring me back. I don't know what would have happened if the medics hadn't been there. I have been tear gassed twice by the police this year and it has severely aggravated my asthma.

18. After that incident, the Powderhorn volunteers moved me from Powderhorn to Kenwood Park. I only stayed at Kenwood for about a week because I was told that there was a camp in St. Paul that was set up with resources. I arrived at the St. Paul camp only to discover there was nothing there- no food, no water. I still tried to stay there to help out, but after about a week and a half I had to leave because I felt unsafe.

19. I went back to Kenwood and stayed there until we got an eviction notice at Kenwood and I had to move. Thankfully the volunteers were able to get me a room at a Comfort Inn and I was able to move the day before Kenwood was closed.

20. I stayed at the Comfort Inn for a little over three weeks but became really depressed. The depression had started setting in when I became homeless, but when I found out my tent had disappeared when the volunteers were cleaning Kenwood and I felt like I had lost my home. I was thinking that I would rather be in my tent than in my hotel room; it was so stressful not knowing how long I'd be able to stay in my hotel, where I'd go after the funding for the hotel runs out, and everything felt hopeless. I had been arrested and taken to jail when protesting at the Powderhorn camp clearing and was

feeling hopeless about the fate of camps and the way homeless people were being treated by the city. I didn't know what was going to happen next. I also started developing anxiety. I want to see a psychiatrist about it but with Covid being closed it's difficult. Without a stable place to live and with camps being torn down it's difficult to find consistent places to charge my phone to have appointments.

21. After my stay at the Comfort Inn I moved to Brackett Park. I liked that the camp was all women and had security because it felt safer. Brackett was emptied on October 1 and I'm back in a hotel temporarily. I don't know where I'm going to go once the funding for my hotel room runs out. I put in an application for permanent housing but if I don't get that apartment I will have to go back to a camp.

22. Moving from camp to camp is hard on me. I lose connections to my friends and community at the parks. I love volunteering at the camps too- it helps my depression and keeping myself busy, which helps as I continue my journey toward sobriety.

23. While I'm really scared about being outside in the winter, I'd rather be in a camp than in a shelter. Shelters feel more unsafe than camps. Shelters take your money, give you curfews, and if you miss curfew you lose your room. It makes it difficult to leave the shelter to do things if it means risking your room. At a camp I at least have the freedom to leave when I want to make sure the things in my life that need to get done are able to get done. I might feel more comfortable in a culturally specific shelter.

24. What I need is affordable housing. The instability of camps and shelters makes it really difficult to get your life together. Being housed would make it easier for

me to get access to services because I wouldn't be moving around all the time. Right now I'm terrified that I'm going to be homeless for the rest of my life.

25. I am seeking an order asking that the Court to stop Defendants from taking any action to sweep camps when we have nowhere else to go and to stop destroying people's property. It only makes our situations worse.

*Signature on Following Page*

I state under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2020        _____
                                Nadine Little