# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, on behalf of themselves and a class of similarly-situated individuals; and ZACAH, <br><br> Plaintiffs, <br><br> v. <br><br> Hennepin County; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; City of Minneapolis; Minneapolis Mayor Jacob Frey, in his individual and official capacity; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, in his individual and official capacity; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, in his individual and official capacity; Police Officers John Does; and Police Officers Jane Does, <br><br> Defendants. | Civil Action No. 20-cv-02189 <br><br> **DECLARATION OF VIRGINIA ROY IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

_____

I, Virginia Roy, hereby declare as follows:

1. I am one of the named Plaintiffs in this lawsuit. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order, asking the Court to enjoin Defendants from taking any action to forcibly remove unhoused persons from

public spaces, destroying property, or otherwise negatively interfering with the encampments of unhoused persons.

2. I was born in Red Lake, MN and am enrolled in White Earth Nation. I moved to Minneapolis when I was very young and have lived here ever since.

3. I have been homeless on and off since 1999 when I was released from prison. Even though I have not been back to prison since then, my record makes it difficult for me to find housing. A few places are willing to work with me, but most won't.

4. In that time I have had two apartments for brief periods of time. Mostly I lived under a bridge, along a highway, and the Wall of Forgotten Natives, where I stayed for about a year. My time at the Wall was the longest I've been in one place since 1999. I would sometimes stay with my sister, boyfriend, or various friends.

5. The police have forced me to move multiple times while I've been homeless. I was trespassed for staying in a garage near the American Indian Center on Franklin. I was staying in the garage because it was really cold and I didn't have anywhere else to go. When I was trespassed I was not provided with other options of where I could go. I was just told to get out.

6. I was forced to move from where I was staying under the bridge. Again, I was not given viable options for where I could go from there.

7. I have also been kicked off the train and bus for sleeping.

8. The police also kicked us out of the Wall. I was able to get housing temporarily, but my son used drugs on the property and my landlord told me I had to leave.

9. I don't want to go to a shelter for a lot of reasons. I am a victim of domestic violence and sexual assault and being in shelters where men are watching me scares me. Some shelters make you pay nearly your entire income to stay there and then I can't afford to put gas in my car or pay for other important things.

10. Especially right now I don't want to go to a shelter because of Covid-19. I would rather be outside than being in most of the shelters here.

11. I have also been turned away from Simpson shelter, Harbor Lights, and Our Saviors Housing because they were full.

12. This summer I was living at Powderhorn and then moved to Brackett Park, where I stayed from early July through the end of September.

13. I liked being at Brackett Park. I felt safe there. Men weren't allowed inside the camp and the residents were involved in the decision making. I was there for about 3 months and my friends, family, and workers all knew where I was. One of my best friends even moved into the tent next to me. I wish I hadn't had to leave because I felt taken care of.

14. Since October 1, 2020 I have been staying in a hotel. My room is paid for by ZACAH. The volunteers moved us out of Brackett to avoid the police bulldozing our stuff.

15. I would rather stay in a camp than in a shelter. When I'm in a camp I can create my own safe space which I can't do while I'm in a shelter. Even though I know there are drugs outside in the camps, I know inside my tent is safe and it helps me with my sobriety. I also am able to make my tent my home because I don't have to carry my stuff in and out all the time. When I was at Brackett I tried to decorate my tent and kept a special rock and sage for cleansing outside my door.

16. Being in a hotel is nice, but I have no idea where I'm going to go once the funding for my room runs out. I've thought about staying in my car, but I honestly don't know.

17. It's very scary to be moving around so much because you don't know where you're going to end up. You leave one camp and run to another and it's a cycle that doesn't help. I've been depressed recently and don't want to stay with my sister because her son is using and I want to stay in recovery.

18. When I was at Brackett I started doing outpatient treatment and starting sober activities. It's hard to keep up with treatment and sober activities when you are constantly being forced to move around.

19. I am seeking an order asking that the Court to stop Defendants from taking any action to sweep camps when we have nowhere else to go and to stop destroying people's property.

I state under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2020

*Virginia Roy*  10-9-20
Virginia Roy

5