UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, on behalf of themselves and a class of similarly-situated individuals; and ZACAH, <br><br> Plaintiffs, <br><br> v. <br><br> Hennepin County; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; City of Minneapolis; Minneapolis Mayor Jacob Frey, in his individual and official capacity; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, in his individual and official capacity; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, in his individual and official capacity; Police Officers John Does; and Police Officers Jane Does, <br><br> Defendants. | Civil Action No. 20-cv-02189 <br><br> **DECLARATION OF JOEL WESTVIG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

_____

I, Joel Westvig, hereby declare as follows:

1. I am one of the named Plaintiffs in this lawsuit. I submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order, asking the Court to enjoin Defendants from taking any action to forcibly remove unhoused persons from

public spaces, destroying property, or otherwise negatively interfere with the encampments of unhoused persons.

2. I was born in Sioux Falls, South Dakota and moved to Minneapolis with my family when I was about four years old and have lived here ever since.

3. I have been homeless for the last three to four years. I lost my job and could not afford to pay my rent.

4. My anxiety and depression make it difficult for me to work. My doctor has told me that I should not work more than part time. I want to apply for Social Security Disability Income but have not been able to do so yet. Part of the reason is that I have not been able to see my psychologist or psychiatrist since Covid when the offices closed. I do not know how to use the video call function, but even if I did it's difficult for me to have extended phone conversations when I don't have a place to charge my phone.

5. I moved to Loring Park about 3-4 months ago. It was the first time I had ever lived in a camp. I was there for about one to two months before I was forced to leave.

6. There had been rumors among the residents that the police were going to clear the park at some time, but I had no idea when it was going to happen. I never got a paper on my tent or handed to me that said we had to leave.

7. One night a couple of the volunteers came to the camp and told us that they heard that the cops were going to come clear our camp the next day. They told us to pack our stuff and they'd come back the next day to help us move.

8. Thankfully a volunteer was able to help me transport me and my belongings to B.F. Nelson Park. If the volunteer hadn't been there, I honestly don't know what I would have done.

9. I have been at B.F. Nelson Park ever since.

10. On October 15, someone from the Minneapolis Parks Board outreach team came to B.F. Nelson and told us that our park permit would expire on October 19. After that we would receive a notice sometime that we had 24 hours to leave. She said the notice was likely to come shortly after the permit expired.

11. She gave us two pieces of paper: one with a list of a few resources to call for housing, and another with the reasoning behind our permit expiring. They said they would not reissue our permits because it is getting cold and it's not safe for us to sleep outside.

12. Even though the Parks Board was saying it's not safe for us to stay outside, one of the places they recommended we look into saying is the Greenway, which is also outside. If I had to move to the Greenway I would still be outdoors but without my tent, sleeping bag, and all of the warm clothes I have at B.F. Nelson. I don't understand how this is supposed to help me stay safe during the winter.

13. I have tried looking into shelters, but every time I call Shelter Connect I'm told the shelters are full. I also can't call Shelter Connect every day; living in a park I don't have constant access to electricity so my phone cannot always be charged. Even if I did get into a shelter I don't necessarily want to go because I don't know where I would put my tent and the rest of my belongings.

14. Shelters also don't feel like a helpful option right now. We are being told it's unsafe for us to stay in the parks because of the cold, but the shelters kick us out during the day. With Covid, all of the libraries and coffee shops where I could usually spend the day are closed so I'll have nowhere to spend time during the day when it's cold outside. At least if I was in a camp I could spend winter days in my tent, where I'm sheltered from the wind and have access to blankets and a sleeping bag.

15. I also don't have many housing options. I have been on a waiting list to get into Minneapolis Public Housing for about five years. I don't have any workers who can help me with housing applications.

16. There are rumors we might have to leave B.F. Nelson. I have no idea where I'd go if I was forced to leave.

17. Knowing I might have to leave B.F. Nelson is greatly increasing my anxiety. All we hear are rumors that we might have to leave but we don't know when we are going to have to move so we have to prepare. If we are forced to leave we aren't told what parks we can go to -- which ones are at capacity and which have space. No one tells us where we can go after our camp is swept. It's like living your life in constant limbo.

18. If I were forced to move now, I would lose all of my belongings unless I could find help. I don't have a car or even a trailer for my bike.

19. Being forced to move from park to park is challenging. Any time you move is challenging -- you get comfortable and get to know the people and your surroundings. Then it all changes. My depression worsened after having to move from

Loring because I lost touch with my friends and family. We have a good community at B.F. Nelson and I don't want to be forced to leave.

20. I am asking that the Court to order Defendants to stop from taking any action to sweep camps when we have nowhere else to go and to stop destroying people's property.

*Signature on Following Page*

I state under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2020

_____
Joel Westvig