| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Patrick Berry, et al. | Court File Number |
| Plaintiff, | cv-02189-WMW-KMM |
| v. | |
| Hennepin County, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Jeremy M. Fuchs, state that on Monday, October 19, 2020 at 2:25 PM I served the Summons, Class Action Complaint, Exhibits 1-33, Civil Cover Sheet upon Hennepin County, therein named, personally at 300 South 6th Street C-2000, Minneapolis, MN, by handing to and leaving with Paula Breuer, Administrative Assistant, an Expressly Authorized agent of said Hennepin County, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10/19/2020   _____
Jeremy M. Fuchs, Process Server



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

*2450661 - 1*

RE: Berry, et al

-1-