# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Patrick Berry, et al.,                                 Case No. 20-cv-2189-WMW-KMM

        Plaintiffs,

v.                                                  **ORDER OF RECUSAL**

Hennepin County, et al.,

        Defendants.

---

The above-captioned case has been assigned to the undersigned, a Magistrate Judge of the above court. Pursuant to 28 U.S.C. § 455, the undersigned recuses herself from hearing this matter.

Accordingly, pursuant to this court's July 5, 2017 Assignment of Cases Order, **IT IS HEREBY ORDERED** that this case be resubmitted to the Clerk of Court for reassignment.

Dated: October 19, 2020

                                                         *s/ Katherine Menendez*
                                                         Katherine Menendez
                                                         United States Magistrate Judge