| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Patrick Berry, et al. | Court File Number |
| Plaintiff, | cv-02189-WMW-KMM |
| v. | |
| Hennepin County, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Jeremy M. Fuchs, state that on Monday, October 19, 2020 at 2:30 PM I served the Summons, Class Action Complaint, Exhibits 1-33, Civil Cover Sheet upon Sheriff David Hutchinson, in his individual and Official Capacity, therein named, personally at 350 South 5th Street Room 6, Minneapolis, MN, by handing to and leaving with Danielle Baggette, Receptionist, an Expressly Authorized agent of said Sheriff David Hutchinson, in his individual and Official Capacity, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10/19/2020   _____
Jeremy M. Fuchs, Process Server

*2450661 - 2*



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: Berry, et al