# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, *on behalf of themselves and a class of similarly-situated individuals*; and ZACAH, <br><br> Plaintiff, <br><br> vs. <br><br> Hennepin County; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; City of Minneapolis; Minneapolis Mayor Jacob Frey, *in his individual and official capacity*; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, *in his individual and official capacity*; Park Police Chief at the Minneapolis Park and Recreation Board Joason Ohotto, *in his individual and official capacity*; Police Officers John Does; and Police Office Jane Does, <br><br> Defendants. | Case No. 0:20-cv-02189-WMW-KMM <br><br> **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Kelly K. Pierce, Assistant Hennepin County Attorney, shall appear as counsel of record for Defendants Hennepin County and Hennepin County Sheriff David Hutchinson.

Date:  October 20, 2020

MICHAEL O. FREEMAN
Hennepin County Attorney

By: *s/Kelly K. Pierce*
    KELLY K. PIERCE (0340716)
    Assistant County Attorney
    2000A Government Center
    300 South Sixth Street
    Minneapolis, MN  55487
    Telephone: (612) 348-5488
    Fax No: (612) 348-8299
    kelly.pierce@hennepin.us

*ATTORNEY FOR DEFENDANTS HENNEPIN COUNTY and HENNEPIN COUNTY SHERIFF DAVID HUTCHINSON*

Date:  October 20, 2020

MICHAEL O. FREEMAN
Hennepin County Attorney

By: *s/Kelly K. Pierce*
    KELLY K. PIERCE (0340716)
    Assistant County Attorney
    2000A Government Center
    300 South Sixth Street
    Minneapolis, MN  55487
    Telephone: (612) 348-5488
    Fax No: (612) 348-8299
    kelly.pierce@hennepin.us

*ATTORNEY FOR DEFENDANTS HENNEPIN COUNTY and HENNEPIN COUNTY SHERIFF DAVID HUTCHINSON*