UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, *on behalf of themselves and a class of similarly-situated individuals*; and ZACAH, | Ct. No. 20-cv-02189 (WMW/LIB)  **DECLARATION OF SARAH MCLAREN IN OPPOSITION TO MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| Plaintiffs, | |
| v. | |
| Hennepin County; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; City of Minneapolis; Minneapolis Mayor Jacob Frey, *in his individual and official capacity*; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, *in his individual and official capacity*; Park Police Chief at the Minneapolis Park and Recreation Board Jason Ohotto, *in his individual and official capacity*; Police Officers John Does; and Police Officers Jane Does, | |
| Defendants. | |

Your Declarant, Sarah McLaren, states and affirms as follows:

1. I am an Assistant City Attorney and I am one of the attorneys representing Defendants City of Minneapolis, Jacob Frey, and Medaria Arradondo

in this matter.

2. Attached hereto as Exhibit ! is a true and correct copy of Section 1.4 of the Minneapolis City Charter.

3. Attached hereto as Exhibit 2 is a true and correct copy of Section 6.2 of the Minneapolis City Charter.

4. Attached hereto as Exhibit 3 is a true and correct copy of Section 6.3 of the Minneapolis City Charter.

5. Attached hereto as Exhibit 4 is a true and correct copy of Section 6.5 of the Minneapolis City Charter.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed pursuant to 28 U.S.C. § 1746 on today's date October 21, 2020.

s/ *Sarah McLaren*_____<br>Sarah McLaren