# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Patrick Berry, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Wilhelmina M. Wright, |
| | U.S. District Judge |
| v. | |
| Hennepin County, et al., | Case No: 20-cv-2189 (WMW/LIB) |
| | Date: October 22, 2020 |
| Defendants. | Courthouse: Saint Paul |
| | Courtroom: Telephonic Hearing |
| | Deputy: Mona Eckroad |
| | Court Reporter: Lori Simpson |
| | Time in Court: 1:24 p.m. – 3:09 p.m. |
| | Total time: 1 Hour 45 Minutes |

## APPEARANCES:

Plaintiffs: Rebecca Stillman (appeared by teleconference)
Clare A. Diegel (appeared by teleconference)
Teresa J. Nelson (appeared by teleconference)
Dorinda L. Wider (appeared by teleconference)
Justin H. Perl (appeared by teleconference)
Isabella Salomao Nascimento (appeared by teleconference)

Defendants: Kelly K. Pierce (appeared by teleconference)
Brian F. Rice (appeared by teleconference)
Alana M. Mosley (appeared by teleconference)
Ann E. Walther (appeared by teleconference)
Christiana Martenson (appeared by teleconference)
Sarah C. S. McLaren (appeared by teleconference)

## HEARING ON:

Plaintiffs' Motion for Temporary Restraining Order [4].

## PROCEEDINGS:

The motion hearing was held via teleconference. The motion was argued and taken under advisement. Order to follow.

s/Mona Eckroad
Courtroom Deputy