# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Emmett Williams, *on behalf of themselves and a class of similarly-situated individuals*; and ZACAH<br><br>            Plaintiffs,<br><br>    vs.<br><br>Hennepin County; Hennepin County, Sherriff David Hutchinson, *in his individual and official capacity*; City of Minneapolis; Minneapolis Mayor Jacob Frey, *in his individual and official capacity*; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity;* Superintendent of the Minneapolis Park and Recreation Board Al Bangoura, *in his individual and official capacity*, Park Police Chief at The Minneapolis Parks and Recreation Board Jason Ohotto, *in his individual and official capacity*; Police Officers John Does; and Police Officer Jane Does<br><br>            Defendants. | Case No. 0:20-CV-02189-WMW-LIB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and Counsel that Jacob Smith, Attorney at Mid Minnesota Legal Aid, shall appear as counsel of record for the plaintiffs Berry, et. al. in the above-named matter.

                                    **MID-MINNESOTA LEGAL AID**

Dated: 10/23/2020                BY: _/s/ Jacob Smith_
                                                  Jacob Smith (No. 0392580)
                                                  111 North Fifth Street, Suite 100
                                                  Minneapolis, MN 55403-1604
                                                  Tel. and Fax: (612) 746-3706
                                                  Email: jsmith@mylegalaid.org

                                                  _Attorneys for Plaintiffs_