# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Patrick Berry, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        20-cv-2189 (WMW/LIB) |
| | ) | Date:            October 26, 2020 |
| Hennepin County, et al., | ) | Court Reporter:   N/A |
| | ) | Courthouse:      Duluth |
| Defendanst. | ) | Courtroom:       Chambers |
| | ) | Time Commenced:  12:30 p.m. |
| | ) | Time Concluded:  12:45 p.m. |
| | ) | Time in Court:   15 minutes |

Hearing on: **Telephone Status Conference**

APPEARANCES:

Plaintiff:    Justin H. Perl for all Plaintiffs
Defendants:  Sarah C. S. McLaren for City of Minneapolis, Jacob Frey, and Medaria Arradondo
              Anne E. Walther and Brian F. Rice for Al Bangoura, Jason Ohotto
              Kelly K. Pierce for Hennepin County and David Hutchinson

PROCEEDINGS:

☒ Status conference to address in-person settlement conference scheduled for Tuesday, October 27, 2020 at 10:00 a.m. in Duluth, Minnesota. Due to COVID-19 concerns, the Court will conduct the settlement conference through shuttle negotiations conducted via teleconference.

Lead counsel of record, for each representative group, is instructed to provide the Court with names of party and counsel participants, along with telephone numbers where counsel can be reached by the Court immediately and at any time throughout the day on Tuesday, October 27, 2020, beginning at 10:00 a.m., and continuing until formally released by the Court.

This information is to be provided to the Court at brisbois_chambers@mnd.uscourts.gov by no later than 4:30 p.m. on Monday, October 26, 2020.

s/ JLB
Courtroom Deputy