UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 20-cv-2189 (WMW/LIB)

Patrick Berry et al.,

        Plaintiffs,

v.                                       **ORDER**

Hennepin County et al.,

        Defendants.

On December 11, 2020, the parties filed a Stipulation Regarding Plaintiffs' Amendment of the Complaint and Defendants' Time to Respond to the Amended Complaint [Docket No. 67]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation Regarding Plaintiffs' Amendment of the Complaint and Defendants' Time to Respond to the Amended Complaint [Docket No. 67] is APPROVED;

2. The Plaintiffs shall file their Class Action Amended Complaint, as attached to Docket No. 67 as Exhibit B, on or before December 14, 2020; and

3. Defendants shall answer or otherwise plead to the Class Action Amended Complaint on or before January 11, 2021.

DATED:  December 14, 2020                           s/Leo I. Brisbois
                                                                      Hon. Leo I. Brisbois
                                                                        U.S. MAGISTRATE JUDGE