# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK BERRY, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE |
| v. | Case No.: 20-cv-2189 (WMW/JFD) |
| HENNEPIN COUNTY, et al., | Date: January 11, 2023<br>Location: St. Paul 6A |
| Defendants. | Court Reporter: Tim Willette<br>Time: 2:29–4:00 p.m. |

## MOTION HEARING

**APPEARANCES:**

Plaintiffs: Clare Diegel, Ian Bratlie
City of Minneapolis Defendants: Sharda Enslin, Kristin Sarff
Minneapolis Park and Recreation Board Defendants: Alana Mosley, Ann Walther
Hennepin County Defendants: Kelly Pierce, Christiana Martenson

**PROCEEDINGS:**

The Court held a hearing on Plaintiffs' Motion to Compel Production of Documents and for Sanctions Against All Defendants (Dkt. No. 219) and the City of Minneapolis Defendants' Motion for Protective Order (Dkt. No. 234). Ruling from the Bench for the reasons stated fully on the record, the Court **DENIED** both motions. No written order will be issued, and the Court's oral ruling is the Court's formal order.

*s/ ALM*
Judicial Law Clerk
