February 14, 2023

The Honorable John F. Docherty                                                      **<u>VIA EMAIL</u>**
Unites States Magistrate Judge
United States District Court
316 North Robert Street
St. Paul, MN  55101

Re:    *Berry, et al. v. Hennepin County, et al.*, Case No. 0:20-cv-02189-WMW-JFD
         Notice of Supplemental Authority – *Kaplan v. Harrington*, Civil No. 22-0640
         (JRT/JFD), 2023 WL 1797872 (D. Minn. Feb. 7, 2023)

Dear Magistrate Judge Docherty:

Defendants jointly submit this letter notifying the Court of supplemental authority that supports Defendants' joint opposition to Plaintiffs' motion for leave to amend the complaint (ECF 260).

On February 7, 2023, the day after Defendants filed their opposition memorandum (ECF 270), Judge Tunheim dismissed a § 1983 civil conspiracy claim in *Kaplan v. Harrington*, Civil No. 22-0640 (JRT/JFD), 2023 WL 1797872, at *9 (D. Minn. Feb. 7, 2023). In that case, the plaintiffs claimed that state and county law enforcement entities and officials conspired to arrest and detain protesters under false pretenses. Their complaint alleged, among other things, that the defendants worked together in responding to protests and distributed an "ops plan" that stated, "Goal is mass arrest." *Kaplan*, 2023 WL 1797872, at *4-5. Judge Tunheim held that the complaint failed to state a § 1983 conspiracy claim, explaining that the plaintiffs failed to plausibly allege that the purpose of defendants' cooperation and plan "was to conduct mass arrest **without probable cause**" in violation of the plaintiffs' civil rights. *Id.* at *8 (emphasis original). Similarly, in this case, the proposed second amended complaint fails to plausibly allege that the purpose of Defendants' alleged cooperation in response to encampments was to unconstitutionally deprive Plaintiffs of their property.

February 14, 2023<br>Page 2

Respectfully,

| | |
|---|---|
| *s/ Christiana M. Martenson* | *s/ Alana M. Mosley* |
| Kelly K. Pierce | Ann E. Walther |
| Christiana M. Martenson | Brian F. Rice |
| Devona L. Wells | Alana M. Mosley |
| Assistant County Attorneys | Rice, Walther & Mosley LLP |
| | |
| *Attorneys for Defendants Hennepin County and former Sheriff David Hutchinson* | *Attorneys for the Minneapolis Park and Recreation Board, Superintendent Al Bangoura, and Park Police Chief Jason Ohotto* |

*s/ Sharda R. Enslin*
Sharda R. Enslin
Brian S. Carter
Kristin Sarff
Assistant City Attorneys

*Attorneys for the City of Minneapolis, Mayor Jacob Frey, and former Police Chief Medaria Arradondo*


Cc:  Attorneys for Plaintiffs (via ECF)
     Teresa Nelson
     Clare Diegel
     Ian Bratlie
     Justin H. Perl
     Dorinda L. Wider
     Rebecca Stillman
     Luke Grundman
     Wally Hilke
     Hannah Welsh