UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Berry, et al., | Case No. 20-CV-02189-WMW-JFD |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST MPRB AND PARTIAL SUMMARY JUDGMENT AGAINST HENNEPIN COUNTY DEFENDANTS AND THE CITY OF MINNEAPOLIS DEFENDANTS** |
| vs. | |
| Hennepin County, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs' move for summary judgment against MPRB Defendants and partial summary judgment against Hennepin County Defendants and the City of Minneapolis Defendants under Fed. R. Civ. P. 56. The motion is based on the records and files of this case, including Plaintiffs' Memorandum of Law in support of this motion, declarations and exhibits, and any argument that may be made at a hearing on this motion.

DATE: August 31, 2023

**MID-MINNESOTA LEGAL AID**

s/Luke Grundman
Justin H. Perl (No. 0151397)
Dorinda L. Wider (No. 0162334)
Luke Grundman (No. 0390565)
111 North Fifth Street, Suite #100
Minneapolis, MN 55403-1604
Tel: (612) 332-1441
Email: jperl@mylegalaid.org
          dlwider@mylegalaid.org
          lgrundman@mylegalaid.org

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

s/Teresa Nelson
Teresa Nelson (No. 0269736)
Ian Bratlie (No. 319454)
PO Box 14720
Minneapolis, MN 55414
Tel: (612) 274-7791
Email: tnelson@aclu-mn.org
ibratlie@aclu-mn.org

**BALLARD SPAHR LLP**

s/Wallce Hilke
Wallace Hilke (No. 0175857)
Jennell K. Shannon (No. 0398672)
Ballard Spahr LLP
2000 IDS Center 80 South 8th Street
Minneapolis, MN 55402
612-371-3281
Email: hilkew@ballardspahr.com
shannonjk@ballardspahr.com

Hannah Welsh (Pennsylvania No. 327454)
1735 Market Street
51st Floor
Philadelphia, PA 19103
610-764-0540
Email: welshh@ballardspahr.com

*Attorneys for Plaintiffs*