UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Daniel Huiting, *on behalf of themselves and a class of similarly-situated individuals*; and ZACAH,<br><br>Plaintiffs,<br><br>vs.<br><br>Hennepin County; Hennepin County Sheriff Dawanna Witt, *in her official capacity*; City of Minneapolis; Minneapolis Mayor Jacob Frey, *in his individual and official capacity*; current Minneapolis Chief of Police Brian O'Hara, *in his official capacity*; former Minneapolis Chief of Police Medaria Arradondo, *in his individual capacity*; Minneapolis Park and Recreation Board; Police Officers John Does; and Police Officer Jane Does,<br><br>Defendants. | Case No. 20-CV-02189-WMW-JFD<br><br>District Judge Wilhelmina M. Wright<br>Magistrate Judge John F. Docherty<br><br>**DECLARATION OF CHRISTOPHER HEIHN IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Christopher Heihn, make this declaration pursuant to 28 U.S.C. § 1746.

1.  I am a Deputy with the Hennepin County Sheriff's Office ("HCSO"). I currently serve in the Enforcement Services Division.

2.  On July 20, 2022, I was part of an HCSO detail near the encampment located at East 29th Street and 14th Avenue South in the Phillips neighborhood of Minneapolis ("Phillips encampment") when the City of Minneapolis closed that encampment.

3. During the Phillips encampment closure, I was staged a few blocks from the encampment. I did not enter the encampment, and I could not see the encampment from where I was staged.

4. I did not enter the Phillips encampment or physically touch tents or other personal property in the Phillips encampment.

5. I did not take or destroy any personal property in the Phillips encampment, and I did not see any other Hennepin County employee take or destroy personal property in the Phillips encampment.

6. I did not arrest or threaten to arrest anyone in the Phillips encampment. I did not use chemical irritants against anyone in the Phillips encampment. I did not operate a bulldozer, skid-steer, dump truck, garbage truck, or other heavy machinery in the Phillips encampment. I did not put up tape in or around the Phillips encampment. I did not throw personal property into Dumpsters at the Phillips encampment. I did not forcibly eject anyone from the Phillips encampment, grab anyone who refused to leave the Phillips encampment, or use physical force against anyone to prevent them from entering the Phillips encampment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August  29 , 2023.

s/ Christopher Heihn
Christopher Heihn
Hennepin County Sheriff's Office