UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, Daniel Huiting, *on behalf of themselves and a class of similarly-situated individuals*; and ZACAH,<br><br>Plaintiffs,<br><br>vs.<br><br>Hennepin County; Hennepin County Sheriff Dawanna Witt, *in her official capacity*; City of Minneapolis; Minneapolis Mayor Jacob Frey, *in his individual and official capacities*; current Minneapolis Chief of Police Brian O'Hara, *in his official capacity*; former Minneapolis Chief of Police Medaria Arradondo, *in his individual capacity*; Minneapolis Park and Recreation Board; Police Officers John Does; and Police Officer Jane Does,<br><br>Defendants. | Case No. 20-CV-02189 (WMW-JFD)<br><br>**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS AND PARTIES** |

Plaintiffs and City Defendants, through their undersigned attorneys, hereby stipulate that:

1) Plaintiffs hereby dismiss all claims in the Second Amended Complaint against Defendant Mayor Jacob Frey in his individual capacity, with prejudice and without costs or fees to any party and;

2) Plaintiffs hereby dismiss all claims in the Second Amended Complaint against Defendant former Minneapolis Chief of Police Medaria Arradondo, with prejudice and without costs or fees to any party.

Dated:                              **BALLARD SPAHR LLP**

By:
Wallace Hilke (No. 0175857)
80 South Eighth Street
2000 IDS Center
Minneapolis, MN 55402-2274
Tel: (612) 371-3211
Fax: (612) 371-3207
shannonjk@ballardspahr.com
hilkew@ballardspahr.com

Hannah Welsh (admitted *pro hac vice*)
(Pennsylvania License No. 327454).
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (610) 764-0540
Fax: (215) 864-8999
welshh@ballardspahr.com

**MID-MINNESOTA LEGAL AID**

BY:
Justin H. Perl (No. 0151397)
Dorinda L. Wider (No. 0162334)
Luke Grundman (No. 0390565)
111 North Fifth Street, Suite #100
Minneapolis, MN 55403-1604
Tel. and Fax: (612) 746-3727
Tel. and Fax: (612) 746-3624
Tel. and Fax: (612) 746-3759
Email: jperl@mylegalaid.org
dlwider@mylegalaid.org
lgrundman@mylegalaid.org

and

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

BY:  *s/ Teresa Nelson*
Teresa Nelson (No. 0269736)
Ian Bratlie (No. 0319454)
American Civil Liberties Union of Minnesota
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 645-4097
Fax: (651) 647-5948
Email: tnelson@aclu-mn.org
ibratlie@aclu-mn.org

**ATTORNEYS FOR PLAINTIFFS**

Dated:  December 18, 2023

KRISTYN ANDERSON
City Attorney
By: *s/ Sharda Enslin*
SHARDA ENSLIN (#389370)
KRISTIN SARFF (#388003)
HEATHER ROBERTSON (#0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2180
(612) 673-3919
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Defendants Jacob Frey, Medaria Arradondo, Brian O'Hara, and the City of Minneapolis*