UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Berry et al,                          Case No. 20-cv-2189 (WMW/JFD)

       Plaintiffs,

                                     **ORDER FOR DISMISSAL**

v.

Hennepin County et al,

       Defendants.

---

Based upon the Stipulation of Dismissal with Prejudice, (Dkt. 583), and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** as to Defendant Mayor Jacob Frey in his individual capacity and Defendant former Minneapolis Chief of Police Medaria Arradondo. Each party is to bear its own costs, disbursements, and attorneys' fees incurred in this matter.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: December 29, 2023                          s/ Wilhelmina M. Wright
                                                                Wilhelmina M. Wright
                                                                  United States District Judge