# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, ZACAH, Gina Mallek, Daniel Huiting, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-2189 WMW/JFD |
| Hennepin County, City of Minneapolis, Jacob Frey, Medaria Arradondo, Al Bangoura, Jason Ohotto, John Does, Jane Does, David Hutchinson, Minneapolis Park and Recreation Board, | |
| Defendants, | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

That the above matter is **DISMISSED WITH PREJUDICE** as to Defendant Mayor Jacob Frey in his individual capacity and Defendant former Minneapolis Chief of Police Medaria Arradondo. Each party is to bear its own costs, disbursements, and attorneys' fees incurred in this matter.

Date: 12/29/2023                                          KATE M. FOGARTY, CLERK