# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Patrick Berry, Henrietta Brown, Nadine Little, Dennis Barrow, Virginia Roy, Joel Westvig, ZACAH, Daniel Huiting, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-2189 ECT/JFD |
| Hennepin County, City of Minneapolis, Jacob Frey, Jason Ohotto, John Does, Jane Does, David Hutchinson, Minneapolis Park and Recreation Board, Brian O'Hara, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Plaintiffs' Motion for Summary Judgment and Partial Summary Judgment [ECF No. 441] is **DENIED**.

2.  Defendants' Motion to Exclude Dr. Almquist [ECF No. 467] is **GRANTED**.

3.  Defendants' Motion to Exclude Professor Herring [ECF No. 461] is **DENIED as moot**.

4.  Defendants' Motions for Summary Judgment [ECF Nos. 473, 479, 516] are **GRANTED** as follows:

    a.   Plaintiffs' claims for injunctive and declaratory relief are **DISMISSED without**

**prejudice** for lack of standing.

b.  Plaintiffs Westvig, Roy, and ZACAH's claims are **DISMISSED without prejudice** for lack of standing.

c.  Plaintiffs' claims against the City Defendants and Hennepin County Defendants are **DISMISSED without prejudice** for lack of standing.

d.  Plaintiffs' claims against Defendants Police Officers John and Jane Does are **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m).

e.  Plaintiffs' remaining claims are **DISMISSED with prejudice**.

Date: 7/23/2024                                       KATE M. FOGARTY, CLERK